*Order Prepared and Submitted By:*

Peggy Hunt (Utah State Bar No. 6060)
Chris Martinez (Utah State Bar No. 11152)
Jeffrey M. Armington (Utah State Bar No. 14050)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com
        martinez.chris@dorsey.com
        armington.jeff@dorsey.com

FILED
U.S. DISTRICT COURT

2012 NOV 26 ᴾ 2: 12

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | **ORDER ON COURT'S ORDER TO SHOW CAUSE** |
| Plaintiff, | 2:12-cv-00591 BSJ |
| v. | |
| NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, an individual, | The Honorable Bruce S. Jenkins |
| Defendants. | |

On November 7, 2012, the Court held a hearing on the the *Receiver's Motion (1) for Order to Show Cause as to Why Wayne Scholle Should Not be Held In Contempt, and (2) for Order of Turnover and Disgorgement* (the "Show Cause Motion"). R. Wayne Klein, the Court-Appointed Receiver (the "Receiver"), was represented by Chris Martinez. Wayne Scholle appeared without counsel and chose to proceed without counsel.

Based on the arguments and facts set forth in the Show Cause Motion, its supporting memorandum, and the Declaration of the Receiver filed in support of the Show Cause Motion, and based on the arguments and representations made by the Receiver and Wayne Scholle at the [the agreement of]

1

November 7, 2012 hearing, **IT IS HEREBY ORDERED THAT**:

1) Wayne Scholle shall pay to the Receiver the total of Nine Thousand and No Dollars ($9,000.00) in three payments. The first payment of Five Thousand and No Dollars ($5,000.00) shall be paid to the Receiver on or before November 16, 2012. The second payment of Two Thousand and No Dollars ($2,000.00) shall be paid to the Receiver on or before December 31, 2012. The third payment of Two Thousand and No Dollars ($2,000) shall be paid to the Receiver on or before February 28, 2012.

2) The Court's *October 10, 2012 Order to Show Cause as to Why Wayne Scholle Should Not Be Held in Contempt and for Order of Turnover and Disgorgement*, Docket No. 65 (the "Order to Show Cause"), is stayed. If Mr. Scholle makes the payments set forth in paragraph 1 of this Order, then the Order to Show Cause shall be cancelled and the Receiver shall withdraw the Motion. If Mr. Scholle fails to make any of the payments, as set forth in paragraph 1 of this Order, then Mr. Scholle shall be in contempt of this Order and the Receiver shall provide notice to the Court of Mr. Scholle's failure to comply with this Order. Upon receiving notice from the Receiver, the Court shall reschedule a hearing on the Order to Show Cause and Mr. Scholle shall appear at the hearing to address whether the Court should sanction Mr. Scholle (1) for failing to comply with this Order; and (2) for the reasons set forth in the Show Cause Motion.

Dated this 26th day of November, 2012

BY THE COURT:

Honorable Bruce S. Jenkins
U.S. District Court Judge, District of Utah

Approved by:

/s/ Wayne Scholle
Wayne Scholle