# EXHIBIT A

# NATIONAL NOTE OF UTAH, LC
## Additional Companies Included in the Receivership Order

Bonneville Minerals, LLC

Centennial Aviation, LLC

The Corner Corporation

DPLM LLC

Elkhorn Ridge, LLC

Expressway Business Park Owners Organization, LLC

Farrell Business Park Association

Freedom Minerals I, LLC

Freedom Minerals II LLC

HSB Technologies, LLC

Homeland Development I, LLC

Homeland Development II, LLC

Homeland Funding Corp.

Homeland Holding Corp.

Homeland Minerals, LLC

Homeland Mortgage, Inc.

Homeland Mortgage, L.C.

Indian Canyon, LLC

Koala T. Investments LLC

Land, Utah, LC

Made Art Licensing, LLC

Montana One, LLC

ND I, LLC

NPL America LLC

Network Leisure Shoppes, Inc.

Note Systems, Inc.

Old Glory Minting Company LLC

Ovation 106, LLC

Passport Properties, L.C.

Pedigree Properties

Presidential Utah Properties LC

Prime Wave I, LLC

The Property Company, LLC

Real Estate Finance Institute, Inc.

Riverbend Estates LC

Spanish Fork Development, LLC

Territory Land Company, Inc.

Top Flight, LLC

Traditions in Timber

Twin Pines Property, LC

Vision Land, LLC