# **EXHIBIT A**

# KLEIN & ASSOCIATES TIME SUMMARY

| **TIME SUMMARY** |
| --- | --- | --- | --- | --- | --- | --- |

| Employee | Position | Hours Billed | Rate | Amount | Hours Not Billed | Total Hours |
|---|---|---|---|---|---|---|
| **WAYNE KLEIN, RECEIVER AND KLEIN & ASSOCIATES** |
| June 25, 2012 to December 31, 2012 |
| June 25, 2012 to September 30, 2012 |
| Dahl, Ian | Accountant | 34.5 | 60.00 | 2,070.00 | | 34.5 |
| Howe, Jill | Investigative Analyst | 132.6 | 90.00 | 11,934.00 | | 132.6 |
| Shupe, James | Senior Accountant | 191.6 | 100.00 | 19,160.00 | 160.9 | 352.5 |
| Williams, Keith | Analyst | 96.5 | 60.00 | 5,790.00 | 3.9 | 100.4 |
| Etherington, Rendell | Certified Public Accountant | 61.0 | 100.00 | 6,100.00 | 24.3 | 85.3 |
| Klein, Wayne | Receiver | 339.6 | 225.00 | 76,410.00 | 45.2 | 384.8 |
| | | | | | | |
| *Subtotal* | | *855.8* | | *121,464.00* | *234.3* | *1090.1* |
| | | | | | | |
| October 1, 2012 to December 31, 2012 |
| Hock, Ali | Analyst | 203.4 | 60.00 | 12,204.00 | 7.1 | 210.5 |
| Blackburn, Bart | Analyst | 193.4 | 60.00 | 11,604.00 | 4.5 | 197.9 |
| Dahl, Ian | Accountant | 292.2 | 60.00 | 17,532.00 | | 292.2 |
| Howe, Jill | Investigative Analyst | 426.0 | 90.00 | 38,340.00 | | 426.0 |
| Shupe, James | Senior Accountant | 246.9 | 100.00 | 24,690.00 | 15.9 | 262.8 |
| Williams, Keith | Analyst | 49.2 | 60.00 | 2,952.00 | 24.0 | 73.2 |
| Keyes, Liliana | Analyst | 146.1 | 60.00 | 8,766.00 | | 146.1 |
| Etherington, Rendell | Certified Public Accountant | 134.4 | 100.00 | 13,440.00 | 21.2 | 155.6 |
| Klein, Spencer | Analyst | 10.0 | 60.00 | 600.00 | | 10.0 |
| Klein, Wayne | Receiver | 308.1 | 225.00 | 69,322.50 | 40.5 | 348.6 |
| | | | | | | |
| *Subtotal* | | *2,009.7* | | *199,450.50* | *113.2* | *2,122.9* |
| | | | | | | |
| **TOTAL TIME** | | **2,865.5** | | **320,914.50** | **347.5** | **3,213.0** |
| | | | | | | |
| **EXPENSE REIMBURSEMENT REQUEST** | | | | 38,841.94 | | |
| | | | | | | |
| **TOTAL REQUEST** | | | | 359,756.44 | | |
| | | | | | | |
| *Created 9/10/13 by Wklein* | | | | | | |

# DORSEY & WHITNEY TIME SUMMARY

| Matter Number | Client/ Matter | Total | Write off | Total |
|---|---|---|---|---|
| 492728-00001 | National Note of Utah | $ 9,302.50 | $ (65.00) | $ 9,237.50 |
| 492728-00002 | Litigation | $ 19,911.50 | $ (282.00) | $ 19,629.50 |
| 492728-00003 | Asset Disposition | $ 4,075.00 | $ - | $ 4,075.00 |
| 492728-00005 | Asset Analysis and Recovery | $ 13,080.00 | $ (22.50) | $ 13,057.50 |
| 492728-00013 | Cost | $ 1,064.73 | $ - | $ 1,064.73 |
| | | $ 47,433.73 | $ (369.50) | $ 47,064.23 |

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1689 | Thomson, Michael | Partner | 2.5 | 325 | $ 812.50 |
| 1759 | Armington, Jeff | Associate | 7.2 | 225 | $ 1,620.00 |
| 1936 | Hunt, Mary (Peggy) | Partner | 19.4 | 350 | $ 6,790.00 |
| 2651 | Marsden, Milo (Steve) | Partner | 0.2 | 400 | $ 80.00 |

$ 9,302.50

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1675 | Martinez, Christopher | Associate | 7.9 | 265 | $ 2,093.50 |
| 1741 | Darda, Erin | Associate | 3.6 | 235 | $ 846.00 |
| 1759 | Armington, Jeff | Associate | 32.3 | 225 | $ 7,267.50 |
| 1810 | Ellis, Courtney | Associate | 2.9 | 200 | $ 580.00 |
| 1932 | Cummings, Scott | Associate | 0.4 | 300 | $ 120.00 |
| 1936 | Hunt, Mary (Peggy) | Partner | 9.2 | 350 | $ 3,220.00 |
| 1983 | Santon, Katherine | Associate | 1.1 | 285 | $ 313.50 |
| 2117 | Garner, Jennie | Attorney | 0.9 | 310 | $ 279.00 |
| 2398 | Grisham, Michael | Attorney | 2.7 | 415 | $ 1,120.50 |
| 2651 | Marsden, Milo (Steve) | Partner | 2.2 | 400 | $ 880.00 |
| 4061 | DiFrancesco, Moana | Paralegal | 1.3 | 175 | $ 227.50 |
| 4392 | Smith, Ronald | Paralegal | 15.2 | 195 | $ 2,964.00 |

$19,911.50

Case 2:12-cv-00591-BSJ   Document 467-1   Filed 10/09/13   PageID.9926   Page 8 of 14

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1759 | Armington, Jeff | Associate | 1.7 | 225 | $ 382.50 |
| 1936 | Hunt, Mary (Peggy) | Partner | 10.4 | 350 | $ 3,640.00 |
| 4061 | DiFrancesco, Moana | Paralegal | 0.3 | 175 | $ 52.50 |

$4,075.00

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1675 | Martinez, Christopher | Associate | 9 | 265 | $ 2,385.00 |
| 1759 | Armington, Jeff | Associate | 6.3 | 225 | $ 1,417.50 |
| 1936 | Hunt, Mary (Peggy) | Partner | 12.3 | 350 | $ 4,305.00 |
| 1990 | Seim, Nathan | Associate | 13.7 | 225 | $ 3,082.50 |
| 2039 | Allen, Stacey | Associate | 3.6 | 225 | $ 810.00 |
| 2651 | Marsden, Milo (Steve) | Partner | 2.7 | 400 | $ 1,080.00 |
|  |  |  |  |  | $ 13,080.00 |

| Matter Number | Client/ Matter | Total | | Write off | | Total | |
|---|---|---|---|---|---|---|---|
| 492728-00001 | National Note of Utah | $ | 13,841.50 | $ | - | $ | 13,841.50 |
| 492728-00002 | Litigation | $ | 10,593.50 | $ | - | $ | 10,593.50 |
| 492728-00003 | Asset Disposition | $ | 21,338.25 | $ | (47.00) | $ | 21,291.25 |
| 492728-00005 | Asset Analysis and Recovery | $ | 12,019.75 | $ | (14.75) | $ | 12,005.00 |
| 492728-00013 | Cost | $ | 535.09 | $ | - | $ | 535.09 |
| | | $ | 58,328.09 | $ | (61.75) | $ | 58,266.34 |

| Initials | Name | Title | Hours | Rate | Amount | |
|---|---|---|---|---|---|---|
| 1759 | Armington, Jeff | Associate | 8.5 | 235 | $ | 1,997.50 |
| 1936 | Hunt, Mary (Peggy) | Partner | 32.9 | 360 | $ | 11,844.00 |
| | | | | | $ | 13,841.50 |

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1675 | Martinez, Christopher | Associate | 19.2 | 265 | $ 5,088.00 |
| 1759 | Armington, Jeff | Associate | 6.5 | 235 | $ 1,527.50 |
| 1936 | Hunt, Mary (Peggy) | Partner | 10.5 | 360 | $ 3,780.00 |
| 10407 | Stauffer, Erin | Paralegal | 1.1 | 180 | $ 198.00 |
| | | | | | $ 10,593.50 |

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1675 | Martinez, Christopher | Associate | 1.9 | 265 | $ 503.50 |
| 1759 | Armington, Jeff | Associate | 36.2 | 235 | $ 8,507.00 |
| 1885 | Goldberg, Sarah | Associate | 9.45 | 215 | $ 2,031.75 |
| 1936 | Hunt, Mary (Peggy) | Partner | 28.6 | 360 | $ 10,296.00 |
| | | | | | $ 21,338.25 |

| Initials | Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1675 | Martinez, Christopher | Associate | 5.3 | 265 | $ 1,404.50 |
| 1689 | Thomson, Michael | Associate | 0.2 | 325 | $ 65.00 |
| 1759 | Armington, Jeff | Associate | 9.1 | 235 | $ 2,138.50 |
| 1932 | Cummings, Scott A. | Associate | 1 | 315 | $ 315.00 |
| 1964 | Smith, Layne T. | Associate | 1.25 | 295 | $ 368.75 |
| 1990 | Seim, Nathan | Associate | 13.9 | 240 | $ 3,336.00 |
| 1936 | Hunt, Mary (Peggy) | Partner | 12.2 | 360 | $ 4,392.00 |

$ 12,019.75