FILED
2015 MAR 31 PM 2:31
CLERK
U.S. DISTRICT COURT

**MANNING CURTIS BRADSHAW**
 **& BEDNAR LLC**
David C. Castleberry [11531]
dcastleberry@mc2b.com
136 East South Temple, Suite 1300
Salt Lake City, UT 84111
Telephone (801) 363-5678
Facsimile (801) 364-5678

*Attorneys for Receiver, R. Wayne Klein*

---

UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br> v. <br><br> NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual, <br><br> Defendants. | **ORDER APPROVING APPLICATION FOR MANNING CURTIS BRADSHAW & BEDNAR, LLC FOR SERVICES RENDERED FROM APRIL 1, 2014 THROUGH JANUARY 31, 2015** <br><br> 2:12-cv-00591 BSJ <br><br> The Honorable Bruce S. Jenkins |

The matter before the Court is the Fee Application (the "Application") filed by R. Wayne Klein, the Court-Appointed Receiver for National Note of Utah, LC (the "Receiver") in relation to services rendered by Manning Curtis Bradshaw & Bednar, LLC from April 1, 2014 through January 31, 2015.

The Court held a hearing on the Application on March 31, 2015. The Receiver and David C. Castleberry, conflict counsel for the Receiver, appeared at the hearing. No objections were filed in response to the Application and no objections were made at the hearing on the

Application. The Court has reviewed the Application and the exhibits submitted in support of the Application, and based thereon and for good cause shown,

    IT IS HEREBY ORDERED that:

    1. The Application for payment of fees and expenses is APPROVED. The fees and expenses incurred by Manning Curtis Bradshaw & Bednar LLC, as set forth in the Application, are reasonable and necessary, and may be paid as an expense of administering the receivership estate.

    2. The Receiver is authorized to pay Manning Curtis Bradshaw & Bednar LLC $35,371.94 in fees and expenses for its services rendered for the benefit of the Receivership Estate from April 1, 2014 through January 31, 2015.

    Dated this 31 day of March, 2015.

                                        BY THE COURT

                                        The Honorable Bruce S. Jenkins
                                        United States District Judge