Peggy Hunt (Utah State Bar No. 6060)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                     Plaintiff,<br><br>     v.<br><br>NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual,<br><br>                     Defendants. | **THIRTEENTH STATUS REPORT OF R. WAYNE KLEIN, RECEIVER**<br>*For the Quarter Ending September 30, 2015*<br><br>2:12-cv-00591 BSJ<br><br>The Honorable Bruce S. Jenkins |

R. Wayne Klein, the Court-Appointed Receiver (the "Receiver") of National Note of

Utah, LC ("National Note"), as well as certain subsidiaries and entities affiliated with National

Note ("Related Entities"), and the assets of Wayne LaMar Palmer ("Palmer"), collectively, the

"Receivership Entities" hereby submits this Thirteenth Status Report for the period July 1, 2015

through September 30, 2015 (the "Reporting Period").

# I.

## PROCEDURAL HISTORY

This action (the "Civil Case") was commenced by the United States Securities and Exchange Commission (the "SEC") on June 25, 2012 against Defendants Palmer and National Note by the filing of a Complaint in the United States District Court for the District of Utah (the "Court").[1] The court has ordered the Civil Case to proceed to trial on November 2, 2015.

On August 19, 2015, a grand jury indictment was issued for Palmer and his cousin, Julieann Palmer Martin. They were charged with wire fraud, mail fraud, and money laundering. The criminal case is pending.

This is the Thirteenth Status Report for the period of July 1, 2015 through September 30, 2015, defined above as the "Reporting Period."

# II.

## CONTINUED OPERATIONS

The Receiver is no longer operating any businesses or rental properties of the Receivership Estate.

# III.

## REAL ESTATE HOLDINGS

During the Reporting Period, the Receiver closed the sale of four properties, received notice that a prospective buyer had withdrawn offers for two properties, granted a prospective buyer a short extension of its time to complete due diligence on five properties, and actively marketed other properties for sale. Attached hereto as **Exhibit A** is a chart setting forth the

---

[1] Docket No. 1.

status of all real properties in the Receivership Estate as of September 30, 2015.

     **A.**    **<u>Liens and OtherInterests Asserted Against Real Properties.</u>**

     1.    <u>Assignments of Beneficial Interests ("ABIs").</u>  At the time the Receiver was appointed, 349 ABIs had been recorded against 49 properties in the Receivership Estate, representing approximately $32.4 million in possible claims against those properties.  As a result of the Receiver's efforts, the majority of those ABIs have been voluntarily released, released through settlement, or invalidated through default judgments.  At the commencement of the Reporting Period, only fifteen ABIs remained, and during the Reporting Period, the Receiver obtained releases or default judgments related to seven additional ABIs.[2]  These seven ABIs were made against five properties and were asserted in an amount totaling $810,859.40.  Thus, at the end of this Reporting Period, only eight ABIs remain, representing claims asserted in the total amount of $1,525,000.00 against three properties: Elkhorn Lot number 11, Expressway Business Park, and Farrell Business Park.[3]  Litigation against the holders of these remaining ABIs is ongoing.[4]

     Currently, if properties are sold by the Receiver that have ABIs recorded against them, the net sale proceeds for the property are deposited into the "<u>Real Estate Account</u>," a segregated reserve account.  As ABIs are released or held to be invalid, the Receiver has transferred funds being held in the Real Estate Account to the Receivership Estate's "<u>Operating

---

[2] During the Reporting Period, the Receiver obtained default judgments voiding the ABIs held by Harvest Time Ministries (asserting a $125,000.00 interest), Mattie Mae Small (asserting a $12,000.00 interest), and Vetco (asserting a $550,000.00 interest).  *See Klein v. Harvest Time Ministries*, Case No. 2:13-cv-00742-BCW (D. Utah) (action commenced prior to *Klein v. Adams*); *Klein v. Adams*, Case No. 2:14-cv-00614-BSJ (D. Utah).

[3] *See* Part IV.D of the First Report for a description of these properties.

[4] *Klein v. Adams*, Case No. 2:14-cv-00614-BSJ (D. Utah).

Account." During the Reporting Period, the Receiver transferred a total of $1,014,671.64 from the Real Estate Account to the Operating Account as a result of the release or invalidation of ABIs recorded against the Clearview Business Park, Autumn Ridge, Fairfield, and Elkhorn Ridge Lot number 48.

      2.    <u>Deeds of Trust</u>:  The Receiver identified 13 properties in the Receivership Estate on which deeds of trust had been recorded at the time of his appointment.  At this time, only three properties have trust deeds recorded against them: Overland Trails, located in Eagle Mountain, Utah; certain lots in the Almond Heights development located in Toquerville, Utah; and one parcel of the land associated with the Expressway Business Park located in Spanish Fork, Utah.

    **B.**    <u>**Real Property Sales That Closed During the Reporting Period**</u>.  Four Court-approved real property sales were closed by the Receiver during the Reporting Period.

      1.    <u>Almond Heights Lot F</u>: On August 14, 2015, the Court entered an Order approving a private sale of this residential building lot located in Toquerville, Utah.[5] The sale closed on August 24, 2015, with the Receivership Estate receiving $24,733.41 in net sales proceeds, which were deposited into the Operating Account.

      2.    <u>Almond Heights Lots 23 and 24</u>: On September 1, 2015, the Court entered an Order approving a private sale of these two residential building lots also located in Toquerville, Utah.[6] These sales closed on August 24, 2015, with the Receivership Estate receiving $47,018.30 in net sales proceeds. These lots, along with other lots in the Almond

---

[5] Docket No. 988.

[6] Docket No. 998.

Heights development, are subject to disputed deeds of trust held by Real Estate Investment Partners. As a result of the disputed interests, the Receiver has deposited the net sales proceeds into the Receivership Estate's Real Estate Account pending resolution of the dispute.[7]

      3.    <u>Byron West Industrial Park Lot 3, Block 1</u>: On August 17, 2015, the Court entered an Order approving a public sale of this commercial building lot located in Minnesota.[8] The scheduled auction was canceled when because the Receiver received no other offers, and the property was sold to the stalking horse bidder. The sale closed on September 30, 2015, with the Receivership Estate receiving $95,340.47 in net sales proceeds, which proceeds were deposited into the Receivership Estate's Operating Account. On that same day, the Receiver filed a *Notice of Public Sale Results* was filed with the Court.[9]

**C.**    <u>**Offers on Real Properties That Were Withdrawn**</u>. On July 14, 2015, the Receiver preliminarily accepted offers to purchase Almond Heights Lots numbers 19 and 20. On September 25, 2015, after conducting agreed due diligence, the potential buyer withdrew its offer, stating that the lots were not suitable for the homes it planned to build.

**D.**    <u>**Offers Preliminarily Accepted on Real Properties**</u>. During the Reporting Period, the Receiver received offers to purchase Almond Heights Lots numbers C-2, F-3, 14, 15, and 18. The agreed due diligence period was to expire on September 25, 2015, but at the request of the potential buyer, the Receiver agreed to extend the due diligence period until October 9,

---

[7] Real Estate Investment Partners asserts a lien against several of the Almond Heights lots, claiming that the amount of its secured claim is $158,655.62.

[8] Docket No. 989.

[9] Docket No. 1012.

2015.

## IV.

## MINERAL ORES

At the time of the Receiver's appointment, a National Note affiliate owned certain 60 tons of ore which it claimed were worth over $1.2 billion. As described in his Second Status Report,[10] the Receiver previously entered into a Management Agreement with HMI Management LLC ("HMI"), an entity controlled by a group of investors, permitting HMI to investigate whether these ores have any commercial value.

On July 13, 2015, the Receiver obtained an appraisal of the ores performed by a professor of geology at Brigham Young University (the "Ore Report"). The appraisal involved analyzing the ore with an X-ray fluorescence spectrometer and taking 15 different samples of the ore, which were tested in labs for the presence of precious metals. Samples were sent to multiple labs, as a means of verifying the accuracy of results.

The Ore Report states that the ore has low concentrations of gold, platinum, and palladium. Out of the 60 tons, the total value of these precious metals totals approximately $960.00. The cost of extracting the precious metals would exceed the value of the metals. Thus, according to the Ore Report, the ore has no commercially-valuable precious metals.

The Ore Report also indicates that the ore has high concentrations of iron, vanadium, and chromium. It is unclear whether the costs of moving the ores and then extracting and purifying these metals would yield net profits for the Receivership Estate.

---

[10] Second Report, pp. 18-19.

The Receiver has had discussions with representatives of HMI to explore their interest in the ore. If the Receiver is unable to find a buyer, he expects to abandon the Receivership Estate's interest in the ore.

**V.**

**LITIGATION**

Litigation commenced by the Receiver since his appointment has involved the litigation to void ABIs, discussed in Part III.A.1 above, litigation to invalidate, when appropriate, trust deeds asserted against real properties of the Receivership Estate, and lawsuits to claw back false profits paid to investors and to collect assets of the Receivership Estate, both of which are discussed below.

    **A.**    **Clawback Claims Being Pursued by the Receivership Estate.**  The Receiver filed approximately 140 lawsuits to recover transfers made by National Note and its affiliated entities.  The Receiver's investigation is ongoing and additional lawsuits may be filed.

        1.    *Status of Clawback Actions.*  As of the close of the Reporting Period, only ten of the total 140 lawsuits are still pending.  This was in part due to settlements reached and judgments obtained by the Receiver during the Reporting Period.  A summary of the status of the remaining ten actions as well as significant litigation events during the Reporting Period are as follows:

                (i)    *Settlements.*  In two lawsuits, settlement agreements were executed prior to the close of the Reporting Period.[11]  In

---

[11] *Klein v. Myer*, 2:13-cv-00504-DN (D. Utah); *Klein v. Secure Gold Exchange,* 2:14-cv-00869-DN (D. Utah).

addition, the Receiver obtained a settlement in a third suit as a result of a Court-mediated settlement conference.[12]

       (ii)    Partial Summary Judgments. The Receiver obtained Orders granting his Motions for Partial Summary Judgment in six cases during the Reporting Period.[13]

       b.    Pending Summary Judgment Motions. At the close of the Reporting Period, the Receiver had two Motions for Partial Summary Judgment pending.

       (i)    The first Motion was filed in the proceeding against Defendant Terry Stallman.14 The Court in that proceeding requested that the Receiver submit a proposed Memorandum Decision and Order granting the Motion, which the Receiver submitted to the Court on September 24, 2015.

       (ii)    The second Motion was filed in the proceeding against Joe and Catherine Lovato.[15] On September 3, 2015, the Receiver filed a Request to Submit the Motion for Decision.

---

[12] *Klein v. Chung*, 2:13-cv-00467-DBP (D. Utah).

[13] *Klein v. M&M Andreasen Investments et al*, Case No. 2:13-cv-00462-DN (D. Utah); *Klein v. Fabrizius*, 2:13-cv-00472-EJF (D. Utah); *Klein v. Blakeslee Family Living Trust*, Case No. 2:13-cv-00405-TC (D. Utah); *Klein v. Nelson*, Case No. 2:13-cv-00497-TC (D. Utah); *Klein v Slaughter*, 2:13-cv-00524-BCW (D. Utah); and *Klein v. Innovative Services et al.*, Case No. 2:13-cv-00566-DN (D. Utah).

[14] *Klein v. Stallman*, Case No. 2:13-cv-00409-DN (D. Utah).

[15] *Klein v. Lovato*, 2:13-cv-00506-DAK (D. Utah).

c.      <u>Scheduling Orders/Trial Dates Set</u>. In six cases,[16] litigation is moving

forward as follows:

(i)      In the proceeding against Michelle Turpin, the

Court has entered a Scheduling Order.  Dispositive motions have

been filed, and the discovery deadline is set for October 30, 2015.

(ii)      In the proceeding against Victor Wagner, the Court

has entered a Scheduling Order setting discovery and dispositive

motion deadlines for November 30, 2015.

(iii)      The proceeding against Christy Palmer, Wayne

Palmer's spouse, has been delayed because Ms. Palmer filed for

relief under Chapter 13 of the Bankruptcy Code during the

Reporting Period.  Ms. Palmer did not appear at her scheduled

meeting of creditors, and it is anticipated that her case will be

dismissed whereupon the Receiver will recommence his suit

against her.

(iv)      On September 9, 2015, the Court entered an Order

in the proceeding against Kleen Water Power adding Carlton

Gentry, the company's president, as a defendant, and Mr. Gentry is

in the process of being served in Canada pursuant to the Hague

---

[16] *Klein v. Turpin*, 2:14-cv-00302-RJS-PMW (D. Utah); *Klein v. Wagner*, 2:13-cv-00557-RJS-PMW (D. Utah);
*Klein v. Palmer*, 2:13-cv-00581-CW-BCW (D. Utah); *Klein v. Kleen Water Power et al.*, 2:13-cv-00550-CW-EJF
(D. Utah); *Klein v. M&M Andreasen Investments et al.*, Case No. 2:13-cv-00462-DN (D. Utah); *Klein v. Blakeslee
Family Living Trust et al.*, Case No. 2:13-cv-00405-TC (D. Utah).

Convention.

(v)     In the proceeding against the Blakeslee Family

Trust and Joel Blakeslee, as indicated above, the Court entered

partial summary judgment against the Blakeslee Family Trust.

Discovery is currently being conducted on the Receiver's claim

against Joel Blakeslee as a subsequent transferee.  The Court has

entered a scheduling Order setting the dispositive motions deadline

for December 31, 2015.

(vi)    In the proceeding against M&M Andreasen

Investments, Inc. and Max Andreasen, as indicated above, the

Court entered summary judgment against M&M Andreasen.

Discovery is currently being conducted on the Receiver's claim

against Max Andreasen as a subsequent transferee.

**B.**     **Settlement of Litigation.**  During the Reporting Period, the Court approved the

following settlement agreements:

1.     Thirteenth Motion to Approve Settlement Agreements.  On July 9, 2015,

the Court entered an Order approved seven settlement agreements that are expected to bring

$93,000.00 into the Receivership Estate. [17] As of September 30, 2015, $33,008.00 of this amount

has been paid.

---

[17] Docket No. 966.

2.     _Fourteenth Motion Approve Settlement Agreements._ On September 1, 2015, the Court entered an Order approving nine settlement agreements that are expected to bring $304,379.28 into the Receivership Estate.[18]  As of September 30, 2015, $206,799.28 has been paid to the Receivership Estate.  As part of this Order, the Court also approved a tenth settlement, where the amount that will be recovered by the Receiver is uncertain inasmuch as the Receivership Estates promissory note in the amount of $203,797.83 which is backed by a deed of trust on property in Virginia.  However, the property is encumbered and is the subject of litigation, so it is unclear how much the Receivership will actually receive when the property is sold and the related litigation is concluded.

## VI.

## CLAIMS PROCESS

On September 1, 2015, the Court entered an _Order Granting Receiver's Amended Motion Seeking Approval of Proposed Claim Procedures and Accompanying Forms and Setting Bar Date._[19]  The bar date to file proofs of claim is November 3, 2015.  As set forth in the _Certificate of Service_ that the Receiver has filed,[20] on or about September 2, 2015, the Receiver commenced service of bar date notices and Proof of Claim forms.  In cases where forms were returned as undeliverable, the Receiver has used his best efforts to locate the potential claimant and deliver the forms.[21]  Publication service has also been made in accordance with the procedures approved

---

[18] Docket No. 1000.

[19] Docket No. 999.

[20] Docket No. 1032.

[21] _See id._

by the Court.[22]

As of September 30, 2015, 198 Proofs of Claims were submitted to the Receiver. All Proofs of Claim have been logged by the Receiver and confirmation of receipt has been made to each claimant within ten days of receipt. The Receiver has begun review of the Proofs of Claim that have been submitted.

## VII.

## FINANCIAL ANALYSIS

A.   **Receivership Financial Information.**   The following financial information is provided for the Reporting Period:

1.   Bank Accounts.   As discussed above, the Receiver maintains two bank accounts for the operation of the Receivership Estate: a general operating account (the "Operating Account") and an account holding earnest money deposits on real estate purchases and the net proceeds of real estate sales to which disputed interests have attached (the "Real Estate Account"). The balances in these accounts as of the close of the Reporting Period are as follows:

| Account | Account Balance |
|---|---|
| Operating Account[23] | $4,690,060.43 |
| Real Estate Account | $1,085,421.05 |
| **TOTAL** | **$5,775,481.48** |

---

[22] *See id.*

[23] Pursuant to the Court's *Order Approving the Receiver's Third Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from July 1, 2013 through December 31, 2013,* Docket No. 828, the Receiver has established a separate Savings Account tied to the Operating Account in which he is holding 20% of the professional fees incurred by him and his counsel related to that fee application. Money to open this Savings Account was transferred from the Operating Account. This Savings Account has a current balance of $122,833.13, and is in addition to the amounts reported above.

2.    <u>Operating Account Deposits</u>.  The sources of funds deposited into the

Operating Account during the Reporting Period are shown in the following table:

| Source | Amount In |
|---|---|
| Settlement Agreement proceeds | $235,230.23 |
| Real estate sales proceeds[24] | $120,073.88 |
| Interest, refunds | $774.82 |
| Transfers from Real Estate Account | $1,014,671.64 |
| **TOTAL** | **$1,370,750.57** |

3.    <u>Operating Account Expenditures</u>.  The following table shows the

categories of operating expenses that have been paid from the Operating Account during the

Reporting Period:

| Type of Expense | Amount Out |
|---|---|
| Utilities, property insurance | $2,561.64 |
| Real estate publication, recording fees | $1,861.17 |
| Appraisal fee: mineral ores | $2,340.79 |
| Publish notices of claim process | $7,371.60 |
| Miscellaneous operating expenses | $342.76 |
| **TOTAL** | **$14,477.96** |

4.    <u>Real Estate Account Deposits and Withdrawals</u>.  Two properties were sold

during the Reporting Period that had interests claimed against it.  As reported in Part III.B,

above, the net proceeds of $47,018.30 were deposited into the Real Estate Account.  A total of

$1,014,671.64 was transferred from the Real Estate Account to the Operating Account in

situations where all existing ABIs had been released.[25]

5.    <u>SFAR</u>Attached as **Exhibit B** is a copy of the Standardized Fund

Accounting Report for the Reporting Period.Administrative Expenses.  On September 1, 2015,

---

[24] This amount reflects Net Sale Proceeds obtained from the sale of the properties discussed above in Part III.B.

[25] *See* Part III.A.1, above.

the Court entered an *Order Approving the Receiver's Fourth Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from January 1, 2014 through December 31, 2014*.[26]  On September 2, 2015, $461,314.44 was paid to Dorsey & Whitney LLP for its fees and expenses and $352,088.63 was paid to Klein & Associates for work of the Receiver and his staff.  On September 21, 2015, the Court entered an Order approving the payment of fees to insolvency expert Lone Peak Valuation Group,[27] and on September 22, 2015, fees and expenses in the amount of $72,886.08 were paid.

For the current Reporting Period, the Receiver and his staff have spent a total of 338.8 hours on behalf of the Receivership Estate.  Total fees incurred by the Receiver during the Reporting Period are in the total amount of $51,867.50.  Dorsey & Whitney LLP's total fees and expenses incurred during the Reporting Period are in the total amount of $75,191.30 .[28]

## VIII.

## <u>NEXT STEPS</u>

At this time, the Receiver anticipates addressing the following priorities in the coming months:

1.    <u>Claims Process</u>.  During the Reporting Period, the Receiver began to receiver Proofs of Claims.  The Bar Date established by the Court for the submission of Proofs of Claims is November 3, 2015.  As Proofs of Claim have been submitted, the Receiver has notified

---

[26] Docket No. 1001.

[27] Docket No. 1011.

[28] A summary of fees and expenses that have been incurred on behalf of the Receivership Estate by the Receiver and the Receiver's legal counsel in prior Reporting Periods is set forth in each of the status reports and the interim fee applications.

the claimants of his receipt of the Claim and of the assigned Claim number. Both prior to and after the Bar Date, the Receiver will engage in the process of analyzing Claims received, requesting additional information when needed, and attempting to work out agreements with claimants who have submitted Claims in amounts that do not coincide with the Receiver's records. The Receiver intends to file a report with the Court recommending allowed Claim amounts in the first quarter of 2016.

  2. <u>Litigation</u>. As discussed in Part V above, the Receiver anticipates continuation of litigation seeking to invalidate eight remaining ABIs, as well as litigation of several remaining ancillary proceedings to recover property of the Receivership Estate. The Receiver may also be required to file additional lawsuits against potential defendants with whom he has entered tolling agreements if settlement negotiations are not fruitful.

  3. <u>Collection of Judgments</u>. The Receiver anticipates continuing his efforts to execute on judgments that he has obtained.

  4. <u>Property Sales</u>. The Receiver will continue his efforts to sell additional real estate properties in the Receivership Estate. Based on offers already received, the Receiver expects to sell at least five properties during the next Reporting Period. It is anticipated that the sale of some of the remaining properties, especially those with environmental problems, will take additional time.

## IX.

## <u>CONCLUSION</u>

Solid progress was made during the Reporting Period.  The Receiver looks forward to completing the claims process so recovered funds can begin to be returned to investors.

DATED this 4 th day of December, 2015.

_Wayne Klein_

WAYNE KLEIN, Receiver

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the above **THIRTEENTH STATUS**

**REPORT OF R. WAYNE KLEIN, RECEIVER** was filed with the Court on this __th day of

December, 2015, and served via ECF on all parties who have requested notice in this case.  A

copy was also served on Wayne Palmer by U.S. Mail, postage prepaid at:

Wayne Palmer
8816 South 2240 West
West Jordan, UT 84088

/s/ Candy Long

# EXHIBIT A

## REAL PROPERTIES--STATUS

As of 9/30/15.  Investigation Ongoing.  All Information Subject to Change.

*The numbers in the first column correspond with numbers of these properties as described in the Receiver's First Status Report.*

| | Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
|---|---|---|---|---|---|---|
| | **PROPERTIES CURRENTLY IN RECEIVERSHIP ESTATE** | | | | | |
| 3 | Elkhorn Ridge Estates-42 Building Lots | Malad, ID | | | | Marketed for sale with broker; several lots sold (described below) |
| 4 | Elkhorn Ridge-4 Undeveloped Parcels | Malad, ID | | | | Property split approved [Docket No. 289]  Listed for sale with broker |
| 7 | Ogden Office Building | Ogden, UT | 699,000 | | | Building is vacant; property is being marketed through broker |
| 10 | Deer Meadows | Duchesne Co., UT | 72,000 | | | Marketed for sale through broker; lien released in settlement |
| 20 | Overland Trails | Eagle Mtn., UT | | | | Property being evaluated for equity and sale |
| 21 | Cedar Fort Land (Fairfield)-85 Acres | Fairfield, UT | 255,000 | | | Property is being marketed through broker |
| 23 | Expressway Business Park-Land | Spanish Fork, UT | 1,250,000 | | | Second buyer withdrew preliminary offer following due diligence |
| 25 | Almond Heights-14 Building Lots | Toquerville, UT | 842,000 | | | |
| | Lot #F-3 | | 35,150 | 31,635 | | Offer accepted 7/14/15 |
| | Lot #C-2 | | 34,200 | 30,780 | | Offer accepted 7/14/15 |
| | Lot #14 | | 35,150 | 31,635 | | Offer accepted 7/14/15 |
| | Lot #15 | | 33,250 | 29,925 | | Offer accepted 7/14/15 |
| | Lot #18 | | 30,400 | 27,360 | | Offer accepted 7/14/15 |
| | Lot #19 | | 22,800 | 20,520 | | Offer withdrawn |
| | Lot #20 | | 22,800 | 20,520 | | Offer withdrawn |
| | Lot #F | | 32,300 | 31,000 | 24,733.41 | Sale approved [Docket No. 988] Sale closed 8/24/15 |
| | Lot #23 | | 31,350 | 24,000 | 20,346.06 | Sale approved [Docket No. 998] Sale closed 9/4/15 |
| | Lot #24 | | 33,250 | 31,000 | 26,672.24 | Sale approved [Docket No. 998] Sale closed 9/4/15 |
| 29 | Bear Grove Industrial Park-8 Lots | Byron, MN | 1,675,200 | | | Property is listed for sale with broker; property encumbered by bond |
| | Lot 3, Block 1 (Parcel #8510) | | | 149,500 | 95,340.47 | Sale approved [Docket No. 989] Sale closed 9/30/15 |
| | **PROPERTIES SOLD OR RELEASED** | | | | | |
| | Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
| 1 | River Run/Riverbend Subdivision-Land | Middleton, ID | N.A. | N.A. | N.A. | No equity.  Court approved release of property to lender [Dkt. No. 590] |
| 2 | Single family home: 1st Avenue | Middleton, ID | 115,000 | 105,000 | 102,461.72 | Sale approved [Docket No. 734]  Sale closed 10/15/14 |
| | Single family home: Hawthorne Ave. | Middleton, ID | 80,000 | 76,000 | 69,569.48 | Sale approved [Docket No. 804].  Sale closed 11/17/14 |
| 3 | Elkhorn Ridge Estates-47 Building Lots | Malad, ID | | | | Marketed for sale with broker; several lots sold (described below) |
| | Lot #1 | | 135,000 | 155,000 | 142,834.78 | Sale approved [Docket No. 419] Sale closed 8/29/13 |
| | Lot #2 | | 35,000 | 31,500 | 27,725.00 | Sale approved [Docket No. 492] Sale closed 12/6/13 |
| | Lot #4 | | 35,000 | 35,000 | 30,893.21 | Sale approved [Docket No. 231] Sale closed 4/26/13 |
| | Lot #5 | | 80,000 | 80,000 | 71,803.14 | Sale approved [Docket No. 231] Sale closed 4/8/13 |
| | Lot #48 | | 80,000 | 80,000 | 73,620.84 | Sale approved [Docket No. 231] Sale closed 4/9/13 |
| 5 | Manhattan Grille Condominium | Manhattan, MT | 49,000 | 51,000 | 45,933.32 | Sale approved [Docket No. 300] Sale closed 6/5/13 |
| 6 | Twin Pines Apartments | Brigham City, UT | N.A. | | 172,020.02 | Sale approved [Docket No. 736].  Sale closed 9/14/14 |
| 8 | Summit Park Lot | Summit Park, UT | 40,000 | 37,500 | 32,477.61 | Court approved sale [Docket No. 135] Sale closed 1/24/13 |
| 9 | Bandanna Cabin | Fruitland, UT | 260,000 | 260,000 | 226,374.07 | Sale at auction approved [Docket No. 341] Sale closed 10/24/13 |
| 11 | Outpost/Indian Canyon | Duchesne Co., UT | N.A. | 148,222.56 | 134,068.12 | Sale approved [Docket No. 269] Sale closed 8/21/13 |
| 12 | East Meadows Mobile Home Park | Vernal, UT | N.A. | 1,025,000 | 979,620.29 | Sale approved [Docket No. 292] Sale closed 7/29/13 |
| 13 | Quail Hollow Apartments | Vernal, UT | N.A. | N.A. | N.A. | Determined not owned by Receivership Estate |
| 14 | Residential Building Lots at 900 West | Salt Lake City, UT | N.A. | 70,000 | 65,295.00 | Sale approved [Docket No. 263] Sale closed 5/8/13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Cottonwood Road Property-4 acres | Salt Lake City, UT | N.A. | N.A. | N.A. | No equity; court approved release of property to lender [Dkt. No. 179] |
| 15 | Cottonwood Road Property-1 acre | Salt Lake City, UT | N.A. | 291,000 | 279,189.07 | Sale at auction approved [Docket No. 495] Sale closed 11/8/13 |
| 16 | National Note Office Building | West Jordan, UT | 285,000 | 285,000 | 55,903.09 | Sale approved [Docket No. 161] Sale closed 3/19/13 |
| 17 | Palmer Residence | West Jordan, UT | N.A. | N.A. | N.A. | No equity. Court approved abandonment of property [Dkt. No. 869] |
| 18 | Star Pointe Development | Salt Lake City, UT | N.A. | N.A. | 70,000.00 | Court approved settlement agreement with lender [Docket No. 608] |
| 19 | Autumn Ridge Subdivision-Phase I | Eagle Mtn., UT | | | | |
| | Phase I-Lot #2 | | 37,000 | 39,900 | 35,635.21 | Sale approved [Docket No. 692].  Sale closed 7/8/14 |
| | Phase I-Lot #3 | | 37,000 | 39,900 | 35,711.84 | Sale approved [Docket No. 644]  Sale closed 5/1/14 |
| | Phase I-Lot #4 | | 37,000 | 37,000 | 30,821.91 | Sale approved to builders [Docket No. 293] Sale closed 6/3/13 |
| | Phase I-Lot #8 | | 37,000 | 37,000 | 31,554.15 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| | Phase I-Lot #54 | | 37,000 | 37,000 | 31,554.16 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| | Phase I-Lot #41 | | 37,000 | 37,000 | 30,857.73 | Sale approved to builders [Docket No. 293] Sale closed 8/14/13 |
| | Phase I-Lot #40 | | 37,000 | 37,000 | 30,911.96 | Sale approved to builders [Docket No. 293] Sale closed 9/25/13 |
| | Phase I-Lot #33 | | 37,000 | 37,000 | 30,775.92 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #6 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #7 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #11 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #16 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696].  Sale closed 7/18/14 |
| | Phase I-Lot #21 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #30 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #39 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696].  Sale closed 7/18/14 |
| | Phase I-Lot #51 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #52 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #55 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #60 | | 37,000 | 37,000 | 31,355.89 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase II-62 Building Lots | | N.A. | 538,000 | 446,610.24 | Sale approved [Docket No. 460] Sale closed 10/1/13 |
| 21 | Cedar Fort Land (Fairfield)-8 acres | Fairfield, UT | 24,000 | 25,000 | 22,274.21 | Sale at auction approved [Docket No. 458]  Sale closed 11/14/13 |
| 22 | Expressway Business Park | Spanish Fork, UT | | | | |
| | Unit #109 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 241] |
| | Unit #305 | | 65,000 | 69,000 | 55,840.79 | Court approved sale at auction [Docket No. 270] Sale closed 6/27/13 |
| | Unit #204 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 364] |
| | Unit #215 | | N.A. | 127,500 | 112,965.27 | Sale approved at auction [Docket No. 393] Sale closed 10/3O/13 |
| 24 | Gooseberry Cabin | Fairview, UT | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 125] |
| 25 | Almond Heights-21 Building Lots | Toquerville, UT | 842,000 | | | |
| | Lot #7 | | 38,000 | 32,000 | 29,388.95 | Sale approved [Docket No. 829].  Sale closed 12/18/14 |
| | Lot #10 | | 38,950 | 36,000 | 30,552.54 | Sale approved [Docket No. 906]  Sale closed 3/31/15 |
| | Lot #11 | | 37,050 | 32,000 | 6,788.12 | Sale approved [Docket No. 829].  Sale closed 12/16/14 |
| | Lot #12 | | 38,000 | 32,000 | 6,787.90 | Sale approved [Docket No. 829].  Sale closed 12/16/14 |
| | Lot #13 | | 37,050 | 32,000 | 6,787.75 | Sale approved [Docket No. 829].  Sale closed 12/16/14 |
| | Lot #17 | | 30,400 | 24,000 | 21,752.44 | Sale approved [Docket No. 829].  Sale closed 12/11/14 |
| | Lot #25 | | 35,150 | 34,000 | 29,216.54 | Sale approved [Docket No. 951]  Sale closed 5/21/15 |
| | Lot #26 | | 34,200 | 32,000 | 27,151.02 | Sale approved [Docket No. 829].  Sale closed 12/17/14 |
| 26 | Kanab Home | Kanab, UT | 199,000 | 197,000 | 18,162.90 | Sale approved [Docket No. 746].  Sale closed 9/4/14 |
| 27 | Farrell Business Park-12 Units | Gilbert, AZ | | | | |
| | Unit 103 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| | Unit 104 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| | Unit 105 | | 80,000 | 92,000 | 70,392.98 | Court approved sale at auction [Docket No. 203] Sale closed 5/21/13 |
| | Unit 106 | | 80,000 | 97,000 | 74,832.11 | Court approved sale at auction [Docket No. 204] Sale closed 6/7/13 |

| | | | | | |
|---|---|---|---|---|---|
| | Unit 107 | | 80,000 | 90,000 | 67,699.81 | Court approved sale at auction [Docket No. 205] Sale closed 6/7/13 |
| | Unit 109 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| | Unit 110 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| | Unit 111 | | 80,000 | 80,000 | 59,194.92 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| | Unit 113 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| | Unit 114 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| | Unit 115 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| | Unit 116 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 28 | Clearview Business Park-8 Units | Mesa, AZ | 415,954 | 737,000 | 591,295.43 | Court approved sale at auction [Docket No. 177] Sale closed 5/10/13 |
| 29 | Bear Grove Industrial Park-8 Lots | Byron, MN | 1,675,200 | | | Property is listed for sale with broker; property encumbered by bond |
| | Parcel #8516 | | 281,500 | 210,000 | 10,000.00 | Sale approved [Docket No. 853]. Sale closed 3/27/15 |
| | Parcel #8509 | | 156,700 | 149,000 | 98,795.03 | Sale approved [Docket No. 849]. Sale closed 3/16/15 |
| | Parcel #8512 | | 305,000 | 235,000 | 6,500.00 | Sale approved [Docket No. 854]. Sale closed 3/6/15 |
| | Parcel #6060 | | 340,000 | 235,000 | 10,000.00 | Sale approved [Docket No. 875]. Sale closed 3/24/15 |
| 30 | Georgia Single Family Residence | Temple, GA | 135,000 | 125,000 | 106,843.83 | Sale approved [Docket No. 553] Sale closed 1/10/14 |
| 31 | Chicago Single Family Residence | Chicago, IL | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 32 | Cleveland Single Family Residence | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 33 | Cleveland Building Lot | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 34 | Toledo Single Family Residence | Toledo, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| | **Total** | | 7,578,416.00 | 7,442,583.92 | 5,676,602.71 | |

# EXHIBIT B

Wayne Klein, Receiver for National Note of Utah
10 Exchange Place, Ste. 502
Salt Lake City, UT 84111
801-456-4593

# STANDARDIZED FUND ACCOUNTING REPORT

## Civil – Receivership Fund

Fund Name: SEC v. National Note of Utah
Civil Court Docket No. 2:12-CV-00591 BSJ

Reporting Period 07/01/2015 to 09/30/2015

## Standardized Fund Accounting Report for National Note of Utah - Cash Basis

Receivership; Civil Court Docket No. 2:12-CV-00591 BSJ

Reporting Period 07/01/2015 to 09/30/2015

**Fund Accounting (See Instructions):**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 07/01/2015): | $6,395,777.23 | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $0.00 | | |
| Line 3 | **Cash and Securities** | $0.00 | | |
| Line 4 | **Interest/Dividend Income** | $926.08 | | |
| Line 5 | **Business Asset Liquidation** | $167,092.18 | | |
| Line 6 | **Personal Asset Liquidation** | $0.00 | | |
| Line 7 | **Third-Party Litigation Income** | $235,240.23 | | |
| Line 8 | Miscellaneous - Other | $46.00 | | |
| | Total Funds Available (Lines 1 - 8) | | $6,799,081.72 | |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | $0.00 | | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $424,974.71 | | |
| Line 10b | *Business Asset Expenses* | $7,106.36 | | |
| Line 10c | *Personal Asset Expenses* | $0.00 | | |
| Line 10d | *Investment Expenses* | $0.00 | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $431,164.50 | | |
| | 2. Litigation Expenses | $30,149.94 | | |
| | *Total Third-Party Litigation Expenses* | $461,314.44 | | |
| Line 10f | *Tax Administrator Fees and Bonds* | $0.00 | | |
| Line 10g | *Federal and State Tax Payments* | $0.00 | | |
| | **Total Disbursements for Receivership Operations** | $893,395.51 | | |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Miscellaneous | $0.00 | | |
| | *Total Plan Development Expenses* | $0.00 | | |
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Investor Identification: | $7,371.60 | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | $0.00 | | |
| | 5. Miscellaneous | $0.00 | | |
| | 6. Federal Account for Investor Restitution | $0.00 | | |
| | (FAIR) Reporting Expenses | $0.00 | | |
| | *Total Plan Implementation Expenses* | $7,371.60 | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | $7,371.60 | | |
| | | | | |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 | | |
| Line 12b | *Federal Tax Payments* | $0.00 | | |
| | **Total Disbursements to Court/Other** | $0.00 | | |
| | **Total Funds Disbursed (Lines 9 - 12):** | | $900,767.11 | |
| | | | | |
| Line 13 | **Ending Balance (As of 09/30/2015):** | | | $5,898,314.61 |
| | | | | |
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | $5,898,314.61 | | |
| Line 14b | *Investments* | $0.00 | | |
| Line 14c | *Other Assets or Uncleared Funds* | $0.00 | | |
| | **Total Ending Balance of Fund - Net Assets** | | | $5,898,314.61 |
| | | | | |
| | | | | |
| **Other Supplemental Information:** | | | | |
| | | Detail | Subtotal | Grand Total |
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| | | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| | | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Miscellaneous | $0.00 | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | $0.00 | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Fund Administrator |  |  |  |
|  | IDC |  |  |  |
|  | Distribution Agent |  |  |  |
|  | Consultants |  |  |  |
|  | Legal Advisers |  |  |  |
|  | Tax Advisers |  |  |  |
|  | 2. Administrative Expenses | $0.00 |  |  |
|  | 3. Investor Identification: | $0.00 |  |  |
|  | Notice/Publishing Approved Plan |  |  |  |
|  | Claimant Identification |  |  |  |
|  | Claims Processing |  |  |  |
|  | Web Site Maintenance/Call Center |  |  |  |
|  | 4. Fund Administrator Bond | $0.00 |  |  |
|  | 5. Miscellaneous | $0.00 |  |  |
|  | 6. FAIR Reporting Expenses | $0.00 |  |  |
|  | *Total Plan Implementation Expenses Not Paid by the Fund* | $0.00 |  |  |
| Line 15c | *Tax Administrator Fees and Bonds Not Paid by the Fund* | $0.00 |  |  |
|  | **Total Distributions for Plan Administration Expenses Not Paid by the Fund** | $0.00 |  |  |
|  |  |  |  |  |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** |  |  |  |
| Line 16a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 |  |  |
| Line 16b | *Federal Tax Payments* | $0.00 |  |  |
|  | **Total Disbursements to Court/Other Paid by the Fund:** | $0.00 |  |  |
| **Line 17** | **DC & State Tax Payments** | $0.00 |  |  |
| **Line 18** | **No. of Claims:** |  |  |  |
| Line 18a | *# of Claims Received This Reporting Period* | 198 |  |  |
| Line 18b | *# of Claims Received Since Inception of Fund* | 198 |  |  |
| **Line 19** | **No. of Claimants/Investors:** |  |  |  |
| Line 19a | *# of Claimants/Investors Paid This Reporting Period* | 0 |  |  |
| Line 19b | *# of Claimants/Investors Paid Since Inception of Fund* | 0 |  |  |

Receiver: Wayne Klein

By: _Wayne Klein_
(signature)

Wayne Klein
(printed name)

Receiver, National Note
(title)

Date:
10/13/15

| NNU SFAR - 3rd Quarter 2015 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Line Breakdown | | | | | | | |
| | Line 2 | Line 4 | Line 5 | Line 6 | Line 7 | Line 8 | Total |
| Rent Received | $0.00 | | | | | | |
| Overpaid Investors | | | | | $235,230.23 | | |
| National Note | | | $120,073.88 | $0.00 | $10.00 | | |
| Real Estate Holding | | | $47,018.30 | | | | |
| Royalties Received | | | | | | $0.00 | |
| Interest | | $926.08 | | | | | |
| Refunds | | | | | | $46.00 | |
| Advances by Receiver | | | | | | | |
| | $0.00 | $926.08 | $167,092.18 | $0.00 | $235,240.23 | $46.00 | $403,304.49 |
| | | | | | | | |
| | | | | | | | |
| | Line 10a | Line 10b | Line 10g | Line 10e-1 | Line 10e-2 | Line 11b-3 | Total |
| Receivership Expenses | $424,974.71 | $7,106.36 | $0.00 | $431,164.50 | $30,149.94 | $7,371.60 | |
| Refund Deposit from Prior Period | | $0.00 | | | | | |
| Adjustment - NNU Account | | $0.00 | | | | | |
| | $424,974.71 | $7,106.36 | $0.00 | $431,164.50 | $30,149.94 | $7,371.60 | $900,767.11 |
| | | | | | | | |
| | | | | | | | |
| | Line 14a | | | | | | |
| National Note | $109,283.62 | | | | | | |
| Savings | $122,833.13 | | | | | | |
| High-Yield Operating | $4,580,776.81 | | | | | | |
| Real Estate Holding | $81,334.84 | | | | | | |
| High-Yield Real Estate | $1,004,086.21 | | | | | | |
| | $5,898,314.61 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Created by James Shupe on 10/12/2015 | | | | | | | |