FILED
2016 NOV 8 PM 2:02
CLERK
U.S. DISTRICT COURT

*Prepared and Submitted By:*

Peggy Hunt (Utah State Bar No. 6060)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual,<br><br>Defendants. | ORDER APPROVING EIGHTH INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM APRIL 1, 2016 THROUGH JUNE 30, 2016, AS MODIFIED<br><br>Case No.: 2:12-cv-00591 BSJ<br><br>The Honorable Bruce S. Jenkins |

The matter before the Court is the *Eighth Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered From April 1, 2016 Through June 30, 2016* (the "Fee Application") filed by R. Wayne Klein, the Court-appointed Receiver (the "Receiver"), seeking the allowance of fees and expenses incurred by the Receiver and his forensic accountants, Klein & Associates, PLLC, and his legal counsel, Dorsey & Whitney LLP,

as a cost of administering the Receivership Estate for the period of April 1, 2016 through June 30, 2016 (the "Application Period") on an interim basis. No objections to the Fee Application have been filed.

A hearing on the Fee Application was conducted by the Court on November 3, 2016. Peggy Hunt of Dorsey & Whitney LLP, appeared on behalf of the Receiver, and the Receiver was present as well. Tanya G. Beard appeared on behalf of the Securities and Exchange Commission. Representations by the Receiver and his counsel were made on the record. As part of these representations, Dorsey & Whitney LLP agreed to reduce the amount of its Fee Application in the total amount of $150.00.

The Court has reviewed the Fee Application, all Exhibits thereto, the record in this case, the representations of the Receiver and counsel made on the record, the modifications made to the Fee Application of Dorsey & Whitney LLP as stated on the record and reflected herein, and applicable law. The fees and expenses requested for the Application Period are reasonable, necessary and beneficial. Based thereon, and for good cause appearing,

**IT IS HEREBY ORDERED** that:

(1) The Fee Application is **APPROVED**;

(2) The fees and expenses of the Receiver and his professionals Klein & Associates PLLC and Dorsey & Whitney LLP as modified are **ALLOWED** on an interim basis as set forth in the Fee Application;

4827-8077-4959\1

3

(3) Klein & Associates PLLC is **ALLOWED** a claim in the total amount of $39,770.00 for fees;

(4) Dorsey & Whitney LLP is **ALLOWED** a claim in the total amount of $103,176.75 for fees, which amount includes the reduction the firm agreed to at the hearing, and $1,762.92 for reimbursement of out-of-pocket expenses; and

(5) The Receiver is **AUTHORIZED** to pay all fees and expenses as allowed herein.

DATED this 8 day of November, 2016.

                          **BY THE COURT:**

                          The Honorable Bruce S. Jenkins
                          United States District Court