Peggy Hunt (Utah State Bar No. 6060)
John J. Wiest (Utah State Bar No. 15767)
**DORSEY & WHITNEY LLP**
111 S. Main Street, 21st Floor
Salt Lake City, UT  84111
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com
        wiest.john@dorsey.com

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual,<br><br>Defendants. | **TWENTY FIRST STATUS REPORT OF R. WAYNE KLEIN, RECEIVER**<br>*For the Quarter Ending September 30, 2017*<br><br>2:12-cv-00591 BSJ<br><br>The Honorable Bruce S. Jenkins |

R. Wayne Klein, the Court-Appointed Receiver (the "Receiver") of National Note of Utah, LC ("National Note"), as well as certain subsidiaries and entities affiliated with National Note and the assets of Wayne LaMar Palmer ("Palmer"), hereby submits this Twenty First Status Report for the period July 1, 2017 through September 30, 2017 (the "Reporting Period").

## I.

## PROCEDURAL HISTORY

This action (the "Civil Case") was commenced by the United States Securities and Exchange Commission (the "SEC") on June 25, 2012, against Defendants Palmer and National

Note by the filing of a Complaint in the United States District Court for the District of Utah (the "Court").[1] The Court held a trial on November 2, 2015 and on November 30, 2015 entered judgment against Palmer and National Note.[2]

On August 19, 2015, a grand jury indicted Palmer and his cousin, Julieann Palmer Martin. On February 5, 2017, both pleaded guilty. Palmer pleaded guilty to two felony counts: a scheme and artifice to defraud and money laundering. Ms. Martin pleaded guilty to one felony count of concealing fraud by another. A restitution hearing is scheduled for November 29, 2017 and sentencing is set for December 11, 2017.

## II.

## REAL ESTATE TRANSACTIONS

Attached hereto as **Exhibit A** is a chart setting forth the status of all real properties in the Receivership Estate as of September 30, 2017. Five primary properties remain in the Receivership Estate: 39 lots located in the "Elkhorn Ridge" subdivision in Malad, Idaho; the "Deer Meadows" property located near Duchesne, Utah; one industrial lot located in the "Byron Industrial Park" in Minnesota; the "Overland Trails" property located in Eagle Mountain, Utah; and the "Expressway Business Park" properties located in Spanish Fork, Utah. All of these properties are being marketed for sale, but each has unique challenges. The Receiver is evaluating sale alternatives and potential abandonment of some of the properties.

---

[1] Docket No. 1.

[2] Docket No. 1043.

4821-9749-9212\1

**A.**    <u>Real Property Sales Closed During the Reporting Period</u>.  No property sales closed during the Reporting Period.

**B.**    <u>Property Offers Subject to Court Approval</u>.  During the Reporting Period, the Receiver held discussions with potential buyers of two of the Receivership properties:

    1.    <u>Expressway Business Park</u>. On July 6, 2017, the court-approved appraiser submitted his appraisal valuing the portion of the Expressway Business Park still available for sale at $600,000. The Receiver sent copies of the appraisal to parties who previously had expressed interest in the property and received several offers. On August 6, 2017, the Receiver filed a *Motion Requesting Order Approving Public Sale of Property* ("<u>Sale Motion</u>"), proposing public sale procedures.[3] At a hearing on September 8, 2017, the Court requested that the Receiver simplify the proposed procedures set forth in the Sale Motion.  On September 15, 2017, the Receiver filed an *Amended Motion Requesting Order Approving Public Sale of Property.*[4] A hearing on the amended Sale Motion was held on October 12, 2017, and the Motion was granted. The Receiver will report on this sale in the next Status Report.

    2.    <u>Byron Industrial Park</u>. This Receivership property located in Minnesota is encumbered by development bonds and unpaid property taxes in a total amount that is greater than the market value of the property. The Receiver has had numerous meetings and calls with an electric transmission company about leasing or purchasing this land. No agreement has been reached and discussions are ongoing.

---

[3] Docket No. 1308.

[4] Docket No. 1315.

## III.

## STATUS OF REAL ESTATE INTERESTS

A.    **Assignments of Beneficial Interest ("ABIs")**. As noted in prior Status Reports,

all but three of the 349 ABIs issued by National Note to investors have been voluntarily released

or resolved.  This Court has ruled that the remaining three ABIs are invalid,[5]  but the holders of

those ABIs filed an appeal of the Court's Judgment on December 22, 2016 (the "ABI Appeal").[6]

Mediation efforts by the Tenth Circuit mediator did not result in a settlement.  Thus, the ABI

Appeal is proceeding.  After the parties completed briefing, the Tenth Circuit requested

supplemental briefs. The Tenth Circuit has set oral argument on this appeal for November 15,

2017.

B.    **Deeds of Trust**. Of the thirteen properties on which deeds of trust had been

recorded at the time of the Receiver's appointment, all deeds of trust have been satisfied or

released except as to the two properties noted below.

1.    Overland Trails, Eagle Mountain, Utah: There are six deeds of trust

remaining and recorded against this property, claiming to secure a total of $252,136.91 in debt.

The Receiver does not believe that all of these deeds of trust are valid, but he is attempting to sell

the property before incurring expense to dispute the interests.

2.    Expressway Business Park, Spanish Fork, Utah: There are three remaining

deeds of trust recorded against this property, which are held by Westar Equities, Jeff Sessions,

---

[5] *Klein v. Adams*, Civil No. 2:14-CV00614, Docket No. 525 (Memorandum Decision entered
Oct. 25, 2016); Docket No. 526 (Judgment entered Nov. 14, 2016).

[6] Case No. 16-4215 (10th Cir.).

4

and Evolution Holdings. Westar Equities maintains that it is owed the principal amount of $9,634.30 plus accrued interest. The interests of Sessions and Evolution Holdings are in unspecified amounts, but the Receiver believes that the purported debts relate to tenant improvements that were promised by National Note but never completed. Because the Receiver believes that National Note holds a superior lien that was effective before the dates of the deeds of trust given to Sessions and Evolution Holdings, the Receiver intends to contest the Sessions and Evolution Holdings deeds of trust.

## IV.

## LITIGATION/SETTLEMENTS/COLLECTIONS

The following occurred during the Reporting Period with regard to recovery efforts:

A.   **Wilton Battles Judgment**. In 2013, the Court approved a settlement between the Receiver and Mr. Battles, including a confession of judgment in the event Mr. Battles defaulted in his obligations. After paying $4,700.00 under the terms of the settlement agreement, Mr. Battles defaulted and the Receiver sought entry of the confession of judgment. Judgment was entered on May 5, 2017 in the total amount of $24,876.82.[7] The Receiver caused the judgement to be recorded against property owned by Mr. Battles. On October 2, 2017, after the close of the Reporting Period, the Receiver was served with a summons and complaint by a party seeking to foreclose its interest in the same property. The Receiver maintains that this foreclosure is stayed by the Receivership Order and has notified the plaintiff of his position. It is unknown at this point whether the Receivership Estate will recover funds on this judgment.

---

[7] *Klein v. Battles*, 2:13-cv-00560-TC, Docket Nos. 9 & 11.

4821-9749-9212\1

**B.**     <u>Green Apple Settlement</u>. Following a June 30, 2017 hearing on the Receiver's *Renewed Motion Seeking Approval of Settlement Agreement With Green Apple Holding LLC,*[8] the Court entered an *Order* granting the motion.[9] On September 12, 2017, Green Apple paid the $10,000.00 settlement amount to the Receiver with proceeds from the sale of the property at issue. This matter is now concluded.

**C.**     <u>Star Pointe Settlement</u>. The Court held a hearing on June 30, 2017 on the Receiver's *Motion Seeking Approval of Settlement Agreement With Star Pointe Development, LLC and Star Pointe Partners, LLC.*[10] On July 6, 2017, the Court entered an *Order*[11] granting the Motion and approving the settlement agreement. Under the settlement agreement, the Receivership Estate will receive $10,000 when other litigation is concluded and funds are released from a state court registry. This amount is in addition to the $70,000 the Receivership Estate received earlier in connection with the foreclosure of property owned by Star Pointe Development, LLC.

**D.**     <u>Collection Efforts on Judgments</u>. The Receiver has pursued collection of 32 judgments and unpaid settlements that he previously obtained on behalf of the Receivership Estate. For each of the judgments, the Receiver investigated the collectability of the judgments, including in many cases (where the amount of the judgement warranted), the employment of a private investigation firm to research the assets that might be available to satisfy the judgments.

---

[8] Docket No. 1291.

[9] Docket No. 1306.

[10] Docket No. 1297.

[11] Docket No. 1300.

As a result of his research, the Receiver determined that it would be most beneficial to the Receivership Estate to abandon collection efforts on judgments that would likely be uncollectable due to, among other things, bankruptcy discharge or lack of assets held by the judgment debtor. In other instances, partial or full amounts of judgments have been collected. After the recoveries described below, nine judgments remain that are being actively pursued for collection.

1.      <u>Harry Cousins</u>. The Receiver obtained a judgment against Harry Cousins in the total amount of $60,246.58 on account of false profits Mr. Cousins obtained from National Note. The Receiver took actions to enforce the judgment. Ultimately, Mr. Cousins' son contacted the Receiver and demonstrated that neither Mr. Cousins nor his wife had recoverable assets. To settle the matter, however, on September 5, 2017, the son paid a settlement sum in the total amount of $12,000.00. This matter is now closed.

2.      <u>Green Apple Holdings</u>. On September 12, 2017, Green Apple Holdings paid the $10,000 required by the settlement of litigation with the Receiver. This matter is now closed.

3.      <u>Joe and Catherine Lovato</u>. The remaining $23,337.60 owed by the Lovatos was paid to the Receiver on July 5, 2017, making a total of $40,000.00 collected on this judgment. This matter is now closed.

## V.

## INITIAL DISTRIBUTION

On November 14, 2016, the Receiver distributed $4.49 million to the holders of "Allowed Claimants" who were entitled to a distribution under the *Plan of Distribution* that was approved by the Court. All distribution payments related to the initial distribution have now

7

cleared.

## VI.

### FINANCIAL ANALYSIS

A.   <u>Receivership Financial Information</u>. The following financial information is provided for the Reporting Period:

1.   <u>Bank Accounts</u>. The Receiver maintains two bank accounts for the operation of the Receivership Estate: a general operating account (the "<u>Operating Account</u>") and an account holding the net proceeds of real estate sales to which disputed interests have attached (the "<u>Real Estate Account</u>").[12] The balances in these accounts as of the close of the Reporting Period are as follows:

| Account | Account Balance |
|---|---|
| Operating Account | $955,747.23 |
| Real Estate Account | $961,394.03 |
| **TOTAL** | **$1,917,141.26** |

2.   <u>Operating Account Deposits.</u> The sources of funds deposited into the Operating Account during the Reporting Period are shown in the following table:

| Source | Amount In |
|---|---|
| Settlement agreement proceeds | $6,150.00 |
| Collections on judgments | $45,337.60 |
| Interest | $282.22 |
| **TOTAL** | **$51,487.60** |

---

[12] Pursuant to the Court's *Order Approving the Receiver's Third Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from July 1, 2013 through December 31, 2013,* Docket No. 828, the Receiver has established a separate Savings Account tied to the Operating Account in which he is holding 20% of the professional fees incurred by him and his counsel related to that fee application. Money to open this Savings Account was transferred from the Operating Account. This Savings Account has a current balance of $122,956.53, and is in addition to the amounts reported below.

3.    Operating Account Expenditures. The following table shows the categories of operating expenses that have been paid from the Operating Account during the Reporting Period:

| Type of Expense | Amount Out |
|---|---|
| Real estate appraisal, closing costs | $3,528.08 |
| Legal fees for collection counsel | $765.57 |
| Tax filing fee | $100.00 |
| TOTAL | $4,393.65 |

4.    Real Estate Account Deposits and Withdrawals. The only transactions in the Real Estate Account were deposits of accrued interest.

5.    SFAR. Attached as **Exhibit B** is a copy of the Standardized Fund Accounting Report for the Reporting Period

6.    Administrative Expenses. On September 12, 2017, the Court entered an Order approving the *Twelfth Interim Fee Application* for the Receiver and his counsel, covering the period from April 1, 2017 to June 30, 2017.[13] Subsequently, the Receiver paid $12,207.50 to the Receiver and his firm, and $60,594.00 to Dorsey & Whitney LLP.

For the current Reporting Period, the Receiver and his staff have spent a total of 54.3 hours on behalf of the Receivership Estate. Billable services provided by the Receiver during the Reporting Period total $9,895.00. For the current Reporting Period, Dorsey's total fees, less voluntary reductions, are in the total amount of $13,237.50 and its out of pocket expenses total $108.75.

---

[13] Docket No. 1314.

## VII.

### NEXT STEPS

The Receiver anticipates addressing the following priorities in the coming months:

1.      <u>Litigation, Settlements, and Appeal</u>.  At this point, the only remaining litigation matters are the ABI Appeal discussed above, actions being taken to execute on judgments, and efforts to enforce settlement agreements previously agreed to.

2.      <u>Collection of Judgments</u>. The Receiver anticipates continuing his efforts to collect on judgments that have been entered in favor of the Receivership Estate.

3.      <u>Property Sales</u>. The Receiver will continue his efforts to sell the remaining real estate held by the Receivership Estate.

## VIII.

### CONCLUSION

Administration of the Receivership Estate is in a phase where progress is slow. The Receiver anticipates that in early 2018, the ABI Appeal will be decided. At that point, a second distribution can be made to investors. As noted above, the remaining real property will take additional time and collection efforts related to judgments and defaulted settlement agreements may be protracted and difficult. The Receiver will continue his efforts to close the Receivership Estate as efficiently and quickly as possible.

DATED this 8th day of November, 2017.

_____
WAYNE KLEIN, Receiver

10

4821-9749-9212\1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the above **TWENTY FIRST STATUS REPORT OF R. WAYNE KLEIN, RECEIVER** was filed with the Court on this 9th day of November, 2017, and served via ECF on all parties who have requested notice in this case.

/s/ Candy Long

4846-6477-2436\1

# EXHIBIT A

## REAL PROPERTIES--STATUS

**As of 9/30/17.  Investigation Ongoing.  All Information Subject to Change.**

*The numbers in the first column correspond with numbers of these properties as described in the Receiver's First Status Report.*

| | Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
|---|---|---|---|---|---|---|
| | | | **PROPERTIES CURRENTLY IN RECEIVERSHIP ESTATE** | | | |
| 3 | Elkhorn Ridge Estates-39 Building Lots | Malad, ID | Varies | | | Marketed for sale through broker; several lots sold (described below) |
| 10 | Deer Meadows | Duchesne Co., UT | 72,000 | | | Marketed for sale through broker; lien releases obtained |
| 20 | Overland Trails | Eagle Mtn., UT | 340,000 | | | Appraisal obtained; being marketed; numerous trust deed liens |
| 23 | Expressway Business Park-Land | Spanish Fork, UT | 1,250,000 | | | Amended motion for public auction filed 9/15/17 [Docket No. 1315] |
| 29 | Bear Grove Industrial Park-Block 1, Lot 4 | Byron, MN | 285,000 | | | Bond encumbrance; property is being marketed through broker |
| | | | **PROPERTIES SOLD OR RELEASED** | | | |
| | Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
| 1 | River Run/Riverbend Subdivision-Land | Middleton, ID | N.A. | N.A. | N.A. | No equity.  Court approved release of property to lender [Dkt. No. 590] |
| 2 | Single family home: 1st Avenue | Middleton, ID | 115,000 | 105,000 | 102,461.72 | Sale approved [Docket No. 734].  Sale closed 10/15/14 |
| | Single family home: Hawthorne Ave. | Middleton, ID | 80,000 | 76,000 | 69,569.48 | Sale approved [Docket No. 804].  Sale closed 11/17/14 |
| 3 | Elkhorn Ridge Estates-47 Building Lots | Malad, ID | | | | Lots sold to date are: |
| | Lot #1 | | 135,000 | 155,000 | 142,834.78 | Sale approved [Docket No. 419] Sale closed 8/29/13 |
| | Lot #2 | | 35,000 | 31,500 | 27,725.00 | Sale approved [Docket No. 492] Sale closed 12/6/13 |
| | Lot #3 | | 35,000 | 22,000 | 19,344.67 | Sale approved [Docket No. 1261]. Sale closed 1/31/17 |
| | Lot #4 | | 35,000 | 35,000 | 30,893.21 | Sale approved [Docket No. 231]. Sale closed 4/26/13 |
| | Lot #5 | | 80,000 | 80,000 | 71,803.14 | Sale approved [Docket No. 231]. Sale closed 4/8/13 |
| | Lots #6 & 7 | | 70,000 | 44,000 | 39,483.79 | Sale approved [Docket No. 1295]. Sale closed 6/9/17 |
| | Lot #48 | | 80,000 | 80,000 | 73,620.84 | Sale approved [Docket No. 231]. Sale closed 4/9/13 |
| 4 | Elkhorn Ridge-4 Undeveloped Parcels | Malad, ID | 250,000 | 240,000 | 226,369.05 | Sale approved [Docket No. 1173]. Sale closed 9/9/16 |
| 5 | Manhattan Grille Condominum | Manhattan, MT | 49,000 | 51,000 | 45,933.32 | Sale approved [Docket No. 300] Sale closed 6/5/13 |
| 6 | Twin Pines Apartments | Brigham City, UT | N.A. | | 172,020.02 | Sale approved [Docket No. 736].  Sale closed 9/14/14 |
| 7 | Ogden Office Building (49% ownership) | Ogden, UT | 699,000 | 600,000 | 241,836.07 | Sale approved via auction [Docket No. 1042]. Sale closed 1/6/16 |
| 8 | Summit Park Lot | Summit Park, UT | 40,000 | 37,500 | 32,477.61 | Sale approved [Docket No. 135] Sale closed 8/21/13 |
| 9 | Bandanna Cabin | Fruitland, UT | 260,000 | 260,000 | 226,374.07 | Sale at auction approved [Docket No. 341] Sale closed 10/24/13 |
| 11 | Outpost/Indian Canyon | Duchesne Co., UT | N.A. | 148,222.56 | 134,068.12 | Sale approved [Docket No. 269] Sale closed 8/21/13 |
| 12 | East Meadows Mobile Home Park | Vernal, UT | N.A. | 1,025,000 | 979,620.29 | Sale approved [Docket No. 292] Sale closed 7/29/13 |
| 13 | Quail Hollow Apartments | Vernal, UT | N.A. | N.A. | N.A. | Determined not owned by Receivership Estate |
| 14 | Residential Building Lots at 900 West | Salt Lake City, UT | N.A. | 70,000 | 65,295.00 | Sale approved [Docket No. 263] Sale closed 5/8/13 |
| 15 | Cottonwood Road Property-4 acres | Salt Lake City, UT | N.A. | N.A. | N.A. | No equity; court approved release of property to lender [Dkt. No. 179] |
| 15 | Cottonwood Road Property-1 acre | Salt Lake City, UT | N.A. | 291,000 | 279,189.07 | Sale at auction approved [Docket No. 495] Sale closed 11/8/13 |
| 16 | National Note Office Building | West Jordan, UT | 285,000 | 285,000 | 55,903.09 | Sale approved [Docket No. 161] Sale closed 3/19/13 |
| 17 | Palmer Residence | West Jordan, UT | N.A. | N.A. | N.A. | No equity. Court approved abandonment of property [Dkt. No. 869] |
| 18 | Star Pointe Development | Salt Lake City, UT | N.A. | N.A. | 70,000.00 | Court approved settlement agreement with lender [Docket No. 608] |
| 19 | Autumn Ridge Subdivision-Phase I | Eagle Mtn., UT | | | | |
| | Phase I-Lot #2 | | 37,000 | 39,900 | 35,635.21 | Sale approved [Docket No. 692].  Sale closed 7/8/14 |
| | Phase I-Lot #3 | | 37,000 | 39,900 | 35,711.84 | Sale approved [Docket no. 644] Sale closed 5/1/14 |
| | Phase I-Lot #4 | | 37,000 | 37,000 | 30,821.91 | Sale approved to builders [Docket No. 293]  Sale closed 6/3/13 |
| | Phase I-Lot #6 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #7 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |

| # | Description | Location | | | | Notes |
|---|---|---|---|---|---|---|
| | Phase I-Lot #8 | | 37,000 | 37,000 | 31,554.15 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| | Phase I-Lot #11 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #16 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696].  Sale closed 7/18/14 |
| | Phase I-Lot #21 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #30 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #33 | | 37,000 | 37,000 | 30,775.92 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #39 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696].  Sale closed 7/18/14 |
| | Phase I-Lot #40 | | 37,000 | 37,000 | 30,911.96 | Sale approved to builders [Docket No. 293] Sale closed 9/25/13 |
| | Phase I-Lot #41 | | 37,000 | 37,000 | 30,857.73 | Sale approved to builders [Docket No. 293] Sale closed 8/14/13 |
| | Phase I-Lot #51 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #52 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #54 | | 37,000 | 37,000 | 31,554.16 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| | Phase I-Lot #55 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #60 | | 37,000 | 37,000 | 31,355.89 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase II-62 Building Lots | | N.A. | 538,000 | 446,610.24 | Sale approved [Docket No. 460] Sale closed 10/1/13 |
| 21 | Cedar Fort Land (Fairfield)-8 acres | Fairfield, UT | 24,000 | 25,000 | 22,274.21 | Sale at auction approved [Docket No. 458] Sale closed 11/14/13 |
| 21 | Cedar Fort Land (Fairfield)-85 Acres | Fairfield, UT | 255,000 | 213,925 | 242,656.49 | Sale approved [Docket No. 1186]. Sale closed 8/12/16 |
| 22 | Expressway Business Park | Spanish Fork, UT | | | | |
| | Unit #109 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 241] |
| | Unit #305 | | 65,000 | 69,000 | 55,840.79 | Court approved sale at auction [Docket No. 270]  Sale closed 6/27/13 |
| | Unit #204 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 364] |
| | Unit #215 | | N.A. | 127,500 | 112,965.27 | Sale approved at auction [Docket No. 393]  Sale closed 10/30/13 |
| 24 | Gooseberry Cabin | Fairview, UT | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 125] |
| 25 | Almond Heights-21 Building Lots | Toquerville, UT | 842,000 | | | |
| | Lot #A-2 | | 159,750 | 148,200 | 118,730.60 | Sale Approved [Docket No. 1099] Sale closed 3/22/16 |
| | Lot #C-2 | | 34,200 | 30,780 | 24,136.91 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #F | | 32,300 | 31,000 | 24,733.41 | Sale approved [Docket No. 988] Sale closed 8/24/15 |
| | Lot #F-3 | | 35,150 | 31,635 | 24,887.93 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #7 | | 38,000 | 32,000 | 29,388.95 | Sale approved [Docket No. 829]. Sale closed 12/18/14 |
| | Lot #10 | | 38,950 | 36,000 | 30,552.54 | Sale approved [Docket No. 906]. Sale closed 3/31/15 |
| | Lot #11 | | 37,050 | 32,000 | 6,788.12 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| | Lot #12 | | 38,000 | 32,000 | 6,787.90 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| | Lot #13 | | 37,050 | 32,000 | 6,787.75 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| | Lot #14 | | 35,150 | 31,635 | 6,525.25 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #15 | | 33,250 | 29,925 | 6,254.50 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #17 | | 30,400 | 24,000 | 21,752.44 | Sale approved [Docket No. 829]. Sale closed 12/11/14 |
| | Lot #18 | | 30,400 | 27,360 | 23,562.06 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #19 | | 22,800 | 18,600 | -1,200.46 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| | Lot #20 | | 22,800 | 18,600 | -1,526.81 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| | Lot #21 | | 11,500 | 7,700 | 4,198.82 | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| | Lot #22 | | | | | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| | Lot #23 | | 31,350 | 24,000 | 20,346.06 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| | Lot #24 | | 33,250 | 31,000 | 26,672.24 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| | Lot #25 | | 35,150 | 34,000 | 29,216.54 | Sale approved [Docket No. 951]. Sale closed 9/4/15 |
| | Lot #26 | | 34,200 | 32,000 | 27,151.02 | Sale approved [Docket No. 829]. Sale closed 12/17/14 |
| 26 | Kanab Home | Kanab, UT | 199,000 | 197,000 | 18,162.90 | Sale approved [Docket No. 746]. Sale closed 9/4/14 |
| 27 | Farrell Business Park-12 Units | Gilbert, AZ | | | | |
| | Unit 103 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Unit 104 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| | Unit 105 | | 80,000 | 92,000 | 70,392.98 | Court approved sale at auction [Docket No. 203] Sale closed 5/21/13 |
| | Unit 106 | | 80,000 | 97,000 | 74,832.11 | Court approved sale at auction [Docket No. 204] Sale closed 6/7/13 |
| | Unit 107 | | 80,000 | 90,000 | 67,699.81 | Court approved sale at auction [Docket No. 205] Sale closed 6/7/13 |
| | Unit 109 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| | Unit 110 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| | Unit 111 | | 80,000 | 80,000 | 59,194.92 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| | Unit 113 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| | Unit 114 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| | Unit 115 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| | Unit 116 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 28 | Clearview Business Park-8 Units | Mesa, AZ | 415,954 | 737,000 | 591,295.43 | Court approved sale at auction [Docket No. 177] Sale closed 5/10/13 |
| 29 | Bear Grove Industrial Park-8 Lots | Byron, MN | 1,675,200 | | | Property is listed for sale with broker; property encumbered by bond |
| | Parcel #8516 | | 281,500 | 210,000 | 10,000.00 | Sale approved [Docket No. 853]. Sale closed 3/27/15 |
| | Parcel #8509 | | 156,700 | 149,000 | 98,795.03 | Sale approved [Docket No. 849]. Sale closed 3/16/15 |
| | Parcel #8512 | | 305,000 | 235,000 | 6,500.00 | Sale approved [Docket No. 854]. Sale closed 3/6/15 |
| | Parcel #6060 | | 340,000 | 235,000 | 10,000.00 | Sale approved [Docket No. 875]. Sale closed 3/24/15 |
| | Lot 3, Block 1 (Parcel #8510) | | 149,500 | 149,500 | 95,340.47 | Sale approved [Docket No. 989] Sale closed 9/30/15 |
| | Block 2, Lots 4-5 | | 448,300 | 448,300 | 279,963.57 | Sale at auction approved [Docket No. 1084] Sale closed 3/31/16 |
| | Block 2, Lot 1 | | 285,000 | 280,000 | 34,019.74 | Sale approved [Docket No. 1118]. Sale closed June 15, 2016 |
| 30 | Georgia Single Family Residence | Temple, GA | 135,000 | 125,000 | 106,843.83 | Sale approved [Docket No. 553] Sale closed 1/10/14 |
| 31 | Chicago Single Family Residence | Chicago, IL | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 32 | Cleveland Single Family Residence | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 33 | Cleveland Building Lot | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 34 | Toledo Single Family Residence | Toledo, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| | Total | | 10,252,116.00 | 9,870,743.92 | 7,132,937.07 | |

# EXHIBIT B

Wayne Klein, Receiver for National Note of Utah
PO Box 1836
Salt Lake City, UT 84110
801-824-9616

# STANDARDIZED FUND ACCOUNTING REPORT

## Civil – Receivership Fund

**Fund Name: SEC v. National Note of Utah
Civil Court Docket No. 2:12-CV-00591 BSJ**

**Reporting Period 07/01/2017 to 09/30/2017**

**Standardized Fund Accounting Report for National Note of Utah - Cash Basis**
Receivership; Civil Court Docket No. 2:12-CV-00591 BSJ
Reporting Period 07/01/2017 to 09/30/2017

| Fund Accounting (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 07/01/2017): | $2,065,523.12 | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $0.00 | | |
| Line 3 | **Cash and Securities** | $0.00 | | |
| Line 4 | **Interest/Dividend Income** | $282.22 | | |
| Line 5 | **Business Asset Liquidation** | $0.00 | | |
| Line 6 | **Personal Asset Liquidation** | $0.00 | | |
| Line 7 | **Third-Party Litigation Income** | $51,487.60 | | |
| Line 8 | **Miscellaneous - Other** | $0.00 | | |
| | **Total Funds Available (Lines 1 - 8)** | | $2,117,292.94 | |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | $0.00 | | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $12,207.50 | | |
| Line 10b | *Business Asset Expenses* | $4,393.65 | | |
| Line 10c | *Personal Asset Expenses* | $0.00 | | |
| Line 10d | *Investment Expenses* | $0.00 | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $60,594.00 | | |
| | 2. Litigation Expenses | $0.00 | | |
| | *Total Third-Party Litigation Expenses* | $60,594.00 | | |
| Line 10f | *Tax Administrator Fees and Bonds* | $0.00 | | |
| Line 10g | *Federal and State Tax Payments* | $0.00 | | |
| | **Total Disbursements for Receivership Operations** | $77,195.15 | | |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | 3. Miscellaneous | $0.00 |  |  |
|  | *Total Plan Development Expenses* | $0.00 |  |  |
| Line 11b | *Distribution Plan Implementation Expenses:* |  |  |  |
|  | 1. Fees: | $0.00 |  |  |
|  | Fund Administrator |  |  |  |
|  | IDC |  |  |  |
|  | Distribution Agent |  |  |  |
|  | Consultants |  |  |  |
|  | Legal Advisers |  |  |  |
|  | Tax Advisers |  |  |  |
|  | 2. Administrative Expenses | $0.00 |  |  |
|  | 3. Investor Identification: | $0.00 |  |  |
|  | Notice/Publishing Approved Plan |  |  |  |
|  | Claimant Identification |  |  |  |
|  | Claims Processing |  |  |  |
|  | Web Site Maintenance/Call Center |  |  |  |
|  | 4. Fund Administrator Bond | $0.00 |  |  |
|  | 5. Miscellaneous | $0.00 |  |  |
|  | 6. Federal Account for Investor Restitution | $0.00 |  |  |
|  | (FAIR) Reporting Expenses | $0.00 |  |  |
|  | *Total Plan Implementation Expenses* | $0.00 |  |  |
|  | **Total Disbursements for Distribution Expenses Paid by the Fund** | $0.00 |  |  |
| Line 12 | **Disbursements to Court/Other:** |  |  |  |
| Line 12a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 |  |  |
| Line 12b | *Federal Tax Payments* | $0.00 |  |  |
|  | **Total Disbursements to Court/Other** | $0.00 |  |  |
|  | **Total Funds Disbursed (Lines 9 - 12):** |  | $77,195.15 |  |
| Line 13 | **Ending Balance (As of 09/30/2017):** |  |  | $2,040,097.79 |
| Line 14 | **Ending Balance of Fund - Net Assets:** |  |  |  |
| Line 14a | *Cash & Cash Equivalents* | $2,040,097.79 |  |  |
| Line 14b | *Investments* | $0.00 |  |  |
| Line 14c | *Other Assets or Uncleared Funds* | $0.00 |  |  |
|  | **Total Ending Balance of Fund - Net Assets** |  |  | $2,040,097.79 |

| Other Supplemental Information: |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | **Report of Items NOT To Be Paid by the Fund:** |  |  |  |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** |  |  |  |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* |  |  |  |

|  | 1. Fees: | $0.00 |
|  | Fund Administrator |  |
|  | IDC |  |
|  | Distribution Agent |  |
|  | Consultants |  |
|  | Legal Advisers |  |
|  | Tax Advisers |  |
|  | 2. Administrative Expenses | $0.00 |
|  | 3. Miscellaneous | $0.00 |
|  | *Total Plan Development Expenses Not Paid by the Fund* | $0.00 |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* |  |
|  | 1. Fees: | $0.00 |
|  | Fund Administrator |  |
|  | IDC |  |
|  | Distribution Agent |  |
|  | Consultants |  |
|  | Legal Advisers |  |
|  | Tax Advisers |  |
|  | 2. Administrative Expenses | $0.00 |
|  | 3. Investor Identification: | $0.00 |
|  | Notice/Publishing Approved Plan |  |
|  | Claimant Identification |  |
|  | Claims Processing |  |
|  | Web Site Maintenance/Call Center |  |
|  | 4. Fund Administrator Bond | $0.00 |
|  | 5. Miscellaneous | $0.00 |
|  | 6. FAIR Reporting Expenses | $0.00 |
|  | *Total Plan Implementation Expenses Not Paid by the Fund* | $0.00 |
| Line 15c | *Tax Administrator Fees and Bonds Not Paid by the Fund* | $0.00 |
|  | **Total Distributions for Plan Administration Expenses Not Paid by the Fund** | $0.00 |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** |  |
| Line 16a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 |
| Line 16b | *Federal Tax Payments* | $0.00 |
|  | **Total Disbursements to Court/Other Paid by the Fund:** | $0.00 |
| Line 17 | **DC & State Tax Payments** | $0.00 |
| Line 18 | **No. of Claims:** |  |
| Line 18a | *# of Claims Received This Reporting Period* | 0 |
| Line 18b | *# of Claims Received Since Inception of Fund* | 468 |

**Line 19**   **No. of** Claimants/Investors:

*Line 19a # of Claimants/Investors Paid This Reporting Period*                0

*Line 19b # of Claimants/Investors Paid Since Inception of Fund*             429

Receiver: Wayne Klein Receiver for National Note of Utah, L.C.

By: _Wayne Klein_
(signature)

_Wayne Klein_
(printed name)

_Receiver_
(title)

Date: _November 1, 2017_

**NNU SFAR - 3rd Quarter 2017**

**Line Breakdown**

| | Line 2 | Line 4 | Line 5 | Line 6 | Line 7 | Line 8 | Total |
|---|---|---|---|---|---|---|---|
| Rent Received | $0.00 | | | | | | |
| Overpaid Investors | | | | | $51,487.60 | | |
| National Note | | | $0.00 | $0.00 | $0.00 | | |
| Real Estate Holding | | | $0.00 | | | | |
| Royalties Received | | | | | | $0.00 | |
| Interest | | $282.22 | | | | | |
| Refunds | | | | | | $0.00 | |
| Witness Fees | | | | | | $0.00 | |
| Advances by Receiver | | | | | | | |
| | $0.00 | $282.22 | $0.00 | $0.00 | $51,487.60 | $0.00 | $51,769.82 |

| | Line 10a | Line 10b | Line 10f | Line 10e-1 | Line 10e-2 | Line 11b-3 | Total |
|---|---|---|---|---|---|---|---|
| Receivership Expenses | $12,207.50 | $4,393.65 | $0.00 | $60,594.00 | $0.00 | $0.00 | |
| Refund Deposit from Prior Period | | $0.00 | | | | | |
| Adjustment - NNU Account | | $0.00 | | | | | |
| | $12,207.50 | $4,393.65 | $0.00 | $60,594.00 | $0.00 | $0.00 | $77,195.15 |

| | Line 14a |
|---|---|
| National Note | $96,356.99 |
| Savings | $122,956.53 |
| High-Yield Operating | $859,390.24 |
| Real Estate Holding | $59,582.40 |
| High-Yield Real Estate | $901,811.63 |
| | $2,040,097.79 |

Created by James Shupe on 10/12/2017