Peggy Hunt (Utah State Bar No. 6060)
John J. Wiest (Utah State Bar No. 15767)
**DORSEY & WHITNEY LLP**
111 South Main Street, Suite 2100
Salt Lake City, UT  84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com
           wiest.john@dorsey.com

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual,<br><br>                    Defendants. | **TWENTY-SECOND STATUS REPORT OF R. WAYNE KLEIN, RECEIVER**<br>*For the Quarter Ending December 31, 2017*<br><br>2:12-cv-00591 BSJ<br><br>The Honorable Bruce S. Jenkins |

R. Wayne Klein, the Court-Appointed Receiver (the "Receiver") of National Note of

Utah, LC ("National Note"), as well as certain subsidiaries and entities affiliated with National

Note and the assets of Wayne LaMar Palmer ("Palmer"), hereby submits this Twenty -Second

Status Report for the period October 1, 2017 through December 31, 2017 (the "Reporting

Period").

# I.

## PROCEDURAL HISTORY

This action (the "Civil Case") was commenced by the United States Securities and Exchange Commission (the "SEC") on June 25, 2012, against Defendants Palmer and National Note by the filing of a Complaint in the United States District Court for the District of Utah (the "Court").[1] The Court held a trial on November 2, 2015 and on November 30, 2015 entered judgment against Palmer and National Note.[2]

On August 19, 2015, a grand jury indicted Palmer and his cousin, Julieann Palmer Martin. On February 5, 2017, both pleaded guilty. Palmer pleaded guilty to two felony counts: a scheme and artifice to defraud and money laundering. Ms. Martin pleaded guilty to one felony count of concealing fraud by another. The sentencing hearing originally scheduled for November 29, 2017 was postponed while the Court considers briefing on the amount of restitution owed. Briefing is due to be completed in February 2018. A new sentencing hearing has not been set.

## II.

## REAL ESTATE TRANSACTIONS

Attached hereto as **Exhibit A** is a chart setting forth the status of all real properties in the Receivership Estate as of December 31, 2017. Five primary properties remain in the Receivership Estate: 39 lots located in the "Elkhorn Ridge" subdivision in Malad, Idaho; the "Deer Meadows" property located near Duchesne, Utah; one industrial lot located in the "Byron Industrial Park" in Minnesota; the "Overland Trails" property located in Eagle Mountain, Utah;

---

[1] Docket No. 1.

[2] Docket No. 1043.

and the "Expressway Business Park" land located in Spanish Fork, Utah. Progress was made in the sale of three of these properties during the Reporting Period.

        **A.**     **Real Property Sales Closed During the Reporting Period.** The remaining holdings at the Expressway Business Park, consisting of approximately 30 acres of real property, were sold at a Court-authorized auction held on November 13, 2017.[3] Five bidders qualified to participate at the auction, and the auction produced a high bid of $775,000. The sale to the highest and best bidder closed on December 22, 2017. After payment of closing costs, sales commissions, and nine years of unpaid property taxes ($250,093.18), net sales proceeds in the amount of $471,921.51[4] were deposited in the Receivership Estate's Real Estate Holding Account inasmuch as there are disputed ABI and trust deed interests which have been recorded against the property. The Receiver believes that these interests will be withdrawn or invalidated.

        **B.**     **Property Offers Subject to Court Approval.** During the Reporting Period, the following progress was made related to two properties:

        1.     Elkhorn Lot #25. On November 6, 2017, the Receiver filed a *Motion Requesting Order Approving Sale of Elkhorn Lot 25 Free and Clear of Interests and Memorandum in Support*, seeking Court approval to sell Elkhorn Lot #25 for $25,200.[5] On December 4, 2017, the Court entered an *Order* related to the publication notice published in

---

[3] Docket No. 1320.

[4] Docket No. 1335 (*Receiver's Notice of Public Sale Results (Expressway Land, Spanish Fork, UT)*).

[5] Docket No. 1321.

4819-4321-4938\1

newspapers in Salt Lake City, Utah and Malad, Idaho.[6] A hearing on this Motion was conducted after the close of the Reporting Period, on January 16, 2018, and the Motion was granted. The closing and results of this sale will be described in the next Status Report.

2. Byron Industrial Park. In late December, after years of attempting to sell this property, the Receiver reached an agreement in principle for the disposition of this property in a manner that will benefit the Receivership Estate. Debts for development bond assessments and property taxes appear to exceed the market value of the property. Nonetheless, under the contemplated agreement, the Receivership Estate will be paid $10,000 to release its interest against the property. The Receiver will report on the contemplated motion seeking Court approval of this agreement in his next Status Report.

C. **Other Actions Related to Property Sales.** Although the Deer Meadows property has been marketed for sale for several years, there has been nominal interest in it. Accordingly, the Receiver has reconsidered his options related to this property, and has determined that he needs further information about the value of the property and a new agent to assist him in selling the property. On December 22, 2017, the Receiver filed a *Motion for Court to Appoint Appraiser for Deer Meadows Property and Memorandum in Support,* which was granted by this Court by *Order* entered on January 2, 2018.[7] Additionally, the Receiver has engaged a new listing agent, and he hopes that obtaining a fresh valuation of the property and the new listing broker will generate interest in the property.

---

[6] Docket No. 1328.

[7] Docket Nos. 1334 and 1136.

4819-4321-4938\1

## III.

## STATUS OF REAL ESTATE INTERESTS

**A.    Assignments of Beneficial Interest ("ABIs").** As noted in prior Status Reports,

all but three of the 349 ABIs issued by National Note to investors have been voluntarily released

or resolved.  This Court has ruled that the remaining three ABIs are invalid,[8] but the holders of

those ABIs filed an appeal of the Court's Judgment on December 22, 2016 in the United States

Court of Appeals for the Tenth Circuit (the "ABI Appeal").[9]  The matter was referred to

mediation, but efforts by the Tenth Circuit mediator failed to produce a settlement.

On October 30, 2017, the Tenth Circuit requested supplemental briefing on whether the

ABI Appeal was filed timely, whether the pending sale of certain property made the appeal

moot, and the effect on the ABI Appeal of one of the Appellant's allowed proofs of claim.

Supplemental briefs were filed with the Tenth Circuit by both parties, and the Appellants filed a

motion in this Court entitled "FRCP Rule 60 Motion to Correct Docketing Error" (the "Rule 60

Motion").[10]  The Receiver filed a Response to the Rule 60 Motion.[11]

After oral argument on November 15, 2017, the Tenth Circuit partially remanded the ABI

Appeal to this Court for the purposes of a ruling on the Rule 60 Motion.  The Court held an

evidentiary hearing on November 28, 2017, and at the close of the hearing, the Court requested

---

[8] *Klein v. Adams*, Civil No. 2:14-CV00614, Docket No. 525 (Memorandum Decision entered
Oct. 25, 2016); Docket No. 526 (Judgment entered Nov. 14, 2016).

[9] Case No. 16-4215 (10th Cir.).

[10] *Adams*, Docket No. 539.

[11] *Id.*, Docket No. 540.

4819-4321-4938\1

post-hearing briefs. Both the Appellants and the Receiver filed briefs, and the matter is currently under advisement.[12]

     **B.**    **Deeds of Trust**. Of the thirteen properties on which deeds of trust had been recorded at the time of the Receiver's appointment, all deeds of trust have been satisfied or released except as to the two properties noted below.

          1.    Overland Trails, Eagle Mountain, Utah: There are six deeds of trust remaining and recorded against this property, claiming to secure a total of $252,136.91 in debt. The Receiver does not believe that all of these deeds of trust are valid, but he is attempting to sell the property before incurring expense to dispute the interests.

          2.    Expressway Business Park, Spanish Fork, Utah: There are three remaining deeds of trust recorded against this property held by Westar Equities, Jeff Sessions, and Evolution Holdings LLC. The Receiver does not dispute the lien held by Westar Equities, and it was paid off at the closing of the sale of this property discussed above. The Receiver disputes the remaining liens, and has demanded release of the liens. On December 28, 2017, Mr. Sessions provided a release of his lien. The Receiver is informed that Evolution Holdings, LLC will also release its lien. These releases will be discussed in the next Status Report.

---

[12] *Id.,* Docket Nos. 546, 556, 559.

IV.

**LITIGATION/SETTLEMENTS/COLLECTIONS**

The following occurred during the Reporting Period with regard to recovery efforts:

A.    **Wilton Battles Judgment**. After paying $4,700.00 under the terms of a 2013 Court-approved settlement agreement, Mr. Battles defaulted on his payment obligations. At the request of the Receiver, a confession of judgment was entered on May 5, 2017 in the total amount of $24,876.82,[13] and based thereon, the Receiver recorded an interest against property owned by Mr. Battles. On October 2, 2017, the Receiver was served with a summons and complaint by a lender seeking to foreclose its interest in the same property, which included a junior lien that had been filed by National Note.  The Receiver notified the plaintiff that its action was stayed by the Receivership Order. The plaintiff in that action has agreed to put the foreclosure proceedings on hold while the Receiver's interest in the property is resolved. In January, after the close of the Reporting Period, the Receiver reached a resolution with the plaintiff. That resolution will be discussed in the next Status Report.

B.    **Collection Efforts on Judgments**. The Receiver has pursued collection of 32 judgments and unpaid settlements that he previously obtained on behalf of the Receivership Estate. For each of the judgments, the Receiver investigated the collectability of the judgments, including in many cases (where the amount of the judgment warranted), the employment of a private investigation firm to research the assets that might be available to satisfy the judgments.

---

[13] *Klein v. Battles*, 2:13-cv-00560-TC, Docket Nos. 9 & 11.

7

Seven of the defendants in these judgments have settled with the Receiver and paid the amounts of the settlements.

For another 16 judgments, the Receiver previously determined, based on the results of his investigation, that it would be most beneficial to the Receivership Estate to abandon collection efforts on judgments that would likely be uncollectable due to, among other things, bankruptcy discharge or lack of assets held by the judgment debtor.

At the beginning of the Reporting Period, there were nine judgments being actively pursued for collection. The Receiver has determined to assign four out-of-state judgments to a collection law firm on a contingency basis, continue pursuing four Utah and Nevada defendants through existing arrangements with counsel, and to abandon collection efforts on a ninth judgment. Progress on these plans will be reported in the next Status Report.

## V.

## INITIAL DISTRIBUTION

On November 14, 2016, the Receiver distributed $4.49 million to the holders of "Allowed Claimants" who were entitled to a distribution under the *Plan of Distribution* that was approved by the Court.[14] All distribution payments related to the initial distribution have now cleared. When the issues relating to the validity of the ABI is resolved, the Receiver expects to request permission from the Court to make a second distribution to claimants.

---

[14] The Receiver is holding an additional $420,960.85 in proposed distributions pending resolution of the ABI Appeal. *See Order Granting Receiver's Motion for Approval of (1) Proposed Distribution Methodology and Plan of Distribution, and (2) Proposed Initial Distribution as Modified*, Docket No. 1231.

## VI.

### FINANCIAL ANALYSIS

A.   **Receivership Financial Information.** The following financial information is provided for the Reporting Period:

       1.   Bank Accounts. The Receiver maintains two bank accounts for the operation of the Receivership Estate: a general operating account (the "Operating Account") and an account holding the net proceeds of real estate sales to which disputed interests have attached (the "Real Estate Account").[15] The balances in these accounts as of the close of the Reporting Period are as follows:

| Account | Account Balance |
|---|---|
| Operating Account | $962,706.55 |
| Real Estate Account | $1,433,410.14 |
| **TOTAL** | **$2,396,116.69** |

       2.   Operating Account Deposits. The sources of funds deposited into the Operating Account during the Reporting Period are shown in the following table:

| Source | Amount In |
|---|---|
| Settlement agreement proceeds | $17,300.00 |
| Bank interest | $129.98 |
| **TOTAL** | **$17,429.98** |

       3.   Operating Account Expenditures. The following table shows the

---

[15] Pursuant to the Court's *Order Approving the Receiver's Third Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from July 1, 2013 through December 31, 2013*, Docket No. 828, the Receiver has established a separate Savings Account tied to the Operating Account in which he is holding 20% of the professional fees incurred by him and his counsel related to that fee application. Money to open this Savings Account was transferred from the Operating Account. This Savings Account has a current balance of $122,971.35, and is in addition to the amounts reported below.

4819-4321-4938\1

categories of operating expenses that have been paid from the Operating Account during the Reporting Period:

| Type of Expense | Amount Out |
|---|---|
| Real estate title reports, taxes, notices | $2,931.78 |
| Legal fees for collection counsel | $4,124.48 |
| Storage unit, other operating expenses | $1,549.40 |
| TOTAL | $8,605.66 |

4.      Real Estate Account Deposits and Withdrawals. The Real Estate Account saw bid deposits of $110,000.00, of which $20,000.00 was returned to unsuccessful bidders, and an additional deposit of $381,921.51 in sales proceeds for the Expressway Business Park land (discussed in Part II above). A further $139.50 was earned in interest and $15.00 was paid as a wire transfer fee.

5.      SFAR. Attached as **Exhibit B** is a copy of the Standardized Fund Accounting Report for the Reporting Period

6.      Administrative Expenses. On November 28, 2017, the Receiver filed his *Thirteenth Interim Fee Application* for the Receiver and his counsel, covering the period from July 1, 2017 to September 30, 2017.[16] A hearing on this request was held on January 16, 2018, and the fees and costs requested were allowed by the Court.[17]

For the current Reporting Period, the Receiver and his staff have spent a total of 55.2 hours on behalf of the Receivership Estate. Billable services provided by the Receiver during the Reporting Period total $10,727.50. For the current Reporting Period, Dorsey's total fees, less

---

[16] Docket No. 1327.

[17] Docket No. 1342.

voluntary reductions, are in the total amount of $48,059.25 and its out of pocket expenses total $1,373.40.

## VII.

## NEXT STEPS

The Receiver anticipates addressing the following priorities in the coming months:

1.    Property Sales. The Receiver will continue his efforts to sell the remaining real estate held by the Receivership Estate. He anticipates closing on two properties during the first quarter of 2018. When those sales are closed, there will be only three properties left in the Receivership Estate.

2.    Litigation, Settlements, and Appeal. At this point, the only remaining litigation matters are the ABI Appeal discussed above, actions being taken to execute on judgments that have been obtained, and efforts to enforce settlement agreements previously approved by the Court.

## VIII.

## CONCLUSION

Upon resolution of the ABI Appeal, the Receiver expects to seek Court approval to make a second distribution to those holding allowed claims in accordance with the *Plan of Distribution*. As noted above, the remaining real property will take additional time to sell and collection efforts related to judgments and defaulted settlement agreements may be protracted

4819-4321-4938\1

and difficult. The Receiver will continue his efforts to close the Receivership Estate as efficiently and quickly as possible.

DATED this **23**ʳᵈ day of January, 2018.

_____
WAYNE KLEIN, Receiver

## <u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the above **TWENTY-SECOND STATUS REPORT OF R. WAYNE KLEIN, RECEIVER** was filed with the Court on this 24th day of January, 2018, and served via ECF on all parties who have requested notice in this case.

/s/ Candy Long

4821-9749-9212\1

# EXHIBIT A

## REAL PROPERTIES--STATUS

*As of 12/31/17. Investigation Ongoing. All Information Subject to Change.*

*The numbers in the first column correspond with numbers of these properties as described in the Receiver's First Status Report.*

| | Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
|---|---|---|---|---|---|---|
| | | | | | | **PROPERTIES CURRENTLY IN RECEIVERSHIP ESTATE** |
| 3 | Elkhorn Ridge Estates-39 Building Lots | Malad, ID | Various | | | Offer received for Lot #25; hearing set for January 4, 2018 [Docket No. 1328] |
| 10 | Deer Meadows | Duchesne Co., UT | 50,000 | | | New listing broker, motion to appoint appraiser filed [Docket No. 1334] |
| 20 | Overland Trails | Eagle Mtn., UT | 340,000 | | | Appraisal obtained; being marketed; numerous trust deed liens |
| 23 | Expressway Business Park-Land | Spanish Fork, UT | 1,250,000 | 775,000 | 471,921.51 | Sale at auction approved [Docket No. 1320]. Sale closed 12/22/17 |
| 29 | Bear Grove Industrial Park-Block 1, Lot 4 | Byron, MN | 285,000 | | | Offer received on property; negotiating purchase agreement |

### PROPERTIES SOLD OR RELEASED

| | Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
|---|---|---|---|---|---|---|
| 1 | River Run/Riverbend Subdivision-Land | Middleton, ID | N.A. | N.A. | N.A. | No equity. Court approved release of property to lender [Dkt. No. 590] |
| 2 | Single family home: 1st Avenue | Middleton, ID | 115,000 | 105,000 | 102,461.72 | Sale approved [Docket No. 734]. Sale closed 10/15/14 |
| | Single family home: Hawthorne Ave. | Middleton, ID | 80,000 | 76,000 | 69,569.48 | Sale approved [Docket No. 804]. Sale closed 11/17/14 |
| 3 | Elkhorn Ridge Estates-47 Building Lots | Malad, ID | | | | Lots sold to date are: |
| | Lot #1 | | 135,000 | 155,000 | 142,834.78 | Sale approved [Docket No. 419] Sale closed 8/29/13 |
| | Lot #2 | | 35,000 | 31,500 | 27,725.00 | Sale approved [Docket No. 492] Sale closed 12/6/13 |
| | Lot #3 | | 35,000 | 22,000 | 19,344.67 | Sale approved [Docket No. 1261]. Sale closed 1/31/17 |
| | Lot #4 | | 35,000 | 35,000 | 30,893.21 | Sale approved [Docket No. 231] Sale closed 4/26/13 |
| | Lot #5 | | 80,000 | 80,000 | 71,803.14 | Sale approved [Docket No. 231] Sale closed 4/8/13 |
| | Lots #6 & 7 | | 70,000 | 44,000 | 39,483.79 | Sale approved [Docket No. 1295]. Sale closed 6/9/17 |
| | Lot #48 | | 80,000 | 80,000 | 73,620.84 | Sale approved [Docket No. 231] Sale closed 4/9/13 |
| 4 | Elkhorn Ridge-4 Undeveloped Parcels | Malad, ID | 250,000 | 240,000 | 226,369.05 | Sale approved [Docket No. 1173]. Sale closed 9/9/16 |
| 5 | Manhattan Grille Condominium | Manhattan, MT | 49,000 | 51,000 | 45,933.32 | Sale approved [Docket No. 300] Sale closed 6/5/13 |
| 6 | Twin Pines Apartments | Brigham City, UT | N.A. | | 172,020.02 | Sale approved [Docket No. 736]. Sale closed 9/14/14 |
| 7 | Ogden Office Building (49% ownership) | Ogden, UT | 699,000 | 600,000 | 241,836.07 | Sale approved via auction [Docket No. 1042]. Sale closed 1/6/16 |
| 8 | Summit Park Lot | Summit Park, UT | 40,000 | 37,500 | 32,477.61 | Sale approved [Docket No. 135] Sale closed 1/24/13 |
| 9 | Bandanna Cabin | Fruitland, UT | 260,000 | 260,000 | 226,374.07 | Sale at auction approved [Docket No. 341] Sale closed 10/24/13 |
| 11 | Outpost/Indian Canyon | Duchesne Co., UT | N.A. | 148,222.56 | 134,068.12 | Sale approved [Docket No. 269] Sale closed 8/21/13 |
| 12 | East Meadows Mobile Home Park | Vernal, UT | N.A. | 1,025,000 | 979,620.29 | Sale approved [Docket No. 292] Sale closed 7/29/13 |
| 13 | Quail Hollow Apartments | Vernal, UT | N.A. | N.A. | N.A. | Determined not owned by Receivership Estate |
| 14 | Residential Building Lots at 900 West | Salt Lake City, UT | N.A. | 70,000 | 65,295.00 | Sale approved [Docket No. 263] Sale closed 5/8/13 |
| 15 | Cottonwood Road Property-4 acres | Salt Lake City, UT | N.A. | N.A. | N.A. | No equity; court approved release of property to lender [Dkt. No. 179] |
| | Cottonwood Road Property-1 acre | Salt Lake City, UT | N.A. | 291,000 | 279,189.07 | Sale at auction approved [Docket No. 495] Sale closed 11/8/13 |
| 16 | National Note Office Building | West Jordan, UT | 285,000 | 285,000 | 55,903.09 | Sale approved [Docket No. 161] Sale closed 3/19/13 |
| 17 | Palmer Residence | West Jordan, UT | N.A. | N.A. | N.A. | No equity. Court approved abandonment of property [Dkt. No. 869] |
| 18 | Star Pointe Development | Salt Lake City, UT | N.A. | N.A. | 70,000.00 | Court approved settlement agreement with lender [Docket No. 608] |
| 19 | Autumn Ridge Subdivision-Phase I | Eagle Mtn., UT | | | | |
| | Phase I-Lot #2 | | 37,000 | 39,900 | 35,635.21 | Sale approved [Docket No. 692]. Sale closed 7/8/14 |
| | Phase I-Lot #3 | | 37,000 | 39,900 | 35,711.84 | Sale approved [Docket no. 644] Sale closed 5/1/14 |
| | Phase I-Lot #4 | | 37,000 | 37,000 | 30,821.91 | Sale approved to builders [Docket No. 293] Sale closed 6/3/13 |
| | Phase I-Lot #6 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #7 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Phase I-Lot #8 | | 37,000 | 37,000 | 31,554.15 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| | Phase I-Lot #11 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #16 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696].  Sale closed 7/18/14 |
| | Phase I-Lot #21 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #30 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #33 | | 37,000 | 37,000 | 30,775.92 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #39 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696].  Sale closed 7/18/14 |
| | Phase I-Lot #40 | | 37,000 | 37,000 | 30,911.96 | Sale approved to builders [Docket No. 293] Sale closed 9/25/13 |
| | Phase I-Lot #41 | | 37,000 | 37,000 | 30,857.73 | Sale approved to builders [Docket No. 293] Sale closed 8/14/13 |
| | Phase I-Lot #51 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #52 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #54 | | 37,000 | 37,000 | 31,554.16 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| | Phase I-Lot #55 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #60 | | 37,000 | 37,000 | 31,355.89 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase II-62 Building Lots | | N.A. | 538,000 | 446,610.24 | Sale approved [Docket No. 460] Sale closed 10/1/13 |
| 21 | Cedar Fort Land (Fairfield)-8 acres | Fairfield, UT | 24,000 | 25,000 | 22,274.21 | Sale at auction approved [Docket No. 458]  Sale closed 11/14/13 |
| 21 | Cedar Fort Land (Fairfield)-85 Acres | Fairfield, UT | 255,000 | 213,925 | 242,656.49 | Sale approved [Docket No. 1186]. Sale closed 8/12/16 |
| 22 | Expressway Business Park | Spanish Fork, UT | | | | |
| | Unit #109 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 241] |
| | Unit #305 | | 65,000 | 69,000 | 55,840.79 | Court approved sale at auction [Docket No. 270]  Sale closed 6/27/13 |
| | Unit #204 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 364] |
| | Unit #215 | | N.A. | 127,500 | 112,965.27 | Sale approved at auction [Docket No. 393]  Sale closed 10/30/13 |
| 24 | Gooseberry Cabin | Fairview, UT | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 125] |
| 25 | Almond Heights-21 Building Lots | Toquerville, UT | 842,000 | | | |
| | Lot #A-2 | | 159,750 | 148,200 | 118,730.60 | Sale Approved [Docket No. 1099] Sale closed 3/22/16 |
| | Lot #C-2 | | 34,200 | 30,780 | 24,136.91 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #F | | 32,300 | 31,000 | 24,733.41 | Sale approved [Docket No. 988] Sale closed 8/24/15 |
| | Lot #F-3 | | 35,150 | 31,635 | 24,887.93 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #7 | | 38,000 | 32,000 | 29,388.95 | Sale approved [Docket No. 829]. Sale closed 12/18/14 |
| | Lot #10 | | 38,950 | 36,000 | 30,552.54 | Sale approved [Docket No. 906]. Sale closed 3/31/15 |
| | Lot #11 | | 37,050 | 32,000 | 6,788.12 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| | Lot #12 | | 38,000 | 32,000 | 6,787.90 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| | Lot #13 | | 37,050 | 32,000 | 6,787.75 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| | Lot #14 | | 35,150 | 31,635 | 6,525.25 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #15 | | 33,250 | 29,925 | 6,254.50 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #17 | | 30,400 | 24,000 | 21,752.44 | Sale approved [Docket No. 829]. Sale closed 12/11/14 |
| | Lot #18 | | 30,400 | 27,360 | 23,562.06 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #19 | | 22,800 | 18,600 | -1,200.46 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| | Lot #20 | | 22,800 | 18,600 | -1,526.81 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| | Lot #21 | | 11,500 | 7,700 | 4,198.82 | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| | Lot #22 | | | | | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| | Lot #23 | | 31,350 | 24,000 | 20,346.06 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| | Lot #24 | | 33,250 | 31,000 | 26,672.24 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| | Lot #25 | | 35,150 | 34,000 | 29,216.54 | Sale approved [Docket No. 951]. Sale closed 5/21/15 |
| | Lot #26 | | 34,200 | 32,000 | 27,151.02 | Sale approved [Docket No. 829]. Sale closed 12/17/14 |
| 26 | Kanab Home | Kanab, UT | 199,000 | 197,000 | 18,162.90 | Sale approved [Docket No. 746].  Sale closed 9/4/14 |
| 27 | Farrell Business Park-12 Units | Gilbert, AZ | | | | |
| | Unit 103 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |

| | | | | | |
|---|---|---|---|---|---|
| | Unit 104 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| | Unit 105 | | 80,000 | 92,000 | 70,392.98 | Court approved sale at auction [Docket No. 203] Sale closed 5/21/13 |
| | Unit 106 | | 80,000 | 97,000 | 74,832.11 | Court approved sale at auction [Docket No. 204] Sale closed 6/7/13 |
| | Unit 107 | | 80,000 | 90,000 | 67,699.81 | Court approved sale at auction [Docket No. 205] Sale closed 6/7/13 |
| | Unit 109 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| | Unit 110 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| | Unit 111 | | 80,000 | 80,000 | 59,194.92 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| | Unit 113 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| | Unit 114 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| | Unit 115 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| | Unit 116 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 28 | Clearview Business Park-8 Units | Mesa, AZ | 415,954 | 737,000 | 591,295.43 | Court approved sale at auction [Docket No. 177] Sale closed 5/10/13 |
| 29 | Bear Grove Industrial Park-8 Lots | Byron, MN | 1,675,200 | | | Property is listed for sale with broker; property encumbered by bond |
| | Parcel #8516 | | 281,500 | 210,000 | 10,000.00 | Sale approved [Docket No. 853]. Sale closed 3/27/15 |
| | Parcel #8509 | | 156,700 | 149,000 | 98,795.03 | Sale approved [Docket No. 849]. Sale closed 3/16/15 |
| | Parcel #8512 | | 305,000 | 235,000 | 6,500.00 | Sale approved [Docket No. 854]. Sale closed 3/6/15 |
| | Parcel #6060 | | 340,000 | 235,000 | 10,000.00 | Sale approved [Docket No. 875]. Sale closed 3/24/15 |
| | Lot 3, Block 1 (Parcel #8510) | | 149,500 | 149,500 | 95,340.47 | Sale approved [Docket No. 989] Sale closed 9/30/15 |
| | Block 2, Lots 4-5 | | 448,300 | 448,300 | 279,963.57 | Sale at auction approved [Docket No. 1084] Sale closed 3/31/16 |
| | Block 2, Lot 1 | | 285,000 | 280,000 | 34,019.74 | Sale approved [Docket No. 1118]. Sale closed June 15, 2016 |
| 30 | Georgia Single Family Residence | Temple, GA | 135,000 | 125,000 | 106,843.83 | Sale approved [Docket No. 553]  Sale closed 1/10/14 |
| 31 | Chicago Single Family Residence | Chicago, IL | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 32 | Cleveland Single Family Residence | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 33 | Cleveland Building Lot | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 34 | Toledo Single Family Residence | Toledo, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| | | | | | | |
| | Total | | 10,252,116.00 | 9,870,743.92 | 7,132,937.07 | |

# EXHIBIT B

Wayne Klein, Receiver for National Note of Utah
PO Box 1836
Salt Lake City, UT 84110
801-824-9616

# STANDARDIZED FUND ACCOUNTING REPORT

## Civil – Receivership Fund

Fund Name: SEC v. National Note of Utah
Civil Court Docket No. 2:12-CV-00591 BSJ

Reporting Period 10/01/2017 to 12/31/2017

## Standardized Fund Accounting Report for National Note of Utah - Cash Basis

Receivership; Civil Court Docket No. 2:12-CV-00591 BSJ

Reporting Period 10/01/2017 to 12/31/2017

### Fund Accounting (See Instructions):

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/01/2017): | $2,040,097.79 | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $0.00 | | |
| Line 3 | Cash and Securities | $0.00 | | |
| Line 4 | Interest/Dividend Income | $284.30 | | |
| Line 5 | Business Asset Liquidation | $471,921.51 | | |
| Line 6 | Personal Asset Liquidation | $0.00 | | |
| Line 7 | Third-Party Litigation Income | $17,300.00 | | |
| Line 8 | Miscellaneous - Other | $0.00 | | |
| | Total Funds Available (Lines 1 - 8) | | $2,529,603.60 | |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $0.00 | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $0.00 | | |
| Line 10b | *Business Asset Expenses* | $8,605.56 | | |
| Line 10c | *Personal Asset Expenses* | $0.00 | | |
| Line 10d | *Investment Expenses* | $0.00 | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $0.00 | | |
| | 2. Litigation Expenses | $0.00 | | |
| | *Total Third-Party Litigation Expenses* | $0.00 | | |
| Line 10f | *Tax Administrator Fees and Bonds* | $0.00 | | |
| Line 10g | *Federal and State Tax Payments* | $0.00 | | |
| | Total Disbursements for Receivership Operations | $8,605.56 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Miscellaneous | $0.00 | | |
| | *Total Plan Development Expenses* | $0.00 | | |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 11b | *Distribution Plan Implementation Expenses:* | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Investor Identification: | $0.00 | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | $0.00 | | |
| | 5. Miscellaneous | $0.00 | | |
| | 6. Federal Account for Investor Restitution | $0.00 | | |
| | (FAIR) Reporting Expenses | $0.00 | | |
| | *Total Plan Implementation Expenses* | $0.00 | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | $0.00 | | |
| | | | | |
| Line 12 | **Disbursements to Court/Other:** | | | |
| | *Investment Expenses/Court Registry Investment System* | | | |
| Line 12a | *(CRIS) Fees* | $0.00 | | |
| Line 12b | *Federal Tax Payments* | $0.00 | | |
| | **Total Disbursements to Court/Other** | $0.00 | | |
| | **Total Funds Disbursed (Lines 9 - 12):** | | $8,605.56 | |
| | | | | |
| Line 13 | **Ending Balance (As of 12/31/2017):** | | | $2,520,998.04 |
| | | | | |
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | *Cash & Cash Equivalents* | $2,520,998.04 | | |
| Line 14b | *Investments* | $0.00 | | |
| Line 14c | *Other Assets or Uncleared Funds* | $0.00 | | |
| | **Total Ending Balance of Fund - Net Assets** | | | $2,520,998.04 |

| Other Supplemental Information: | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | **Report of Items NOT To Be Paid by the Fund:** | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | *Plan Development Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |

|  | | |
|---|---|---|
| Consultants | | |
| Legal Advisers | | |
| Tax Advisers | | |
| 2. Administrative Expenses | $0.00 | |
| 3. Miscellaneous | $0.00 | |
| | | |
| Total Plan Development Expenses Not Paid by the Fund | $0.00 | |
| | | |
| Line 15b  Plan Implementation Expenses Not Paid by the Fund: | | |
| 1. Fees: | $0.00 | |
| Fund Administrator | | |
| IDC | | |
| Distribution Agent | | |
| Consultants | | |
| Legal Advisers | | |
| Tax Advisers | | |
| 2. Administrative Expenses | $0.00 | |
| 3. Investor Identification: | $0.00 | |
| Notice/Publishing Approved Plan | | |
| Claimant Identification | | |
| Claims Processing | | |
| Web Site Maintenance/Call Center | | |
| 4. Fund Administrator Bond | $0.00 | |
| 5. Miscellaneous | $0.00 | |
| 6. FAIR Reporting Expenses | $0.00 | |
| Total Plan Implementation Expenses Not Paid by the Fund | $0.00 | |
| | | |
| Line 15c  Tax Administrator Fees and Bonds Not Paid by the Fund | $0.00 | |
| Total Distributions for Plan Administration Expenses Not Paid by the Fund | $0.00 | |
| | | |
| Line 16  Disbursements to Court/Other Not Paid by the Fund: | | |
| Investment Expenses/Court Registry Investment System | | |
| Line 16a  (CRIS) Fees | $0.00 | |
| Line 16b  Federal Tax Payments | $0.00 | |
| | | |
| Total Disbursements to Court/Other Paid by the Fund: | $0.00 | |
| | | |
| Line 17  DC & State Tax Payments | $0.00 | |
| Line 18  No. of Claims: | | |
| Line 18a  # of Claims Received This Reporting Period | 0 | |
| Line 18b  # of Claims Received Since Inception of Fund | 468 | |
| Line 19  No. of Claimants/Investors: | | |
| Line 19a  # of Claimants/Investors Paid This Reporting Period | 0 | |
| Line 19b  # of Claimants/Investors Paid Since Inception of Fund | 429 | |

Receiver: National Note of Utah

By: _Wayne Klein_
(signature)

_Wayne Klein_
(printed name)

_Receiver_
(title)

Date: _January 12, 2018_

| NNU SFAR - 4th Quarter 2017 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Line Breakdown** | | | | | | | |
| | Line 2 | Line 4 | Line 5 | Line 6 | Line 7 | Line 8 | Total |
| Rent Received | $0.00 | | | | | | |
| Overpaid Investors | | | | | $17,300.00 | | |
| National Note | | | $90,000.00 | | $0.00 | $0.00 | |
| Real Estate Holding | | | $381,921.51 | | | | |
| Royalties Received | | | | | | $0.00 | |
| Interest | | $284.30 | | | | | |
| Refunds | | | | | | $0.00 | |
| Witness Fees | | | | | | $0.00 | |
| Advances by Receiver | | | | | | | |
| | $0.00 | $284.30 | $471,921.51 | $0.00 | $17,300.00 | $0.00 | $489,505.81 |

| | Line 10a | Line 10b | Line 10f | Line 10e-1 | Line 10e-2 | Line 11b-3 | Total |
|---|---|---|---|---|---|---|---|
| Receivership Expenses | $0.00 | $8,605.66 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Refund Deposit from Prior Period | | $0.00 | | | | | |
| Adjustment - NNU Account | | -$0.10 | | | | | |
| | $0.00 | $8,605.56 | $0.00 | $0.00 | $0.00 | $0.00 | $8,605.56 |

| | Line 14a |
|---|---|
| National Note | $105,096.33 |
| Savings | $122,971.35 |
| High-Yield Operating | $859,520.22 |
| Real Estate Holding | $59,552.40 |
| High-Yield Real Estate | $1,373,857.74 |
| | $2,520,998.04 |

Created by James Shupe on 1/11/2018