Peggy Hunt (Utah State Bar No. 6060)
John J. Wiest (Utah State Bar No. 15767)
**DORSEY & WHITNEY LLP**
111 South Main Street, 21st Floor
Salt Lake City, UT  84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com
         wiest.john@dorsey.com

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual,<br><br>                    Defendants. | **TWENTY-THIRD STATUS REPORT OF R. WAYNE KLEIN, RECEIVER**<br>*For the Quarter Ending*<br>*March 31, 2018*<br><br>2:12-cv-00591 BSJ<br><br>The Honorable Bruce S. Jenkins |

R. Wayne Klein, the Court-Appointed Receiver (the "Receiver") of National Note of Utah, LC ("National Note"), as well as certain subsidiaries and entities affiliated with National Note and the assets of Wayne LaMar Palmer ("Palmer"), hereby submits this Twenty-Third Status Report for the period January 1, 2018 through March 31, 2018 (the "Reporting Period"). Several developments in early April are also discussed in this report.

**I.**

## PROCEDURAL HISTORY

This action (the "Civil Case") was commenced by the United States Securities and

Exchange Commission (the "SEC") on June 25, 2012, against Defendants Palmer and National Note by the filing of a Complaint in the United States District Court for the District of Utah (the "Court").[1] The Court held a trial on November 2, 2015 and on November 30, 2015 entered judgment against Palmer and National Note.[2]

On August 19, 2015, a grand jury indicted Palmer and his cousin, Julieann Palmer Martin. On February 5, 2017, both pleaded guilty. Palmer pleaded guilty to two felony counts: a scheme and artifice to defraud and money laundering. Ms. Martin pleaded guilty to one felony count of concealing fraud by another. On February 26, 2018, the Court rejected the plea agreements and set a firm trial date, with the three-week trial beginning September 14, 2018. Ms. Martin subsequently reaffirmed her plea agreement and sentencing on her plea is set for May 11, 2018 at 2:30 p.m.

## II.

## REAL ESTATE TRANSACTIONS

Attached hereto as **Exhibit A** is a chart setting forth the status of all real properties in the Receivership Estate as of March 31, 2018. At the beginning of the Reporting Period, four primary properties remained in the Receivership Estate: 39 lots located in the "Elkhorn Ridge" subdivision in Malad, Idaho; the "Deer Meadows" property located near Duchesne, Utah; one industrial lot located in the "Byron Industrial Park" in Minnesota; and the "Overland Trails"

---

[1] Docket No. 1.

[2] Docket No. 1043.

property located in Eagle Mountain, Utah. Progress was made in the sale of two of these properties during the Reporting Period.

      A.    **Real Property Sales Closed During the Reporting Period**.  The Receiver's request to sell another one of the lots in the Elkhorn Ridge subdivision near Malad, Idaho was approved by the Court[3] and the sale closed on January 29, 2018. The Receivership Estate received $22,178.62 in net sales proceeds from this sale.

      B.    **Property Transactions Awaiting Closing**.  During the Reporting Period, the following sales were approved by the Court and the sales closed shortly after the end of the Reporting Period:

      1.    Elkhorn Lot #22. On March 22, 2018, the Court entered an *Order* approving the sale of Lot #22 in the Elkhorn Ridge subdivision for $22,000.00.[4] This sale closed on April 2, 2018, shortly after the end of the Reporting Period, and yielded $19,322.15 in net sales proceeds.

      2.    Byron Industrial Park. On March 5, 2018, the Court entered an *Order* approving the sale of the final lot in the Byron Industrial Park.[5] The sale was a complex transaction in which the City of Byron received title to the property and granted an easement on part of the property to Dodge County Wind, an electric utility company.  To facilitate this sale, the City waived certain unpaid assessments that were secured by a lien against the property. Dodge County Wind paid the City $152,186.85 in property taxes and paid the Receivership

---

[3] Docket No. 1341.

[4] Docket No. 1364.

[5] Docket No 1361.

Estate $10,000.00 in release of claims.  From this amount, the Receivership Estate will pay $1,000.00 to the broker who had marketed the property. The sale closed on April 16, 2018, and the funds, less $1,000.00 paid to the real estate agent, are on deposit in the Receivership Estate's Operating Account.

        **C.**    **Other Property Sale Related Information.**  As reported in the Receiver's last Status Report,[6] a sale of the remaining property associated with the Expressway Business Park closed in December 2017.  In January 2018, the title company that handled the closing notified the Receiver that it failed to identify and pay $122,508.96 in property taxes related to this property.  After negotiation, the title company recognized that it had erred and agreed to contribute $8,000.00 toward the unpaid property taxes.  Accordingly, the Receiver returned $114,508.96 of net sales proceeds that should have been paid in property taxes at the property closing.  Thus, while the Receiver reported that $471,921.51 in net sale proceeds from this sale, the amount is now $357,412.55.

### III.

### STATUS OF REAL ESTATE INTERESTS

        **A.**    **Assignments of Beneficial Interest ("ABIs")**. As noted in prior Status Reports, all but three of the 349 ABIs issued by National Note to investors were voluntarily released or resolved.  This Court ruled that the remaining three ABIs are invalid,[7] but the holders of those

---

[6] Docket No. 1343, at 6.

[7] *Klein v. Adams*, Civil No. 2:14-CV00614, Docket No. 525 (Memorandum Decision entered Oct. 25, 2016); Docket No. 526 (Judgment entered Nov. 14, 2016).

4840-6718-6789\1

ABIs filed an appeal of the Court's Judgment on December 22, 2016 in the United States Court of Appeals for the Tenth Circuit (the "ABI Appeal").[8] The matter was referred to mediation, but efforts by the Tenth Circuit mediator failed to produce a settlement.

On October 30, 2017, the Tenth Circuit requested supplemental briefing on whether the ABI Appeal was filed timely, whether the pending sale of certain property made the appeal moot, and the effect on the ABI Appeal of one of the Appellant's allowed proofs of claim. Supplemental briefs were filed with the Tenth Circuit by both parties, and the Appellants filed a motion in this Court entitled "FRCP Rule 60 Motion to Correct Docketing Error" (the "Rule 60 Motion").[9] The Receiver filed a Response to the Rule 60 Motion.[10]

After oral argument on November 15, 2017, the Tenth Circuit partially remanded the ABI Appeal to this Court for the purposes of a ruling on the Rule 60 Motion. The Court held an evidentiary hearing on November 28, 2017, and issued Factual Findings on January 23, 2018 denying the Rule 60 Motion.[11]

On April 3, 2018, after additional supplemental briefing filed at the request of the Then Circuit during the Reporting Period, the Tenth Circuit issued an *Order* dismissing the appeal for lack of appellate jurisdiction, and the mandate has now issued. Accordingly, the ABI Appeal is now finally resolved, and the ABIs in question are now deemed invalid. As a result , the Receiver has transferred funds that were being held in the Receivership Estate's Real Estate

---

[8] Case No. 16-4215 (10th Cir.).

[9] *Adams*, Docket No. 539.

[10] *Id.,* Docket No. 540.

[11] Docket No. 560.

Account to the Operating Account.

B.     **Deeds of Trust**. Of the thirteen properties on which deeds of trust had been recorded at the time of the Receiver's appointment, at the close of the Reporting Period all deeds of trust have been satisfied or released except six against Overland Trails in Eagle Mountain, Utah, which purport to secure a total of $252,136.91 in debt. The Receiver does not believe that all these deeds of trust are valid, and he is attempting to settle with the holders of disputed and undisputed interests.

As reported in the Receiver's last Status Report,[12] a sale of the remaining property associated with the Expressway Business Park closed in December 2017.  At the time of closing, two of the three remaining ABIs discussed above and two disputed trust deeds encumbered the net sale proceeds.  Since that time, the ABIs have been finally determined to be invalid, and the two disputed trust deeds held by Evolution Holdings and Jeff Sessions have each been consensually released in exchange for total payments of $1,500.00.

## IV.

## LITIGATION/SETTLEMENTS/COLLECTIONS

The following occurred during the Reporting Period with regard to recovery efforts:

A.     **Wilton Battles Judgment**. After paying the Receivership Estate $4,700.00 under the terms of a 2013 Court-approved settlement agreement, Mr. Battles defaulted on his payment obligations. At the request of the Receiver, a confession of judgment was entered on May 5, 2017 in the total amount of $24,876.82, and based thereon, the Receiver recorded an interest

---

[12] Docket No. 1343, at 6.

6

against property owned by Mr. Battles in Illinois. This is the same property that National Note had previously recorded a lien. On October 2, 2017, the Receiver was served with a summons and complaint by a lender seeking to foreclose its interest in the same property. On January 10, 2018, the Receiver reached an agreement with the foreclosing lender under which the lender paid the Receivership Estate $4,000.00 for the release of the Receivership Estate's junior liens.

B.    **Collection Efforts on Judgments**. The Receiver has pursued collection of 32 judgments and unpaid settlements that he previously obtained on behalf of the Receivership Estate. For each of the judgments, the Receiver investigated the collectability of the judgments, including in many cases (where the amount of the judgment warranted), the employment of a private investigation firm to research the assets that might be available to satisfy the judgments. Seven of the defendants in these judgments have settled with the Receiver and paid the amounts of the settlements.

For another 16 judgments, the Receiver previously determined, based on the results of his investigation, that it would be most beneficial to the Receivership Estate to abandon collection efforts on judgments that would likely be uncollectable due to, among other things, bankruptcy discharge or lack of assets held by the judgment debtor.

At the beginning of the Reporting Period, there were nine judgments being actively pursued for collection. During the Reporting Period, the Receiver abandoned further efforts to collect on the judgment against Winston Battles (discussed above) and one other judgment where it was learned that the judgment debtor had been discharged in bankruptcy. For the remaining seven judgments, a collection law firm is attempting to obtain a return on three judgments against out-of-state defendants on a contingency basis, and Nevada counsel is attempting to

7

collect on a judgment against a Nevada resident.  The remaining three judgments are against

Utah residents and collection is being pursued by Dorsey & Whitney.

V.

**INITIAL DISTRIBUTION**

On November 14, 2016, the Receiver distributed $4.49 million to the holders of

"Allowed Claimants" who were entitled to a distribution under the *Plan of Distribution* that was

approved by the Court.[13] All distribution payments related to the initial distribution have now

cleared. Because the issues relating to the validity of the ABI now have been resolved, the

Receiver expects to request permission from the Court to make a second distribution to

claimants.

VI.

**FINANCIAL ANALYSIS**

A.      **Receivership Financial Information**. The following financial information is

provided for the Reporting Period:

1.      Bank Accounts. The Receiver maintains two bank accounts for the

operation of the Receivership Estate: a general operating account (the "Operating Account") and

an account holding the net proceeds of real estate sales to which disputed interests have attached

---

[13] The Receiver is holding an additional $420,960.85 in proposed distributions pending resolution of the ABI Appeal. *See Order Granting Receiver's Motion for Approval of (1) Proposed Distribution Methodology and Plan of Distribution, and (2) Proposed Initial Distribution as Modified*, Docket No. 1231.

8

(the "Real Estate Account").[14] The balances in these accounts as of the close of the Reporting

Period are as follows:

| Account | Account Balance |
|---|---|
| Operating Account | $992,457.32 |
| Real Estate Account | $1,329,032.21 |
| **TOTAL** | **$2,321,489.53** |

2.      Operating Account Deposits. The sources of funds deposited into the

Operating Account during the Reporting Period are shown in the following table:

| Source | Amount In |
|---|---|
| Settlement agreement proceeds | $30,466.00 |
| Sales of real estate | $22,178.62 |
| Bank interest | $127.17 |
| **TOTAL** | **$52,771.79** |

3.      Operating Account Expenditures. The following table shows the

categories of operating expenses that have been paid from the Operating Account during the

Reporting Period:

| Type of Expense | Amount Out |
|---|---|
| Real estate title reports, notices, liens | $2,298.52 |
| Legal fees for collection counsel | $0.00 |
| Other operating expenses | $0.00 |
| **TOTAL** | **$2,298.52** |

4.      Real Estate Account Deposits and Withdrawals. The Real Estate Account

---

[14] Pursuant to the Court's *Order Approving the Receiver's Third Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from July 1, 2013 through December 31, 2013,* Docket No. 828, the Receiver has established a separate Savings Account tied to the Operating Account in which he is holding 20% of the professional fees incurred by him and his counsel related to that fee application. Money to open this Savings Account was transferred from the Operating Account. This Savings Account has a current balance of $122,986.51 and is in addition to the amounts reported below.

had the following transactions:

| Transaction Type, Amount | Amount Out |
|---|---|
| Earnest money deposit | $10,000.00 |
| Property taxes (Expressway sale) | ($114,508.96) |
| Wire transfer fees | ($60.00) |
| Interest earned | $191.03 |
| **TOTAL** | **$(104,377.93)** |

     5.     <u>SFAR</u>. Attached as **<u>Exhibit B</u>** is a copy of the Standardized Fund Accounting Report for the Reporting Period

     6.     <u>Administrative Expenses</u>. On January 16, 2018, the Court approved the *Thirteenth Interim Fee Application* for the Receiver and his counsel, covering the period from July 1, 2017 to September 30, 2017. Those fees and costs, in the amount of $9,895.00 to the Receiver and $13,237.50 to Dorsey & Whitney were paid on January 17, 2018.[15] On February 23, 2018, the Receiver filed the *Fourteenth Interim Fee Application* for the Receiver and his counsel, covering the period from October 1, 2017 to December 31, 2017.[16] The Court has set a hearing on April 30 to consider this fee application.

For the current Reporting Period, the Receiver and his staff have spent a total of 59.1 hours on behalf of the Receivership Estate. Billable services provided by the Receiver during the Reporting Period total $11,542.50. For the current Reporting Period, Dorsey's total fees, less voluntary reductions, are in the total amount of $21,528.75 and its out of pocket expenses total $195.84.

---

[15] Docket No. 1342.

[16] Docket No. 1360.

## VII.

## NEXT STEPS

The Receiver anticipates addressing the following priorities in the coming months:

1.    Property Sales. The Receiver will continue his efforts to sell the three remaining real estate properties held by the Receivership Estate. He is considering a potential abandonment of Overland Trails, and public auctions of Deer Meadows and the 37 unsold Elkhorn Ridge lots.

2.    Litigation, Settlements, and Appeal.  With the dismissal of the ABI Appeal discussed above, the only litigation actions still pending are those being taken to execute on judgments that have been obtained, and efforts to enforce settlement agreements previously approved by the Court.

## VIII.

## CONCLUSION

With dismissal of the ABI Appeal, the Receiver expects to seek Court approval to make a second distribution to those holding allowed claims, in accordance with the *Plan of Distribution*. As noted above, the Receiver may determine to abandon or sell at auction the remaining real property. Progress is being made on collection efforts related to judgments and defaulted settlement agreements. The Receiver will continue his efforts to close the Receivership Estate as efficiently and quickly as possible.

DATED this 3rd day of May, 2018.

_Wayne Klein_
WAYNE KLEIN, Receiver

11

4840-6718-6789\1

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the above **TWENTY-THRID STATUS REPORT OF R. WAYNE KLEIN, RECEIVER** was filed with the Court on this 3rd day of May, 2018, and served via ECF on all parties who have requested notice in this case.

/s/ Candy Long

4840-6718-6789\1

# EXHIBIT A

## REAL PROPERTIES--STATUS

As of 4/16/18.  Investigation Ongoing.  All Information Subject to Change.

*The numbers in the first column correspond with numbers of these properties as described in the Receiver's First Status Report.*

| Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
|---|---|---|---|---|---|
| **PROPERTIES CURRENTLY IN RECEIVERSHIP ESTATE** | | | | | |
| 3 Elkhorn Ridge Estates-39 Building Lots | Malad, ID | Various | | | |
| Lot #25 | | | 25,200 | 22,178.62 | Sale approved [Docket No. 1341]. Sale closed 1/29/18 |
| Lot #22 | | | 22,000 | 19,322.15 | Sale approved [Docket No. 1364]. Sale closed 4/2/18 |
| 10 Deer Meadows | Duchesne Co., UT | 54,000 | | | New listing broker hired, new appraisal obtained. |
| 20 Overland Trails | Eagle Mtn., UT | 340,000 | | | Appraisal obtained; being marketed; numerous trust deed liens |
| 29 Bear Grove Industrial Park-Block 1, Lot 4 | Byron, MN | 285,000 | 288,520 | 10,000.00 | Sale approved [Docket No. 1361]. Sale closed 4/16/18. |
| **PROPERTIES SOLD OR RELEASED** | | | | | |
| **Property Name** | **Location** | **Listing Price** | **Sales Price** | **Net Sale Proceeds** | **Status** |
| 1 River Run/Riverbend Subdivision-Land | Middleton, ID | N.A. | N.A. | N.A. | No equity.  Court approved release of property to lender [Dkt. No. 590] |
| 2 Single family home: 1st Avenue | Middleton, ID | 115,000 | 105,000 | 102,461.72 | Sale approved [Docket No. 734].  Sale closed 10/15/14 |
| Single family home: Hawthorne Ave. | Middleton, ID | 80,000 | 76,000 | 69,569.48 | Sale approved [Docket No. 804].  Sale closed 11/17/14 |
| 3 Elkhorn Ridge Estates-47 Building Lots | Malad, ID | | | | Lots sold to date are: |
| Lot #1 | | 135,000 | 155,000 | 142,834.78 | Sale approved [Docket No. 419] Sale closed 8/29/13 |
| Lot #2 | | 35,000 | 31,500 | 27,725.00 | Sale approved [Docket No. 492] Sale closed 12/6/13 |
| Lot #3 | | 35,000 | 22,000 | 19,344.67 | Sale approved [Docket No. 1261]. Sale closed 1/31/17 |
| Lot #4 | | 35,000 | 35,000 | 30,893.21 | Sale approved [Docket No. 231] Sale closed 4/26/13 |
| Lot #5 | | 80,000 | 80,000 | 71,803.14 | Sale approved [Docket No. 231] Sale closed 4/8/13 |
| Lots #6 & 7 | | 70,000 | 44,000 | 39,483.79 | Sale approved [Docket No. 1295]. Sale closed 6/9/17 |
| Lot #48 | | 80,000 | 80,000 | 73,620.84 | Sale approved [Docket No. 231] Sale closed 4/9/13 |
| 4 Elkhorn Ridge-4 Undeveloped Parcels | Malad, ID | 250,000 | 240,000 | 226,369.05 | Sale approved [Docket No. 1173]. Sale closed 9/9/16 |
| 5 Manhattan Grille Condominium | Manhattan, MT | 49,000 | 51,000 | 45,933.32 | Sale approved [Docket No. 300] Sale closed 6/5/13 |
| 6 Twin Pines Apartments | Brigham City, UT | N.A. | | 172,020.02 | Sale approved [Docket No. 736].  Sale closed 9/14/14 |
| 7 Ogden Office Building (49% ownership) | Ogden, UT | 699,000 | 600,000 | 241,836.07 | Sale approved via auction [Docket No. 1042]. Sale closed 1/6/16 |
| 8 Summit Park Lot | Summit Park, UT | 40,000 | 37,500 | 32,477.61 | Sale approved [Docket No. 135] Sale closed 1/24/13 |
| 9 Bandana Cabin | Fruitland, UT | 260,000 | 260,000 | 226,374.07 | Sale at auction approved [Docket No. 341] Sale closed 10/24/13 |
| 11 Outpost/Indian Canyon | Duchesne Co., UT | N.A. | 148,222.56 | 134,068.12 | Sale approved [Docket No. 269] Sale closed 8/21/13 |
| 12 East Meadows Mobile Home Park | Vernal, UT | N.A. | 1,025,000 | 979,620.29 | Sale approved [Docket No. 292] Sale closed 7/29/13 |
| 13 Quail Hollow Apartments | Vernal, UT | N.A. | N.A. | N.A. | Determined not owned by Receivership Estate |
| 14 Residential Building Lots at 900 West | Salt Lake City, UT | N.A. | 70,000 | 65,295.00 | Sale approved [Docket No. 263] Sale closed 5/8/13 |
| 15 Cottonwood Road Property-4 acres | Salt Lake City, UT | N.A. | N.A. | N.A. | No equity; court approved release of property to lender [Dkt. No. 179] |
| 15 Cottonwood Road Property-1 acre | Salt Lake City, UT | N.A. | 291,000 | 279,189.07 | Sale at auction approved [Docket No. 495] Sale closed 11/8/13 |
| 16 National Note Office Building | West Jordan, UT | 285,000 | 285,000 | 55,903.09 | Sale approved [Docket No. 161] Sale closed 3/19/13 |
| 17 Palmer Residence | West Jordan, UT | N.A. | N.A. | N.A. | No equity. Court approved abandonment of property [Dkt. No. 869] |
| 18 Star Pointe Development | Salt Lake City, UT | N.A. | N.A. | 70,000.00 | Court approved settlement agreement with lender [Docket No. 608] |
| 19 Autumn Ridge Subdivision-Phase I | Eagle Mtn., UT | | | | |
| Phase I-Lot #2 | | 37,000 | 39,900 | 35,635.21 | Sale approved [Docket No. 692] Sale closed 7/8/14 |
| Phase I-Lot #3 | | 37,000 | 39,900 | 35,711.84 | Sale approved [Docket no. 644] Sale closed 5/1/14 |
| Phase I-Lot #4 | | 37,000 | 37,000 | 30,821.91 | Sale approved to builders [Docket No. 293] Sale closed 6/3/13 |
| Phase I-Lot #6 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Phase I-Lot #7 | | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #8 | | | 37,000 | 37,000 | 31,554.15 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| | Phase I-Lot #11 | | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #16 | | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696].  Sale closed 7/18/14 |
| | Phase I-Lot #21 | | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #30 | | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #33 | | | 37,000 | 37,000 | 30,775.92 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #39 | | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696].  Sale closed 7/18/14 |
| | Phase I-Lot #40 | | | 37,000 | 37,000 | 30,911.96 | Sale approved to builders [Docket No. 293] Sale closed 9/25/13 |
| | Phase I-Lot #41 | | | 37,000 | 37,000 | 30,857.73 | Sale approved to builders [Docket No. 293] Sale closed 8/14/13 |
| | Phase I-Lot #51 | | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #52 | | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #54 | | | 37,000 | 37,000 | 31,554.16 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| | Phase I-Lot #55 | | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #60 | | | 37,000 | 37,000 | 31,355.89 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase II-62 Building Lots | | | N.A. | 538,000 | 446,610.24 | Sale approved [Docket No. 460] Sale closed 10/1/13 |
| 21 | Cedar Fort Land (Fairfield)-8 acres | Fairfield, UT | | 24,000 | 25,000 | 22,274.21 | Sale at auction approved [Docket No. 458] Sale closed 11/14/13 |
| 21 | Cedar Fort Land (Fairfield)-85 Acres | Fairfield, UT | | 255,000 | 213,925 | 242,656.49 | Sale approved [Docket No. 1186]. Sale closed 8/12/16 |
| 22 | Expressway Business Park | Spanish Fork, UT | | | | | |
| | Unit #109 | | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 241] |
| | Unit #305 | | | 65,000 | 69,000 | 55,840.79 | Court approved sale at auction [Docket No. 270] Sale closed 6/27/13 |
| | Unit #204 | | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 364] |
| | Unit #215 | | | N.A. | 127,500 | 112,965.27 | Sale approved at auction [Docket No. 393] Sale closed 10/30/13 |
| 23 | Expressway Business Park-Land | Spanish Fork, UT | | 1,250,000 | 775,000 | 357,412.55 | Sale at auction approved [Docket No. 1320]. Sale closed 12/22/17 |
| 24 | Gooseberry Cabin | Fairview, UT | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 125] |
| 25 | Almond Heights-21 Building Lots | Toquerville, UT | | 842,000 | | | |
| | Lot #A-2 | | | 159,750 | 148,200 | 118,730.60 | Sale Approved [Docket No. 1099] Sale closed 3/22/16 |
| | Lot #C-2 | | | 34,200 | 30,780 | 24,136.91 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #F | | | 32,300 | 31,000 | 24,733.41 | Sale Approved [Docket No. 988] Sale closed 8/24/15 |
| | Lot #F-3 | | | 35,150 | 31,635 | 24,887.93 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #7 | | | 38,000 | 32,000 | 29,388.95 | Sale approved [Docket No. 829]. Sale closed 12/18/14 |
| | Lot #10 | | | 38,950 | 36,000 | 30,552.54 | Sale approved [Docket No. 906]. Sale closed 3/31/15 |
| | Lot #11 | | | 37,050 | 32,000 | 6,788.12 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| | Lot #12 | | | 38,000 | 32,000 | 6,787.90 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| | Lot #13 | | | 37,050 | 32,000 | 6,787.75 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| | Lot #14 | | | 35,150 | 31,635 | 6,525.25 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #15 | | | 33,250 | 29,925 | 6,254.50 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #17 | | | 30,400 | 24,000 | 21,752.44 | Sale approved [Docket No. 829]. Sale closed 12/11/14 |
| | Lot #18 | | | 30,400 | 27,360 | 23,562.06 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| | Lot #19 | | | 22,800 | 18,600 | -1,200.46 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| | Lot #20 | | | 22,800 | 18,600 | -1,526.81 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| | Lot #21 | | | 11,500 | 7,700 | 4,198.82 | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| | Lot #22 | | | | | | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| | Lot #23 | | | 31,350 | 24,000 | 20,346.06 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| | Lot #24 | | | 33,250 | 31,000 | 26,672.24 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| | Lot #25 | | | 35,150 | 34,000 | 29,216.54 | Sale approved [Docket No. 951]. Sale closed 5/21/15 |
| | Lot #26 | | | 34,200 | 32,000 | 27,151.02 | Sale approved [Docket No. 829]. Sale closed 12/17/14 |
| 26 | Kanab Home | Kanab, UT | | 199,000 | 197,000 | 18,162.90 | Sale approved [Docket No. 746].  Sale closed 9/4/14 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | Farrell Business Park-12 Units | Gilbert, AZ | | | | |
| | Unit 103 | | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| | Unit 104 | | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| | Unit 105 | | | 80,000 | 92,000 | 70,392.98 | Court approved sale at auction [Docket No. 203] Sale closed 5/21/13 |
| | Unit 106 | | | 80,000 | 97,000 | 74,832.11 | Court approved sale at auction [Docket No. 204] Sale closed 6/7/13 |
| | Unit 107 | | | 80,000 | 90,000 | 67,699.81 | Court approved sale at auction [Docket No. 205] Sale closed 6/7/13 |
| | Unit 109 | | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| | Unit 110 | | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| | Unit 111 | | | 80,000 | 80,000 | 59,194.92 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| | Unit 113 | | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| | Unit 114 | | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| | Unit 115 | | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| | Unit 116 | | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 28 | Clearview Business Park-8 Units | Mesa, AZ | 415,954 | 737,000 | 591,295.43 | Court approved sale at auction [Docket No. 177] Sale closed 5/10/13 |
| 29 | Bear Grove Industrial Park-8 Lots | Byron, MN | 1,675,200 | | | Property is listed for sale with broker; property encumbered by bond |
| | Parcel #8516 | | 281,500 | 210,000 | 10,000.00 | Sale approved [Docket No. 853]. Sale closed 3/27/15 |
| | Parcel #8509 | | 156,700 | 149,000 | 98,795.03 | Sale approved [Docket No. 849]. Sale closed 3/16/15 |
| | Parcel #8512 | | 305,000 | 235,000 | 6,500.00 | Sale approved [Docket No. 854]. Sale closed 3/6/15 |
| | Parcel #6060 | | 340,000 | 235,000 | 10,000.00 | Sale approved [Docket No. 875]. Sale closed 3/24/15 |
| | Lot 3, Block 1 (Parcel #8510) | | 149,500 | 149,500 | 95,340.47 | Sale approved [Docket No. 989] Sale closed 9/30/15 |
| | Block 2, Lots 4-5 | | 448,300 | 448,300 | 279,963.57 | Sale at auction approved [Docket No. 1084] Sale closed 3/31/16 |
| | Block 2, Lot 1 | | 285,000 | 280,000 | 34,019.74 | Sale approved [Docket No. 1118]. Sale closed June 15, 2016 |
| 30 | Georgia Single Family Residence | Temple, GA | 135,000 | 125,000 | 106,843.83 | Sale approved [Docket No. 553] Sale closed 1/10/14 |
| 31 | Chicago Single Family Residence | Chicago, IL | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 32 | Cleveland Single Family Residence | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 33 | Cleveland Building Lot | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 34 | Toledo Single Family Residence | Toledo, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| | Total | | 11,502,116.00 | 10,645,743.92 | 7,490,349.62 | |

# EXHIBIT B

Wayne Klein, Receiver for National Note of Utah
PO Box 1836
Salt Lake City, UT 84110
801-824-9616

# STANDARDIZED FUND ACCOUNTING REPORT

## Civil – Receivership Fund

**Fund Name: SEC v. National Note of Utah
Civil Court Docket No. 2:12-CV-00591 BSJ**

Reporting Period 01/01/2018 to 03/31/2018

## Standardized Fund Accounting Report for National Note of Utah - Cash Basis

Receivership; Civil Court Docket No. 2:12-CV-00591 BSJ

Reporting Period 01/01/2018 to 03/31/2018

**Fund Accounting (See Instructions):**

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 01/01/2018): | $2,520,998.04 |  |  |
|  | *Increases in Fund Balance:* |  |  |  |
| Line 2 | Business Income | $0.00 |  |  |
| Line 3 | Cash and Securities | $0.00 |  |  |
| Line 4 | Interest/Dividend Income | $333.36 |  |  |
| Line 5 | Business Asset Liquidation | $32,178.62 |  |  |
| Line 6 | Personal Asset Liquidation | $0.00 |  |  |
| Line 7 | Third-Party Litigation Income | $30,466.00 |  |  |
| Line 8 | Miscellaneous - Other | $0.00 |  |  |
|  | Total Funds Available (Lines 1 - 8) |  | $2,583,976.02 |  |
|  | *Decreases in Fund Balance:* |  |  |  |
| Line 9 | Disbursements to Investors | $0.00 |  |  |
| Line 10 | Disbursements for Receivership Operations |  |  |  |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $9,895.00 |  |  |
| Line 10b | *Business Asset Expenses* | $116,867.48 |  |  |
| Line 10c | *Personal Asset Expenses* | $0.00 |  |  |
| Line 10d | *Investment Expenses* | $0.00 |  |  |
| Line 10e | *Third-Party Litigation Expenses* |  |  |  |
|  | 1. Attorney Fees | $13,237.50 |  |  |
|  | 2. Litigation Expenses | $0.00 |  |  |
|  | *Total Third-Party Litigation Expenses* | $13,237.50 |  |  |
| Line 10f | *Tax Administrator Fees and Bonds* | $0.00 |  |  |
| Line 10g | *Federal and State Tax Payments* | $0.00 |  |  |
|  | Total Disbursements for Receivership Operations | $139,999.98 |  |  |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: |  |  |  |
| Line 11a | *Distribution Plan Development Expenses:* |  |  |  |
|  | 1. Fees: | $0.00 |  |  |
|  | Fund Administrator |  |  |  |
|  | Independent Distribution Consultant (IDC) |  |  |  |
|  | Distribution Agent |  |  |  |
|  | Consultants |  |  |  |
|  | Legal Advisers |  |  |  |
|  | Tax Advisers |  |  |  |
|  | 2. Administrative Expenses | $0.00 |  |  |
|  | 3. Miscellaneous | $0.00 |  |  |
|  | *Total Plan Development Expenses* | $0.00 |  |  |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Investor Identification: | $0.00 | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | $0.00 | | |
| | 5. Miscellaneous | $0.00 | | |
| | 6. Federal Account for Investor Restitution | $0.00 | | |
| | (FAIR) Reporting Expenses | $0.00 | | |
| | Total Plan Implementation Expenses | $0.00 | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | $0.00 | | |
| | | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| | Investment Expenses/Court Registry Investment System | | | |
| Line 12a | (CRIS) Fees | $0.00 | | |
| Line 12b | Federal Tax Payments | $0.00 | | |
| | Total Disbursements to Court/Other | $0.00 | | |
| | Total Funds Disbursed (Lines 9 - 12): | | $139,999.98 | |
| | | | | |
| Line 13 | Ending Balance (As of 03/31/2018): | | | $2,443,976.04 |
| | | | | |
| Line 14 | Ending Balance of Fund - Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | $2,443,976.04 | | |
| Line 14b | Investments | $0.00 | | |
| Line 14c | Other Assets or Uncleared Funds | $0.00 | | |
| | Total Ending Balance of Fund - Net Assets | | | $2,443,976.04 |
| | | | | |
| | | | | |
| | Other Supplemental Information: | | | |
| | | Detail | Subtotal | Grand Total |
| | Report of Items NOT To Be Paid by the Fund: | | | |
| | | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| | | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |

| | | | | |
|---|---|---|---|---|
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Miscellaneous | $0.00 | | |
| | Total Plan Development Expenses Not Paid by the Fund | $0.00 | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Investor Identification: | $0.00 | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | $0.00 | | |
| | 5. Miscellaneous | $0.00 | | |
| | 6. FAIR Reporting Expenses | $0.00 | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | $0.00 | | |
| Line 15c | Tax Administrator Fees and Bonds Not Paid by the Fund | $0.00 | | |
| | Total Distributions for Plan Administration Expenses Not Paid by the Fund | $0.00 | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $0.00 | | |
| Line 16b | Federal Tax Payments | $0.00 | | |
| | Total Disbursements to Court/Other Paid by the Fund: | $0.00 | | |
| Line 17 | DC & State Tax Payments | $0.00 | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | # of Claims Received This Reporting Period | 0 | | |
| Line 18b | # of Claims Received Since Inception of Fund | 468 | | |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | 0 | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 429 | | |

| | | Receiver: National Note of Utah, LC |
| | | By: *Wayne Klein* (signature) |
| | | *Wayne Klein* (printed name) |
| | | *Receiver* (title) |
| | | Date: April 13, 2018 |

### NNU SFAR - 1st Quarter 2018
#### Line Breakdown

| | Line 2 | Line 4 | Line 5 | Line 6 | Line 7 | Line 8 | Total |
|---|---|---|---|---|---|---|---|
| Rent Received | $0.00 | | | | | | |
| Overpaid Investors | | | | | $30,466.00 | | |
| National Note | | | $10,000.00 | $0.00 | $0.00 | | |
| Real Estate Holding | | | $22,178.62 | | | | |
| Royalties Received | | | | | | $0.00 | |
| Interest | | $333.36 | | | | | |
| Refunds | | | | | | $0.00 | |
| Witness Fees | | | | | | $0.00 | |
| Advances by Receiver | | | | | | | |
| | $0.00 | $333.36 | $32,178.62 | $0.00 | $30,466.00 | $0.00 | $62,977.98 |

| | Line 10a | Line 10b | Line 10f | Line 10e-1 | Line 10e-2 | Line 11b-3 | Total |
|---|---|---|---|---|---|---|---|
| Receivership Expenses | $9,895.00 | $116,867.48 | | $13,237.50 | $0.00 | $0.00 | |
| Refund Deposit from Prior Period | | $0.00 | | | | | |
| Adjustment - NNU Account | | $0.00 | | | | | |
| | $9,895.00 | $116,867.48 | $0.00 | $13,237.50 | $0.00 | $0.00 | $139,999.98 |

| | Line 14a |
|---|---|
| National Note | $132,309.93 |
| Savings | $122,986.51 |
| High-Yield Operating | $859,647.39 |
| Real Estate Holding | $69,492.40 |
| High-Yield Real Estate | $1,259,539.81 |
| | $2,443,976.04 |

Created by James Shupe on 4/12/2018