Peggy Hunt (Utah State Bar No. 6060)
John J. Wiest (Utah State Bar No. 15767)
**DORSEY & WHITNEY LLP**
111 South Main Street, 21st Floor
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com
          wiest.john@dorsey.com

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    v.<br><br>NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual,<br><br>                    Defendants. | **TWENTY-FOURTH STATUS REPORT OF R. WAYNE KLEIN, RECEIVER**<br>*For the Quarter Ending<br>June 30, 2018*<br><br>2:12-cv-00591 BSJ<br><br>The Honorable Bruce S. Jenkins |

R. Wayne Klein, the Court-Appointed Receiver (the "Receiver") of National Note of

Utah, LC ("National Note"), as well as certain subsidiaries and entities affiliated with National

Note and the assets of Wayne LaMar Palmer ("Palmer"), hereby submits this Twenty-Fourth

Status Report for the period April 1, 2018 through June 30, 2018 (the "Reporting Period").

## I.

## PROCEDURAL HISTORY

This action (the "Civil Case") was commenced by the United States Securities and

Exchange Commission (the "SEC") on June 25, 2012, against Defendants Palmer and National

4819-4541-2717\1

Note by the filing of a Complaint in the United States District Court for the District of Utah (the "Court").[1] The Court held a trial on November 2, 2015 and on November 30, 2015 entered judgment against Palmer and National Note.[2]

On August 19, 2015, a grand jury indicted Palmer and his cousin, Julieann Palmer Martin. On February 5, 2017, both pleaded guilty. Palmer pleaded guilty to two felony counts: a scheme and artifice to defraud and money laundering. Ms. Martin pleaded guilty to one felony count of concealing fraud by another. On February 26, 2018, the Court rejected the plea agreements and set a firm trial date, with the three-week trial beginning September 14, 2018. Ms. Martin subsequently reaffirmed her plea agreement and on May 11, 2018 was sentenced to 16 months in prison followed by three years of probation and ordered to pay approximately $2 million in restitution.

## II.

## REAL ESTATE TRANSACTIONS

Attached hereto as **Exhibit A** is a chart setting forth the status of all real properties in the Receivership Estate as of June 30, 2018. At the beginning of the Reporting Period, three primary properties remained in the Receivership Estate: 37 lots located in the "Elkhorn Ridge" subdivision in Malad, Idaho; the "Deer Meadows" property located near Duchesne, Utah; and

---

[1] Docket No. 1.

[2] Docket No. 1043.

4819-4541-2717/1

the "Overland Trails" property located in Eagle Mountain, Utah. Progress was made in the sale

of two of these three properties during the Reporting Period.

**A.**   **Deer Meadows Sale Closed During the Reporting Period**.  On April 24, 2018,

the Receiver filed a *Motion Seeking Approval of (1) Public Sale of Property Free and Clear of*

*Interests, (2) Method and Form of Publication Notice, and (3) Public Auction Procedures and*

*Memorandum in Support*,[3] requesting authority to sell the Deer Meadows property.  The Court

entered an *Order* granting this Motion and authorizing a public sale using a stalking horse bid.[4]

After notice of the public sale, the Receiver received no bidders in addition to the stalking horse

bid, and therefore he did not hold an auction of the property.  The sale of the property to the

stalking horse bidder closed on June 6, 2018.  A *Receiver's Notice of Public Sale Results* was

filed on June 19, 2018 reporting that the Receivership Estate received $34,506.47 in net sales

proceeds from this sale.[5]

**B.**   **Overland Trails Property Sale Awaiting Court Approval**.  The Overland

Trails property was the subject of numerous deeds of trust and tax liens securing alleged claims

exceeding $225,000.  Given the value of the property, the total claims against it resulted in

questionable equity for the Receivership Estate.  In an effort to reduce administrative expense

and ensure equity for the benefit of the Receivership Estate, the Receiver entered into settlement

agreements with five holders of liens, agreeing to pay them compromised sums totaling

---

[3] Docket No. 1367.

[4] Docket No. 1369.

[5] Docket No. 1392.

$108,900 in exchange for their release of liens.  On May 15, 2018, the Receiver filed a *Motion Seeking Approval of Settlement Agreements Relating to Liens on Overland Trails Property and Memorandum in Support*,[6] seeking Court approval of these settlement agreements. The Court entered an *Order* granting this Motion on May 18, 2018.[7] On May 19, 2018, in accordance with the approved settlement agreements, the Receiver paid $108,900 to five lien holders, and their respective liens were released.  In addition, the Receiver paid $1,000 to Chad A. Timms, who held a second position deed of trust against the property, in exchange for a release of this lien, to avoid litigation costs.  Thus, a total of $109,900 was paid to lienholders to settle claims related to this property.

Subsequently, the Receiver received an offer to purchase the Overland Trails property for $250,000.  On June 22, 2018, the Receiver filed a *Motion Seeking Approval of (1) Public Sale of Property Free and Clear of Interests, (2) Method and Form of Publication Notice, and (3) Public Auction Procedures and Memorandum in Support*,[8] seeking Court approval to sell the property at auction, using the $250,000 offer as the opening bid.  Although this Motion included a 2016 appraisal valuing the property at $340,000, at the Court's request, the Receiver engaged a second appraiser to provide an appraisal of the property.  On June 28, 2018, the Court entered an *Order Granting Receiver's Motion to Appoint Appraiser for Overland Trails Property*.[9]  The Receiver anticipates receiving this second appraisal during the next Reporting Period, and will supplement

---

[6] Docket No. 1377.

[7] Docket No. 1382.

[8] Docket No. 1398.

[9] Docket Nos. 1402, 1403.

4819-4841-2717.1

his Motion at that time to include the appraisal. At that time, it is anticipated that the Court will consider the Motion.

    **C.**    **Remaining Properties**. If the Court approves the sale of the Overland Trails property, the only real estate left in the Receivership Estate will be the building lots in the Elkhorn Ridge development located near Malad, Idaho. Over the past six years, ten of these lots have sold, but 37 remain. The Receiver recently received offers to purchase two additional lots, which will be reported in the next Reporting Period. The Receiver is analyzing potential options related to the disposition of the remaining 35 lots.

## III.

### MISCELLENOUS MATTERS

    The following occurred during the Reporting Period with regard to claims and asset recovery:

    **A.**    **Final Resolution of the ABI Appeal.** As noted in prior Status Reports, National Note issued 349 Assignments of Beneficial Interests ("ABIs") to certain investors. Three hundred and forty-six of these ABIs were voluntarily released or were invalidated after the Receiver commenced litigation to invalidate the ABIs.[10] Ultimately, this Court entered a *Memorandum Decision* and *Judgment* invalidating the three remaining ABIs,[11] but the holders of those ABIs ("Disputed ABIs") appealed to the United States Court of Appeals for the Tenth

---

[10] *See Klein v. Adams*, Civil No. 2:14-CV00614.

[11] *Id.*, Docket No. 525 (Memorandum Decision entered Oct. 25, 2016); Docket No. 526 (Judgment entered Nov. 14, 2016).

4819-4541-2717.1

Circuit.[12]  On April 3, 2018, the Tenth Circuit dismissed the appeal, and a mandate in that appeal has now been entered.[13]  Accordingly, all litigation related to the ABIs is now complete and all of the remaining ABIs have been invalidated.

B.    **Resolution of Disputed Claims**.  As of beginning of this Reporting Period, all disputes related to Proofs of Claim had been resolved, with the exception of Proofs of Claim submitted by the holders of the Disputed ABIs (the "Disputed Claims").  Pursuant to an *Order Granting Receiver's Motion for Approval of (1) Proposed Distribution Methodology and Plan of Distribution, and (2) Proposed Initial Distribution as Modified* (the "Initial Distribution Order"),[14] the Receiver had reserved $20,960.85 on account of the Disputed Claims in the event that they were ultimately allowed.  On May 11, 2018, after the dismissal of the ABI appeal, the Receiver filed a *Motion Seeking Allowance of Previously Disputed Claims and Authorization to Release Funds,*[15] which was granted by the Court by *Order* entered on May 14, 2018.[16] Accordingly, at this time, all Disputed Claims have been resolved, and the Receiver paid the funds that had been on reserve on account of the previously Disputed Claims on May 15, 2018.

C.    **Deeds of Trust**. Based on the Court's approval of the settlement agreements with the holders of deeds of trust on the Overland Trails property discussed above, all deeds of trust against properties of the Receivership Estate have now been satisfied or released.

---

[12] *Klein v. Olson*, No. 16-4215 (10th Cir.).

[13] *Klein v. Adams*, Civil No. 2:14-CV00614, Docket No. 561.

[14] Docket No. 1231.

[15] Docket No. 1374.

[16] Docket No. 1376.

4819-4541-2717\1

**D.**   **Collection Efforts on Judgments and Defaulted Settlement Agreements**.  Out of 32 judgments the Receiver obtained, the Receiver is still pursuing collection efforts on six. The Receiver is also attempting to collect on one settlement where the overpaid investor stopped making required payments as required by the parties' agreement.

1.   Utah Residents. The Receiver obtained judgments against Utah residents, known as the "Andreasens" and "Slaughter", which have not been paid.  During the Reporting Period, the Receiver obtained state court supplemental orders related to the Anderasens and Slaughter requiring these debtors to appear and provide information about their finances and assets. The orders also prohibit the debtors from disposing of significant assets until the judgments are paid.  As a result of these efforts, on June 2018, the Andreasens signed a settlement agreement under which they have agreed to pay $49,636.99, the amount of the original judgment, by no later than September 1, 2018. Although Slaughter offered to a discounted settlement of the judgment in excess of $100,000 against her, the Receiver rejected that offer and is evaluating the value of executing on that judgment, which is recorded against real property owned by Slaughter.

2.   Joel Blakeslee ("Blakeslee").  The Receiver obtained a judgment in the amount of over $32,000 against Blakeslee, a Nevada resident A debtor examination was conducted in August 2017, which revealed his ownership of income property located in northern Nevada, and a home. The Receiver has recorded the judgments against these properties, and he plans to obtain appraisals and preliminary title reports to determine whether there is equity in the properties that would justify executing on the real estate.

3.      Other Judgments. Three other unpaid judgments against defendants in other states have been referred to a law firm in New Jersey for collection.

4.      Defaulted Settlement Agreement. Cory Palmer has failed to make payments under a settlement agreement he entered into with the Receiver. Mr. Palmer's attorney has informed the Receiver that Mr. Palmer has lost his employment and moved out of the area. The Receiver has asked for updated financial information to assist him in evaluating his collection options.

**E.      Collection of Amounts Owed Under Approved Settlement Agreements.** The Receiver continues to collect installment payments owed under Court-approved settlement agreements. During the Reporting Period, two investors completed payment of all amounts they owe under their respective settlement agreements. Payments under two additional settlement agreements should be paid in full by December 31, 2018. A fifth settlement payment is conditioned upon the resolution of litigation between other parties. The attorney for the defendants in that matter has informed the Receiver that payment will likely be made by the end of the year.

**IV.**

**DISTRIBUTIONS**

A.      **The Initial Distribution.** On November 14, 2016, pursuant to the Initial Distribution Order, the Receiver distributed $4.49 million to the holders of "Allowed Claimants" who were entitled to a distribution under the *Plan of Distribution* that was approved by the Court. All distribution checks related to this initial distribution have now cleared.

As set forth above, in accordance with the Initial Distribution Order, the Receiver had

8

reserved $20,960.85 of the funds distributed as part of the initial distribution on account of the Disputed Claims.  On May 14, 2018, the Court entered an Order allowing the Disputed Claims and authorizing the release and distribution of these funds.[17]  These funds were distributed the following day.

        **B.**       **The Second Distribution**.  On May 16, 2018, the Receiver filed a *Motion Seeking Authorization to Make Second Distribution*.[18]  At a hearing held on June 6, 2018 which was continued to June 8, 2018, the Court requested additional information about the distributions that had been made and the ones proposed.  Accordingly, the Receiver filed an *Amended Motion Seeking Authorization to Make Second Distribution*,[19] and after a hearing on June 21, 2018, the Court entered an *Order* granting the Motion.[20]

        Pursuant to that Order, the Receiver distributed on June 29, 2018, a total of $2,005,394.41 to 228 holders of Allowed Claims entitled to a distribution under the rising tide methodology approved by the Court as part of the Initial Distribution Order.  With the second distribution, all investors who lost money as a result of their National Note investments have recovered at least 27.57% of their net principal investment.

---

[17] Docket No. 1376.

[18] Docket No. 1379.

[19] Docket No. 1387.

[20] Docket No. 1400.  In conjunction with this Order, the Receiver also filed, at the Court's request, a schedule identifying the names of the investors to whom distributions had been and were scheduled to be made.  *See* Docket Nos., 1387, 1388, 1390.

## V.

## FINANCIAL ANALYSIS

A.     **Receivership Financial Information**. The following financial information is provided for the Reporting Period:

   1.     Bank Accounts. The Receiver maintains two bank accounts for the operation of the Receivership Estate: a general operating account (the "Operating Account") and an account used to hold deposits for the sales of real estate (the "Real Estate Account").[21] The balances in these accounts as of the close of the Reporting Period are as follows:

| Account | Account Balance |
|---|---|
| Operating Account | $2,242,369.85 |
| Real Estate Account | $8,000.00 |
| **TOTAL** | **$2,250,359.85** |

   2.     Operating Account Deposits. The sources of funds deposited into the Operating Account during the Reporting Period are shown in the following table:

| Source | Amount In |
|---|---|
| Settlement agreement proceeds | $8,700.00 |
| Sales of real estate | $53,828.62 |
| Bank interest | $686.85 |
| **TOTAL** | **$63,215.47** |

---

[21] Pursuant to the Court's *Order Approving the Receiver's Third Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from July 1, 2013 through December 31, 2013*, Docket No. 828, the Receiver has established a separate Savings Account tied to the Operating Account in which he is holding 20% of the professional fees incurred by him and his counsel related to that fee application. Money to open this Savings Account was transferred from the Operating Account. This Savings Account has a current balance of $122,002.01 and is in addition to the amounts reported below.

1819-1533-2717:1

3.    Operating Account Expenditures. The following table shows the categories of operating expenses that have been paid from the Operating Account during the Reporting Period:

| Type of Expense | Amount Out |
|---|---|
| Title reports, notices, appraisals | $2,774.41 |
| Legal fees for collection counsel | $45.00 |
| Releases of liens on Overland Trails | $109,900.00 |
| TOTAL | $112,719.41 |

4.    Real Estate Account Deposits and Withdrawals. The Receiver transferred $1,321,125.39 from the Real Estate Account on May 3, 2018 after the dismissal of the appeal related to the ABIs. The account remains open in the event it is needed to hold deposits relating to future real estate transactions, with $8,000 in the account.

5.    SFAR. Attached as **Exhibit B** is a copy of the *Standardized Fund Accounting Report* for the Reporting Period

6.    Administrative Expenses. On February 23, 2018, the Receiver filed a *Fourteenth Interim Fee Application* for the Receiver and his counsel for services rendered during the period of October 1, 2017 to December 31, 2017.[22] The Court held a hearing on this application on April 30, 2018 and requested supplemental briefing from counsel on fees related to the ABI appeal, which was filed on May 11, 2018.[23]  As of this time, the Court has not ruled on the application. The Receiver also filed a *Fifteenth Interim Fee Application* on June 21, 2018 for services rendered during the period of January 1, 2018 to March 31, 2018.[24] A hearing on this

---

[22] Docket No. 1360.

[23] Docket No. 1375.

[24] Docket No. 1393.

application has been scheduled for August 6, 2018.

For the current Reporting Period, the Receiver and his staff have spent a total of 78.3 hours on behalf of the Receivership Estate. Billable services provided by the Receiver during the Reporting Period total $15,310.00. For the current Reporting Period, Dorsey has spent a total of 84 hours on behalf of the Receivership Estate. Total fees, less voluntary reductions, are in the total amount of $24,146.50 and out of pocket expenses total $541.26.

## VI.

## <u>NEXT STEPS</u>

The Receiver anticipates addressing the following priorities in the coming months:

1.      <u>Property Sales</u>. The Receiver expects to obtain approval to sell the Overland Trails property and close on that sale.  Furthermore, he will continue his efforts to sell the remaining Elkhorn Ridge lots, located near Malad, Idaho, and analyze options for the sale of these lots.

2.      <u>Judgment and Settlement Collection</u>. The Receiver will continue his efforts to collect unpaid judgments and payments owed under settlement agreements.  He will also continue to collect installment payments under approved settlement agreements.

3.      <u>Criminal Trial</u>. The criminal trial of Wayne Palmer is scheduled to begin on September 14, 2018. The Receiver expects that criminal prosecutors will require information and testimony from the Receiver in that trial.

## VII.

## <u>CONCLUSION</u>

Substantial progress was made during the Reporting Period.  Not only has the Receiver distributed just over $2 million to holders of Allowed Claims, but he moved closer toward his final administration of the Receivership Estate as set forth above.  At this time, the only matters remaining are the sale of Overland Trails and the remaining Elkhorn Meadow lots, collection of unpaid judgments, the collection of defaulted and installment settlements, and testifying in the criminal trial of Wayne Palmer.  The Receiver is analyzing the most efficient way to finalize administration of these matters so that he can make a final distribution by no later than the first half of 2019.

DATED this 17th day of July, 2018.

_____
WAYNE KLEIN, Receiver

## <u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the above **TWENTY-FOURTH STATUS REPORT OF R. WAYNE KLEIN, RECEIVER** was filed with the Court on this 17th day of July, 2018, and served via ECF on all parties who have requested notice in this case.

/s/ Candy Long

4819-4541-2717\1

# EXHIBIT A

## REAL PROPERTIES--STATUS

As of 6/30/18. Investigation Ongoing. All Information Subject to Change.

The numbers in the first column correspond with numbers of these properties as described in the Receiver's First Status Report.

| | Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
|---|---|---|---|---|---|---|
| | **PROPERTIES CURRENTLY IN RECEIVERSHIP ESTATE** | | | | | |
| 3 | Elkhorn Ridge Estates-37 Building Lots | Malad, ID | Various | | | Sale approved [Docket No. 1369]. Sale closed 6/6/18 |
| 10 | Deer Meadows | Duchesne Co., UT | 54,000 | 41,000.00 | 34,506.47 | |
| 20 | Overland Trails | Eagle Mtn., UT | 340,000 | 250,000.00 | | Motion to approve sale filed 6/22/18 [Docket No. 1398] |
| | **PROPERTIES SOLD OR RELEASED** | | | | | |
| | Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
| 1 | River Run/Riverbend Subdivision-Land | Middleton, ID | N.A. | N.A. | N.A. | No equity. Court approved release of property to lender [Dkt. No. 590] |
| 2 | Single family home: 1st Avenue | Middleton, ID | 115,000 | 105,000 | 102,461.72 | Sale approved [Docket No. 734]. Sale closed 10/15/14 |
| | Single family home: Hawthorne Ave. | Middleton, ID | 80,000 | 76,000 | 69,569.48 | Sale approved [Docket No. 804]. Sale closed 11/17/14 |
| 3 | Elkhorn Ridge Estates-47 Building Lots | Malad, ID | | | | Lots sold to date are: |
| | Lot #1 | | 135,000 | 155,000 | 142,834.78 | Sale approved [Docket No. 419] Sale closed 8/29/13 |
| | Lot #2 | | 35,000 | 31,500 | 27,725.00 | Sale approved [Docket No. 492] Sale closed 12/6/13 |
| | Lot #3 | | 35,000 | 22,000 | 19,344.67 | Sale approved [Docket No. 1261]. Sale closed 1/31/17 |
| | Lot #4 | | 35,000 | 35,000 | 30,893.21 | Sale approved [Docket No. 231] Sale closed 4/26/13 |
| | Lot #5 | | 80,000 | 80,000 | 71,803.14 | Sale approved [Docket No. 231] Sale closed 4/8/13 |
| | Lots #6 & 7 | | 70,000 | 44,000 | 39,483.79 | Sale approved [Docket No. 1295]. Sale closed 6/9/17 |
| | Lot #22 | | | 22,000 | 19,322.15 | Sale approved [Docket No. 1364]. Sale closed 4/2/18 |
| | Lot #25 | | | 25,200 | 22,178.62 | Sale approved [Docket No. 1341]. Sale closed 1/29/18 |
| | Lot #48 | | 80,000 | 80,000 | 73,620.84 | Sale approved [Docket No. 231] Sale closed 4/9/13 |
| 4 | Elkhorn Ridge-4 Undeveloped Parcels | Malad, ID | 250,000 | 240,000 | 226,369.05 | Sale approved [Docket No. 1173]. Sale closed 9/9/16 |
| 5 | Manhattan Grille Condominium | Manhattan, MT | 49,000 | 51,000 | 45,933.32 | Sale approved [Docket No. 300] Sale closed 6/5/13 |
| 6 | Twin Pines Apartments | Brigham City, UT | N.A. | | 172,020.02 | Sale approved [Docket No. 736]. Sale closed 9/14/14 |
| 7 | Ogden Office Building (49% ownership) | Ogden, UT | 699,000 | 600,000 | 241,836.07 | Sale approved via auction [Docket No. 1042]. Sale closed 1/6/16 |
| 8 | Summit Park Lot | Summit Park, UT | 40,000 | 37,500 | 32,477.61 | Sale approved [Docket No. 135] Sale closed 1/24/13 |
| 9 | Bandanna Cabin | Fruitland, UT | 260,000 | 260,000 | 226,374.07 | Sale at auction approved [Docket No. 341] Sale closed 10/24/13 |
| 11 | Outpost/Indian Canyon | Duchesne Co., UT | N.A. | 148,222.56 | 134,068.12 | Sale approved [Docket No. 269] Sale closed 8/21/13 |
| 12 | East Meadows Mobile Home Park | Vernal, UT | N.A. | 1,025,000 | 979,620.29 | Sale approved [Docket No. 292] Sale closed 7/29/13 |
| 13 | Quail Hollow Apartments | Vernal, UT | N.A. | N.A. | N.A. | Determined not owned by Receivership Estate |
| 14 | Residential Building Lots at 900 West | Salt Lake City, UT | N.A. | 70,000 | 65,295.00 | Sale approved [Docket No. 263] Sale closed 5/8/13 |
| 15 | Cottonwood Road Property-4 acres | Salt Lake City, UT | N.A. | N.A. | N.A. | No equity; court approved release of property to lender [Dkt. No. 179] |
| 15 | Cottonwood Road Property-1 acre | Salt Lake City, UT | N.A. | 291,000 | 279,189.07 | Sale at auction approved [Docket No. 495] Sale closed 11/8/13 |
| 16 | National Note Office Building | West Jordan, UT | 285,000 | 285,000 | 55,903.09 | Sale approved [Docket No. 161] Sale closed 3/19/13 |
| 17 | Palmer Residence | West Jordan, UT | N.A. | N.A. | N.A. | No equity. Court approved abandonment of property [Dkt. No. 869] |
| 18 | Star Pointe Development | Salt Lake City, UT | N.A. | N.A. | 70,000.00 | Court approved settlement agreement with lender [Docket No. 608] |
| 19 | Autumn Ridge Subdivision-Phase I | Eagle Mtn., UT | | | | |
| | Phase I-Lot #2 | | 37,000 | 39,900 | 35,635.21 | Sale approved [Docket No. 692]. Sale closed 7/8/14 |
| | Phase I-Lot #3 | | 37,000 | 39,900 | 35,711.84 | Sale approved [Docket no. 644] Sale closed 5/1/14 |
| | Phase I-Lot #4 | | 37,000 | 37,000 | 30,821.91 | Sale approved to builders [Docket No. 293] Sale closed 6/3/13 |
| | Phase I-Lot #6 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #7 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #8 | | 37,000 | 37,000 | 31,554.15 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| | Phase I-Lot #11 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 47 | | Phase I-Lot #16 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696].  Sale closed 7/18/14 |
| 48 | | Phase I-Lot #21 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 49 | | Phase I-Lot #30 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 50 | | Phase I-Lot #33 | | 37,000 | 37,000 | 30,775.92 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 51 | | Phase I-Lot #39 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696].  Sale closed 7/18/14 |
| 52 | | Phase I-Lot #40 | | 37,000 | 37,000 | 30,911.96 | Sale approved to builders [Docket No. 293] Sale closed 9/25/13 |
| 53 | | Phase I-Lot #41 | | 37,000 | 37,000 | 30,857.73 | Sale approved to builders [Docket No. 293] Sale closed 8/14/13 |
| 54 | | Phase I-Lot #51 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 55 | | Phase I-Lot #52 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 56 | | Phase I-Lot #54 | | 37,000 | 37,000 | 31,554.16 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| 57 | | Phase I-Lot #55 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 58 | | Phase I-Lot #60 | | 37,000 | 37,000 | 31,355.89 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 59 | | Phase II-62 Building Lots | | N.A. | 538,000 | 446,610.24 | Sale approved [Docket No. 460] Sale closed 10/1/13 |
| 60 | 21 | Cedar Fort Land (Fairfield)-8 acres | Fairfield, UT | 24,000 | 25,000 | 22,274.21 | Sale at auction approved [Docket No. 458] Sale closed 11/14/13 |
| 61 | 21 | Cedar Fort Land (Fairfield)-85 Acres | Fairfield, UT | 255,000 | 213,925 | 242,656.49 | Sale approved [Docket No. 1186]. Sale closed 8/12/16 |
| 62 | 22 | Expressway Business Park | Spanish Fork, UT | | | | |
| 63 | | Unit #109 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 241] |
| 64 | | Unit #305 | | 65,000 | 69,000 | 55,840.79 | Court approved sale at auction [Docket No. 270]  Sale closed 6/27/13 |
| 65 | | Unit #204 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 364] |
| 66 | | Unit #215 | | N.A. | 127,500 | 112,965.27 | Sale approved at auction [Docket No. 393] Sale closed 10/30/13 |
| 67 | 23 | Expressway Business Park-Land | Spanish Fork, UT | 1,250,000 | 775,000 | 357,412.55 | Sale at auction approved [Docket No. 1320]. Sale closed 12/22/17 |
| 68 | 24 | Gooseberry Cabin | Fairview, UT | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 125] |
| 69 | 25 | Almond Heights-21 Building Lots | Toquerville, UT | 842,000 | | | |
| 70 | | Lot #A-2 | | 159,750 | 148,200 | 118,730.60 | Sale Approved [Docket No. 1099] Sale closed 3/22/16 |
| 71 | | Lot #C-2 | | 34,200 | 30,780 | 24,136.91 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 72 | | Lot #F | | 32,300 | 31,000 | 24,733.41 | Sale Approved [Docket No. 988] Sale closed 8/24/15 |
| 73 | | Lot #F-3 | | 35,150 | 31,635 | 24,887.93 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 74 | | Lot #7 | | 38,000 | 32,000 | 29,388.95 | Sale Approved [Docket No. 829] Sale closed 12/18/14 |
| 75 | | Lot #10 | | 38,950 | 36,000 | 30,552.54 | Sale approved [Docket No. 906]. Sale closed 3/31/15 |
| 76 | | Lot #11 | | 37,050 | 32,000 | 6,788.12 | Sale approved [Docket No. 829] Sale closed 12/16/14 |
| 77 | | Lot #12 | | 38,000 | 32,000 | 6,787.90 | Sale approved [Docket No. 829] Sale closed 12/16/14 |
| 78 | | Lot #13 | | 37,050 | 32,000 | 6,787.75 | Sale approved [Docket No. 829] Sale closed 12/16/14 |
| 79 | | Lot #14 | | 35,150 | 31,635 | 6,525.25 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 80 | | Lot #15 | | 33,250 | 29,925 | 6,254.50 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 81 | | Lot #17 | | 30,400 | 24,000 | 21,752.44 | Sale approved [Docket No. 829] Sale closed 12/11/14 |
| 82 | | Lot #18 | | 30,400 | 27,360 | 23,562.06 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 83 | | Lot #19 | | 22,800 | 18,600 | -1,200.46 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| 84 | | Lot #20 | | 22,800 | 18,600 | -1,526.81 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| 85 | | Lot #21 | | 11,500 | 7,700 | 4,198.82 | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| 86 | | Lot #22 | | | | | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| 87 | | Lot #23 | | 31,350 | 24,000 | 20,346.06 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| 88 | | Lot #24 | | 33,250 | 31,000 | 26,672.24 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| 89 | | Lot #25 | | 35,150 | 34,000 | 29,216.54 | Sale approved [Docket No. 951] Sale closed 5/21/15 |
| 90 | | Lot #26 | | 34,200 | 32,000 | 27,151.02 | Sale approved [Docket No. 829] Sale closed 12/17/14 |
| 91 | 26 | Kanab Home | Kanab, UT | 199,000 | 197,000 | 18,162.90 | Sale approved [Docket No. 746].  Sale closed 9/4/14 |
| 92 | 27 | Farrell Business Park-12 Units | Gilbert, AZ | | | | |
| 93 | | Unit 103 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| 94 | | Unit 104 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| 95 | | Unit 105 | | 80,000 | 92,000 | 70,392.98 | Court approved sale at auction [Docket No. 203] Sale closed 5/21/13 |
| 96 | | Unit 106 | | 80,000 | 97,000 | 74,832.11 | Court approved sale at auction [Docket No. 204] Sale closed 6/7/13 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 97 | | Unit 107 | | 80,000 | 90,000 | 67,699.81 | Court approved sale at auction [Docket No. 205] Sale closed 6/7/13 |
| 98 | | Unit 109 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 99 | | Unit 110 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 100 | | Unit 111 | | 80,000 | 80,000 | 59,194.92 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 101 | | Unit 113 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| 102 | | Unit 114 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| 103 | | Unit 115 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 104 | | Unit 116 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 105 | 28 | Clearview Business Park-8 Units | Mesa, AZ | 415,954 | 737,000 | 591,295.43 | Court approved sale at auction [Docket No. 177] Sale closed 5/10/13 |
| 106 | 29 | Bear Grove Industrial Park-8 Lots | Byron, MN | 1,675,200 | | | Property is listed for sale with broker; property encumbered by bond |
| 107 | | Parcel #8516 | | 281,500 | 210,000 | 10,000.00 | Sale approved [Docket No. 853]. Sale closed 3/27/15 |
| 108 | | Parcel #8509 | | 156,700 | 149,000 | 98,795.03 | Sale approved [Docket No. 849]. Sale closed 3/16/15 |
| 109 | | Parcel #8512 | | 305,000 | 235,000 | 6,500.00 | Sale approved [Docket No. 854]. Sale closed 3/6/15 |
| 110 | | Parcel #6060 | | 340,000 | 235,000 | 10,000.00 | Sale approved [Docket No. 875]. Sale closed 3/24/15 |
| 111 | | Lot 3, Block 1 (Parcel #8510) | | 149,500 | 149,500 | 95,340.47 | Sale approved [Docket No. 989] Sale closed 9/30/15 |
| 112 | | Block 2, Lots 4-5 | | 448,300 | 448,300 | 279,963.57 | Sale at auction approved [Docket No. 1084] Sale closed 3/31/16 |
| 113 | | Block 2, Lot 1 | | 285,000 | 280,000 | 34,019.74 | Sale approved [Docket No. 1118]. Sale closed June 15, 2016 |
| 114 | 29 | Bear Grove Industrial Park-Block 1, Lot 4 | Byron, MN | 285,000 | 288,520 | 10,000.00 | Sale approved [Docket No. 1361]. Sale closed 4/16/18. |
| 115 | 30 | Georgia Single Family Residence | Temple, GA | 135,000 | 125,000 | 106,843.83 | Sale approved [Docket No. 553] Sale closed 1/10/14 |
| 116 | 31 | Chicago Single Family Residence | Chicago, IL | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 117 | 32 | Cleveland Single Family Residence | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 118 | 33 | Cleveland Building Lot | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 119 | 34 | Toledo Single Family Residence | Toledo, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 120 | | | | | | | |
| 121 | | Total | | 11,787,116.00 | 10,981,463.92 | 7,541,850.39 | |

# EXHIBIT B

Wayne Klein, Receiver for National Note of Utah
PO Box 1836
Salt Lake City, UT 84110
801-824-9616

# STANDARDIZED FUND ACCOUNTING REPORT

## Civil – Receivership Fund

Fund Name: SEC v. National Note of Utah
Civil Court Docket No. 2:12-CV-00591 BSJ

Reporting Period 04/01/2018 to 06/30/2018

## Standardized Fund Accounting Report for National Note of Utah - Cash Basis

Receivership; Civil Court Docket No. 2:12-CV-00591 BSJ

Reporting Period 04/01/2018 to 06/30/2018

| Fund Accounting (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 04/01/2018): | $2,443,976.04 | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | **Business Income** | $0.00 | | |
| Line 3 | **Cash and Securities** | $0.00 | | |
| Line 4 | Interest/Dividend Income | $702.35 | | |
| Line 5 | **Business Asset Liquidation** | $53,828.62 | | |
| Line 6 | **Personal Asset Liquidation** | $0.00 | | |
| Line 7 | Third-Party Litigation Income | $8,700.00 | | |
| Line 8 | Miscellaneous - Other | $0.00 | | |
| | Total Funds Available (Lines 1 - 8) | | $2,507,207.01 | |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Investors** | $20,960.85 | | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $0.00 | | |
| Line 10b | *Business Asset Expenses* | $112,884.30 | | |
| Line 10c | *Personal Asset Expenses* | $0.00 | | |
| Line 10d | *Investment Expenses* | $0.00 | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $0.00 | | |
| | 2. Litigation Expenses | $0.00 | | |
| | *Total Third-Party Litigation Expenses* | $0.00 | | |
| Line 10f | *Tax Administrator Fees and Bonds* | $0.00 | | |
| Line 10g | *Federal and State Tax Payments* | $0.00 | | |
| | **Total Disbursements for Receivership Operations** | $133,845.15 | | |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund:** | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |

|  |  |  |  |
|---|---|---|---|
| Legal Advisers | | | |
| Tax Advisers | | | |
| 2. Administrative Expenses | $0.00 | | |
| 3. Miscellaneous | $0.00 | | |
| *Total Plan Development Expenses* | $0.00 | | |
| Line 11b *Distribution Plan Implementation Expenses:* | | | |
| 1. Fees: | $0.00 | | |
| Fund Administrator | | | |
| IDC | | | |
| Distribution Agent | | | |
| Consultants | | | |
| Legal Advisers | | | |
| Tax Advisers | | | |
| 2. Administrative Expenses | $0.00 | | |
| 3. Investor Identification: | $0.00 | | |
| Notice/Publishing Approved Plan | | | |
| Claimant Identification | | | |
| Claims Processing | | | |
| Web Site Maintenance/Call Center | | | |
| 4. Fund Administrator Bond | $0.00 | | |
| 5. Miscellaneous | $0.00 | | |
| 6. Federal Account for Investor Restitution | $0.00 | | |
| (FAIR) Reporting Expenses | $0.00 | | |
| *Total Plan Implementation Expenses* | $0.00 | | |
| **Total Disbursements for Distribution Expenses Paid by the Fund** | $0.00 | | |
| **Line 12** **Disbursements to Court/Other:** | | | |
| Line 12a *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 | | |
| Line 12b *Federal Tax Payments* | $0.00 | | |
| **Total Disbursements to Court/Other** | $0.00 | | |
| **Total Funds Disbursed (Lines 9 - 12):** | | $133,845.15 | |
| **Line 13** **Ending Balance (As of 06/30/2018):** | | | $2,373,361.86 |
| **Line 14** **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a *Cash & Cash Equivalents* | $2,373,361.86 | | |
| Line 14b *Investments* | $0.00 | | |
| Line 14c *Other Assets or Uncleared Funds* | $0.00 | | |
| **Total Ending Balance of Fund - Net Assets** | | | $2,373,361.86 |

| Other Supplemental Information: | | | |
|---|---|---|---|
| | Detail | Subtotal | Grand Total |
| *Report of Items NOT To Be Paid by the Fund:* | | | |
| **Line 15** **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| *Line 15a Plan Development Expenses Not Paid by the Fund:* | | | |
| 1. Fees: | $0.00 | | |
| Fund Administrator | | | |
| IDC | | | |
| Distribution Agent | | | |
| Consultants | | | |
| Legal Advisers | | | |
| Tax Advisers | | | |
| 2. Administrative Expenses | $0.00 | | |
| 3. Miscellaneous | $0.00 | | |
| *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | | |
| *Line 15b Plan Implementation Expenses Not Paid by the Fund:* | | | |
| 1. Fees: | $0.00 | | |
| Fund Administrator | | | |
| IDC | | | |
| Distribution Agent | | | |
| Consultants | | | |
| Legal Advisers | | | |
| Tax Advisers | | | |
| 2. Administrative Expenses | $0.00 | | |
| 3. Investor Identification: | $0.00 | | |
| Notice/Publishing Approved Plan | | | |
| Claimant Identification | | | |
| Claims Processing | | | |
| Web Site Maintenance/Call Center | | | |
| 4. Fund Administrator Bond | $0.00 | | |
| 5. Miscellaneous | $0.00 | | |
| 6. FAIR Reporting Expenses | $0.00 | | |
| *Total Plan Implementation Expenses Not Paid by the Fund* | $0.00 | | |
| *Line 15c Fund* *Tax Administrator Fees and Bonds Not Paid by the Fund* | $0.00 | | |
| *Total Distributions for Plan Administration Expenses Not Paid by the Fund* | $0.00 | | |

| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
|---|---|---|---|---|
| Line 16a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $0.00 | | |
| Line 16b | Federal Tax Payments | $0.00 | | |
| | Total Disbursements to Court/Other Paid by the Fund: | $0.00 | | |
| Line 17 | DC & State Tax Payments | $0.00 | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | # of Claims Received This Reporting Period | 0 | | |
| Line 18b | # of Claims Received Since Inception of Fund | 468 | | |
| Line 19 | No. of Claimants/Investors: | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | 3 | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 432 | | |

Receiver: Wayne Klein, Receiver for National Note of Utah,

By: _(signature)_
(signature)

Wayne Klein
(printed name)

Receiver
(title)

Date: July 16, 2018

## NNU SFAR - 2nd Quarter 2018
### Line Breakdown

| | Line 2 | Line 4 | Line 5 | Line 6 | Line 7 | Line 8 | Total |
|---|---|---|---|---|---|---|---|
| Rent Received | $0.00 | | | | | | |
| Overpaid Investors | | | | | $8,700.00 | | |
| National Note | | | $53,828.62 | $0.00 | $0.00 | | |
| Real Estate Holding | | | $0.00 | | | | |
| Royalties Received | | | | | | $0.00 | |
| Interest | | $702.35 | | | | | |
| Refunds | | | | | | $0.00 | |
| Witness Fees | | | | | | $0.00 | |
| Advances by Receiver | | | | | | | |
| | $0.00 | $702.35 | $53,828.62 | $0.00 | $8,700.00 | $0.00 | $63,230.97 |

| | Line 10a | Line 10b | Line 10f | Line 10e-1 | Line 10e-2 | Line 11b-3 | Total |
|---|---|---|---|---|---|---|---|
| Receivership Expenses | $0.00 | $112,884.30 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Refund Deposit from Prior Period | | $0.00 | | | | | |
| Adjustment - NNU Account | | $0.00 | | | | | |
| | $0.00 | $112,884.30 | $0.00 | $0.00 | $0.00 | $0.00 | $112,884.30 |

| | Line 14a |
|---|---|
| National Note | $2,060,998.57 |
| Savings | $123,002.01 |
| High-Yield Operating | $181,361.28 |
| Real Estate Holding | $8,000.00 |
| High-Yield Real Estate | $0.00 |
| | $2,373,361.86 |

Created by James Shupe on 7/15/2018