Peggy Hunt (Utah State Bar No. 6060)
John J. Wiest (Utah State Bar No. 15767)
**DORSEY & WHITNEY LLP**
111 South Main Street, 21st Floor
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com
        wiest.john@dorsey.com

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

### CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual,<br><br>Defendants. | **TWENTY-SEVENTH STATUS REPORT OF R. WAYNE KLEIN, RECEIVER**<br>*For the Quarter Ending March 31, 2019*<br><br>2:12-cv-00591 BSJ<br><br>The Honorable Bruce S. Jenkins |

R. Wayne Klein, the Court-Appointed Receiver (the "Receiver") of National Note of

Utah, LC ("National Note"), as well as certain subsidiaries and entities affiliated with National

Note and the assets of Wayne LaMar Palmer ("Palmer"), hereby submits this Twenty-Seventh

Status Report for the period January 1, 2019 through March 31, 2019 (the "Reporting Period").

### I.

### ABBREVIATED PROCEDURAL HISTORY

This action (the "Civil Case") was commenced by the United States Securities and

Exchange Commission (the "SEC") on June 25, 2012.[1] After trial, the United States District Court for the District of Utah (the "Court") entered judgment against Palmer and National Note.[2]

On August 19, 2015, a grand jury indicted Palmer and his cousin, Julieann Palmer Martin. Both later pleaded guilty. On May 11, 2018, Ms. Martin was sentenced to 16 months in prison followed by three years of probation and ordered to pay approximately $2 million in restitution. She is currently incarcerated in Phoenix, Arizona, with a scheduled release date in August 2019. On August 31, 2018, Palmer was sentenced to 60 months incarceration and three years of post-release supervised probation. The Court ordered Palmer to pay $52,944,855.41 in restitution to 564 investors, with at least $500 being required to be paid each month after his release from prison. Palmer is scheduled to report to prison on April 17, 2019.

## II.

## REAL ESTATE TRANSACTIONS

Attached hereto as **Exhibit A** is a chart setting forth the status of all real properties in the Receivership Estate as of March 31, 2019. At the beginning of the Reporting Period, two primary properties remained in the Receivership Estate: 37 lots located in the "Elkhorn Ridge" subdivision in Malad, Idaho and the "Overland Trails" property located in Eagle Mountain, Utah. Activity related to these properties during the Reporting Period is discussed below.

A.    **Overland Trails Appraisal and Proposed Auction**.  At an auction held December 19, 2018, the Overland Trails property was sold. The bidding for the 12-acre parcel

---

[1] Docket No. 1.

[2] Docket No. 1043.

2

started at $400,000 and ended with the winning bid of $690,000. After payment of nine years of unpaid property taxes, real estate commissions, and closing costs, the Receivership received net sales proceeds of $625,681.94.[3] The Receiver filed *Receiver's Notice of Public Sale Results (Overland Trails)* on January 25, 2019.[4]

     **B.**    <u>Elkhorn Ridge Estates</u>. With the sale of Overland Trails, the only other real estate still owned by the Receivership Estate consists of building lots in the Elkhorn Ridge development located near Malad, Idaho. Over the past six years, ten of these lots have sold, but 37 remain. At this point, the Receiver believes that an auction of the remaining property is in the best interest of the Receivership Estate given the nature of the property and the market for the property. This course also will allow the Receiver to fully administer this case and make a final distribution.

     On January 31, 2019, the Receiver filed *Receiver's Motion Seeking Approval of (A) Public Sale of Property Free and Clear of Interests, (B) Method and Form of Publication Notice, (C) Auction Agreement, and (D) Related Relief and Memorandum in Support (Elkhorn Ridge Estates)*, which at the Court's request was subsequently modified by an *Errata* (the "<u>Elkhorn Motion</u>")[5] The Receiver proposed using a national real estate auction firm to conduct an auction of the Elkhorn Ridge property. After a hearing, the Court entered an *Order* denying the Elkhorn

---

[3] The Receivership had previously paid $109,900 to obtain releases of liens held by five parties. Docket No. 1382.

[4] Docket Nos. 1438, 1441.

[5] Docket No. 1439.

3

Motion.[6]

Based on the Court's feedback at the hearing on the Elkhorn Motion, the Receiver is pursuing a revised marketing plan. The first step is obtaining a new appraisal of the Elkhorn Ridge property to obtain a valuation that takes into account current market conditions and a desire to sell the property in a six-month timeframe. Just after the close of the Reporting Period, the Court entered an *Order Granting Motion to Appoint Appraiser for Elkhorn Ridge Estates*[7] and it is anticipated that the Receiver will receive an appraisal by April 30, 2019. The Receiver then intends to seek a bid for the entire property, which will be used as an opening bid for a public sale for which Court approval will be sought. The auction plan will include marketing of the property beyond the statutorily-required legal notices.

## III.

## COLLECTION OF JUDGMENTS

All collection efforts on judgments and settlement agreements were concluded during the Reporting Period.

**A.** **Collection Recoveries.**

1. <u>Colt West Perrin</u>. As described in the prior Status Report, collection counsel succeeded in executing on a bank account held by Mr. Perrin. Mr. Perrin then agreed to pay $12,000 in settlement of the $22,337.88 judgment against him. The final $2,828.72 owed under this settlement was received during the Reporting Period.

---

[6] Docket No. 1445.

[7] Docket No. 1449.

**B.**     <u>**Collection of Amounts Owed Under Approved Settlement Agreements**</u>.

At the beginning of the Reporting Period, payments were due under three Court-approved settlement agreements. Final payments under each of these agreements was received during the Reporting Period.

1.     <u>Dennis Heaton</u>. Mr. Heaton made his final settlement payment of $21,666.65 on January 11, 2019.

2.     <u>Karen Witkamp</u>.  Ms. Witkamp made her final settlement payment of $12,500.00 on January 18, 2019.

3.     <u>Star Pointe</u>. The private litigation involving Star Pointe has not yet been finally resolved, which was a condition of Star Pointe making its settlement payment. Nevertheless, Star Pointe agreed to make its $10,000 settlement payment without waiting for the other litigation to conclude. This payment was received on February 7, 2019.

## IV.

## DISTRIBUTIONS

**A.**     <u>**The Initial Distribution**</u>.  On November 14, 2016, pursuant to the Initial Distribution Order, the Receiver distributed $4.49 million to the holders of "Allowed Claims" who were entitled to a distribution under the *Plan of Distribution* that was approved by the Court. All distribution checks related to this initial distribution cleared. Subsequently, on May

14, 2018, the Court entered an Order allowing payment of $20,960.85 to the holders of three Disputed Claims.[8] Those payments have been made and the checks have cleared.

      **B.**      <u>The Second Distribution</u>. On June 21, 2018, the Court entered an *Order Granting Receiver's Amended Motion Seeking Authorization to Make Second Distribution.*[9] Pursuant to that Order, the Receiver distributed on June 29, 2018, a total of $2,005,394.41 to 228 holders of Allowed Claims entitled to a distribution under the rising tide methodology approved by the Court. During the prior Reporting Period, 227 of those distribution payments cleared the bank. The final distribution payment was cashed during the current Reporting Period.

      **C.**      <u>Distribution Pursuant to Mathison Report</u>. The Court requested the Receiver to report on the allowance of a claim held by Mark Mathison. The Receiver filed a *Report Summarizing Investments of Mark Mathison*, and a hearing on the report was held on January 4, 2019.[10] After the hearing, the Court entered an *Order* requiring the Receiver to make a distribution to Mr. Mathison in the amount of $26,162.99, which was paid during the Reporting Period.

**V.**

**FINANCIAL ANALYSIS**

      **A.**      <u>Receivership Financial Information</u>. The following financial information is provided for the Reporting Period:

---

[8] Docket No. 1376.

[9] Docket No. 1400.

[10] Docket No. 1424.

1.    Bank Accounts. The Receiver maintains two bank accounts for the operation of the Receivership Estate: a general operating account (the "Operating Account") and an account used to hold deposits for the sales of real estate (the "Real Estate Account").[11] The balances in these accounts as of the close of the Reporting Period are as follows:

| Account | Account Balance |
|---|---|
| Operating Account | $848,111.36 |
| Real Estate Account | $8,000.00 |
| **TOTAL** | **$856,111.36** |

2.    Operating Account Deposits. The sources of funds deposited into the Operating Account during the Reporting Period are shown in the following table:

| Source | Amount In |
|---|---|
| Settlement, collection proceeds | $47,015.37 |
| Sales of real estate[12] | $625,621.94 |
| Bank interest | $91.68 |
| **TOTAL** | **$672,728.99** |

3.    Operating Account Expenditures. The following table shows the categories of operating expenses that have been paid from the Operating Account during the Reporting Period:

| Type of Expense | Amount Out |
|---|---|
| Publishing sale notices, advertising | $580.00 |
| Appraisal retainer fee | $2,000.00 |

---

[11] Pursuant to the Court's *Order Approving the Receiver's Third Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from July 1, 2013 through December 31, 2013*, Docket No. 828, the Receiver has established a separate Savings Account tied to the Operating Account in which he is holding 20% of the professional fees incurred by him and his counsel related to that fee application. Money to open this Savings Account was transferred from the Operating Account. This Savings Account has a current balance of $123,048.02 and is in addition to the amounts reported below.

[12] This amount is after payment of $60 in wire transfer fees associated with the property auction.

| Tax filing fees | $42.24 |
|---|---|
| Mathison payment | $26,162.99 |
| **TOTAL** | **$28,785.23** |

4.    <u>Distributions</u>. As described in Part IV.B, all distribution payments have cleared the bank.

5.    <u>Real Estate Account Deposits and Withdrawals</u>. The Real Estate Account remains open for use to hold deposits relating to real estate transactions.

6.    <u>SFAR</u>. Attached as **Exhibit B** is a copy of the *Standardized Fund Accounting Report* for the Reporting Period

7.    <u>Administrative Expenses</u>.  For the current Reporting Period, the Receiver and his staff have spent a total of 24.6 hours on behalf of the Receivership Estate. Billable services provided by the Receiver during the Reporting Period total $5,060. For the current Reporting Period, Dorsey's total fees, less voluntary reductions, are in the total amount of $8,358 and its out of pocket expenses total $22.20.

**VI.**

**<u>NEXT STEPS</u>**

The Receiver anticipates addressing the following priorities in the coming months:

1.    <u>Property Sale</u>. Upon receipt of an appraisal of the 37 remaining Elkhorn Ridge lots, the Receiver will market the property and seek a stalking horse bidder.  Once a bidder is obtained, the Receiver will sell the property at public sale after seeking Court approval.  The stalking horse bid will be used as an opening bid at an auction supervised by the Receiver.

2.    <u>Closing the Estate</u>. The Receiver is preparing to close the Receivership, including by making a third and final distribution and requesting appropriate relief from the Court.

8

## VII.

## CONCLUSION

The Receivership Estate is close to the point at which it can be closed. As soon as the

Elkhorn Ridge property is sold, the Receiver intends to submit a motion to make a final

distribution and close the Receivership.

DATED this 12ᵗʰ day of April, 2019.

_Wayne Klein_

WAYNE KLEIN, Receiver

9

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the above **TWENTY-SEVENTH STATUS REPORT OF R. WAYNE KLEIN, RECEIVER** was filed with the Court on this /\_th day of April, 2019, and served via ECF on all parties who have requested notice in this case.

/s/ Candy Long

4819-4541-2717\1

# EXHIBIT A

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 46 | | Phase I-Lot #11 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 47 | | Phase I-Lot #16 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696]. Sale closed 7/18/14 |
| 48 | | Phase I-Lot #21 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 49 | | Phase I-Lot #30 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 50 | | Phase I-Lot #33 | | 37,000 | 37,000 | 30,775.92 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 51 | | Phase I-Lot #39 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696]. Sale closed 7/18/14 |
| 52 | | Phase I-Lot #40 | | 37,000 | 37,000 | 30,911.96 | Sale approved to builders [Docket No. 293] Sale closed 9/25/13 |
| 53 | | Phase I-Lot #41 | | 37,000 | 37,000 | 30,857.73 | Sale approved to builders [Docket No. 293] Sale closed 8/14/13 |
| 54 | | Phase I-Lot #51 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 55 | | Phase I-Lot #52 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 56 | | Phase I-Lot #54 | | 37,000 | 37,000 | 31,554.16 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| 57 | | Phase I-Lot #55 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 58 | | Phase I-Lot #60 | | 37,000 | 37,000 | 31,355.89 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 59 | | Phase II-62 Building Lots | | N.A. | 538,000 | 446,610.24 | Sale approved [Docket No. 460] Sale closed 10/1/13 |
| 60 | 21 | Cedar Fort Land (Fairfield)-8 acres | Fairfield, UT | 24,000 | 25,000 | 22,274.21 | Sale at auction approved [Docket No. 458] Sale closed 11/14/13 |
| 61 | 21 | Cedar Fort Land (Fairfield)-85 Acres | Fairfield, UT | 255,000 | 213,925 | 242,656.49 | Sale approved [Docket No. 1186]. Sale closed 8/12/16 |
| 62 | 22 | Expressway Business Park | Spanish Fork, UT | | | | |
| 63 | | Unit #109 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 241] |
| 64 | | Unit #305 | | 65,000 | 69,000 | 55,840.79 | Court approved sale at auction [Docket No. 270] Sale closed 6/27/13 |
| 65 | | Unit #204 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 364] |
| 66 | | Unit #215 | | N.A. | 127,500 | 112,965.27 | Sale approved at auction [Docket No. 393] Sale closed 10/30/13 |
| 67 | 23 | Expressway Business Park-Land | Spanish Fork, UT | 1,250,000 | 775,000 | 357,412.55 | Sale at auction approved [Docket No. 1320]. Sale closed 12/22/17 |
| 68 | 24 | Gooseberry Cabin | Fairview, UT | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 125] |
| 69 | 25 | Almond Heights-21 Building Lots | Toquerville, UT | 842,000 | | | |
| 70 | | Lot #A-2 | | 159,750 | 148,200 | 118,730.60 | Sale Approved [Docket No. 1099] Sale closed 3/22/16 |
| 71 | | Lot #C-2 | | 34,200 | 30,780 | 24,136.91 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 72 | | Lot #F | | 32,300 | 31,000 | 24,733.41 | Sale approved [Docket No. 988] Sale closed 8/24/15 |
| 73 | | Lot #F-3 | | 35,150 | 31,635 | 24,887.93 | Sale approved [Docket No. 1075] Sale closed 3/1/16 |
| 74 | | Lot #7 | | 38,000 | 32,000 | 29,388.95 | Sale approved [Docket No. 829]. Sale closed 12/18/14 |
| 75 | | Lot #10 | | 38,950 | 36,000 | 30,552.54 | Sale approved [Docket No. 906]. Sale closed 3/31/15 |
| 76 | | Lot #11 | | 37,050 | 32,000 | 6,788.12 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| 77 | | Lot #12 | | 38,000 | 32,000 | 6,787.90 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| 78 | | Lot #13 | | 37,050 | 32,000 | 6,787.75 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| 79 | | Lot #14 | | 35,150 | 31,635 | 6,525.25 | Sale approved [Docket No. 1075] Sale closed 3/1/16 |
| 80 | | Lot #15 | | 33,250 | 29,925 | 6,254.50 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 81 | | Lot #17 | | 30,400 | 24,000 | 21,752.44 | Sale approved [Docket No. 829]. Sale closed 12/11/14 |
| 82 | | Lot #18 | | 30,400 | 27,360 | 23,562.06 | Sale approved [Docket No. 1075] Sale closed 3/1/16 |
| 83 | | Lot #19 | | 22,800 | 18,600 | -1,200.46 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| 84 | | Lot #20 | | 22,800 | 18,600 | -1,526.81 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| 85 | | Lot #21 | | 11,500 | 7,700 | 4,198.82 | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| 86 | | Lot #22 | | | | | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| 87 | | Lot #23 | | 31,350 | 24,000 | 20,346.06 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| 88 | | Lot #24 | | 33,250 | 31,000 | 26,672.24 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| 89 | | Lot #25 | | 35,150 | 34,000 | 29,216.54 | Sale approved [Docket No. 951]. Sale closed 5/21/15 |
| 90 | | Lot #26 | | 34,200 | 32,000 | 27,151.02 | Sale approved [Docket No. 829]. Sale closed 12/17/14 |
| 91 | 26 | Kanab Home | Kanab, UT | 199,000 | 197,000 | 18,162.90 | Sale approved [Docket No. 746]. Sale closed 9/4/14 |
| 92 | 27 | Farrell Business Park-12 Units | Gilbert, AZ | | | | |
| 93 | | Unit 103 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| 94 | | Unit 104 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 95 | | Unit 105 | | 80,000 | 92,000 | 70,392.98 | Court approved sale at auction [Docket No. 203] Sale closed 5/21/13 |
| 96 | | Unit 106 | | 80,000 | 97,000 | 74,832.11 | Court approved sale at auction [Docket No. 204] Sale closed 6/7/13 |
| 97 | | Unit 107 | | 80,000 | 90,000 | 67,699.81 | Court approved sale at auction [Docket No. 205] Sale closed 6/7/13 |
| 98 | | Unit 109 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 99 | | Unit 110 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 100 | | Unit 111 | | 80,000 | 80,000 | 59,194.92 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 101 | | Unit 113 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| 102 | | Unit 114 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| 103 | | Unit 115 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 104 | | Unit 116 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 105 | 28 | Clearview Business Park-8 Units | Mesa, AZ | 415,954 | 737,000 | 591,295.43 | Court approved sale at auction [Docket No. 177] Sale closed 5/10/13 |
| 106 | 29 | Bear Grove Industrial Park-8 Lots | Byron, MN | 1,675,200 | | | |
| 107 | | Parcel #8516 | | 281,500 | 210,000 | 10,000.00 | Sale approved [Docket No. 853]. Sale closed 3/27/15 |
| 108 | | Parcel #8509 | | 156,700 | 149,000 | 98,795.03 | Sale approved [Docket No. 849]. Sale closed 3/16/15 |
| 109 | | Parcel #8512 | | 305,000 | 235,000 | 6,500.00 | Sale approved [Docket No. 854]. Sale closed 3/6/15 |
| 110 | | Parcel #6060 | | 340,000 | 235,000 | 10,000.00 | Sale approved [Docket No. 875]. Sale closed 3/24/15 |
| 111 | | Lot 3, Block 1 (Parcel #8510) | | 149,500 | 149,500 | 95,340.47 | Sale approved [Docket No. 989] Sale closed 9/30/15 |
| 112 | | Block 2, Lots 4-5 | | 448,300 | 448,300 | 279,963.57 | Sale at auction approved [Docket No. 1084] Sale closed 3/31/16 |
| 113 | | Block 2, Lot 1 | | 285,000 | 280,000 | 34,019.74 | Sale approved [Docket No. 1118]. Sale closed June 15, 2016 |
| 114 | | Block 1, Lot 4 | | 285,000 | 288,520 | 10,000.00 | Sale approved [Docket No. 1361]. Sale closed 4/16/18. |
| 115 | 30 | Georgia Single Family Residence | Temple, GA | 135,000 | 125,000 | 106,843.83 | Sale approved [Docket No. 553]  Sale closed 1/10/14 |
| 116 | 31 | Chicago Single Family Residence | Chicago, IL | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 117 | 32 | Cleveland Single Family Residence | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 118 | 33 | Cleveland Building Lot | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 119 | 34 | Toledo Single Family Residence | Toledo, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 120 | | | | | | | |
| 121 | | Total | | 11,841,116.00 | 11,022,463.92 | 7,576,356.86 | |

# EXHIBIT B

Wayne Klein, Receiver for National Note of Utah
PO Box 1836
Salt Lake City, UT 84110
801-824-9616

# STANDARDIZED FUND ACCOUNTING REPORT

## Civil – Receivership Fund

## Fund Name: SEC v. National Note of Utah
## Civil Court Docket No. 2:12-CV-00591 BSJ

Reporting Period 01/01/2019 to 03/31/2019

| **Standardized Fund Accounting Report for National Note of Utah - Cash Basis** | | | | |
|---|---|---|---|---|
| Receivership; Civil Court Docket No. 2:12-CV-00591 BSJ | | | | |
| Reporting Period 01/01/2019 to 03/31/2019 | | | | |
| | | | | |
| **Fund Accounting (See Instructions):** | | | | |
| | | Detail | Subtotal | Grand Total |
| Line 1 | Beginning Balance (As of 01/01/2019): | $424,129.06 | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $0.00 | | |
| Line 3 | Cash and Securities | $0.00 | | |
| Line 4 | Interest/Dividend Income | $133.24 | | |
| Line 5 | Business Asset Liquidation | $536,681.94 | | |
| Line 6 | Personal Asset Liquidation | $0.00 | | |
| Line 7 | Third-Party Litigation Income | $47,015.37 | | |
| Line 8 | Miscellaneous - Other | $0.00 | | |
| | Total Funds Available (Lines 1 - 8) | | $1,007,959.61 | |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $26,162.99 | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $0.00 | | |
| Line 10b | *Business Asset Expenses* | $2,637.24 | | |
| Line 10c | *Personal Asset Expenses* | $0.00 | | |
| Line 10d | *Investment Expenses* | $0.00 | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $0.00 | | |
| | 2. Litigation Expenses | $0.00 | | |
| | *Total Third-Party Litigation Expenses* | $0.00 | | |
| Line 10f | *Tax Administrator Fees and Bonds* | $0.00 | | |
| Line 10g | *Federal and State Tax Payments* | $0.00 | | |
| | **Total Disbursements for Receivership Operations** | $28,800.23 | | |
| | | | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Miscellaneous | $0.00 | | |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | Total Plan Development Expenses | $0.00 | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Investor Identification: | $0.00 | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | $0.00 | | |
| | 5. Miscellaneous | $0.00 | | |
| | 6. Federal Account for Investor Restitution | $0.00 | | |
| | (FAIR) Reporting Expenses | $0.00 | | |
| | Total Plan Implementation Expenses | $0.00 | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | $0.00 | | |
| | | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| | Investment Expenses/Court Registry Investment System | | | |
| Line 12a | (CRIS) Fees | $0.00 | | |
| Line 12b | Federal Tax Payments | $0.00 | | |
| | Total Disbursements to Court/Other | $0.00 | | |
| | Total Funds Disbursed (Lines 9 - 12): | | $28,800.23 | |
| | | | | |
| Line 13 | Ending Balance (As of 03/31/2019): | | | $979,159.38 |
| | | | | |
| Line 14 | Ending Balance of Fund - Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | $979,159.38 | | |
| Line 14b | Investments | $0.00 | | |
| Line 14c | Other Assets or Uncleared Funds | $0.00 | | |
| | Total Ending Balance of Fund - Net Assets | | | $979,159.38 |
| | | | | |
| | | | | |
| | Other Supplemental Information: | | | |
| | | Detail | Subtotal | Grand Total |
| | Report of Items NOT To Be Paid by the Fund: | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | $0.00 | | |

| | | | | |
|---|---|---|---|---|
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Miscellaneous | $0.00 | | |
| | | | | |
| | Total Plan Development Expenses Not Paid by the Fund | $0.00 | | |
| | | | | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Investor Identification: | $0.00 | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | $0.00 | | |
| | 5. Miscellaneous | $0.00 | | |
| | 6. FAIR Reporting Expenses | $0.00 | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | $0.00 | | |
| | | | | |
| Line 15c | Tax Administrator Fees and Bonds Not Paid by the Fund | $0.00 | | |
| | Total Distributions for Plan Administration Expenses Not Paid by the Fund | $0.00 | | |
| | | | | |
| | | | | |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| | Investment Expenses/Court Registry Investment System | | | |
| Line 16a | (CRIS) Fees | $0.00 | | |
| Line 16b | Federal Tax Payments | $0.00 | | |
| | | | | |
| | Total Disbursements to Court/Other Paid by the Fund: | $0.00 | | |
| | | | | |
| Line 17 | DC & State Tax Payments | $0.00 | | |
| Line 18 | No. of Claims: | | | |
| Line 18a | # of Claims Received This Reporting Period | 0 | | |
| Line 18b | # of Claims Received Since Inception of Fund | 468 | | |
| Line 19 | No. of Claimants/Investors: | | | |

| Line 19a | # of Claimants/Investors Paid This Reporting Period | 1 | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 433 | |

Receiver:  National Note of Utah

By: *Wayne Klein*
(signature)

*Wayne Klein*
(printed name)

*Receiver*
(title)

Date: *April 12, 2019*

# REAL PROPERTIES--STATUS

*As of 3/31/19.  Investigation Ongoing.  All Information Subject to Change.*

*The numbers in the first column correspond with numbers of these properties as described in the Receiver's First Status Report.*

| Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
|---|---|---|---|---|---|
| **PROPERTIES CURRENTLY IN RECEIVERSHIP ESTATE** | | | | | |
| 3 Elkhorn Ridge Estates-37 Building Lots | Malad, ID | Various | | | |
| 20 Overland Trails | Eagle Mtn., UT | 340,000 | 690,000.00 | 625,681.94 | Sale approved via auction [Docket No. 1431] Sale closed 1/18/19 |
| **PROPERTIES SOLD OR RELEASED** | | | | | |
| Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
| 1 River Run/Riverbend Subdivision-Land | Middleton, ID | N.A. | N.A. | N.A. | No equity.  Court approved release of property to lender [Dkt. No. 590] |
| 2 Single family home: 1st Avenue | Middleton, ID | 115,000 | 105,000 | 102,461.72 | Sale approved [Docket No. 734].  Sale closed 10/15/14 |
| Single family home: Hawthorne Ave. | Middleton, ID | 80,000 | 76,000 | 69,569.48 | Sale approved [Docket No. 804].  Sale closed 11/17/14 |
| 3 Elkhorn Ridge Estates-47 Building Lots | Malad, ID | | | | Lots sold to date are: |
| Lot #1 | | 135,000 | 155,000 | 142,834.78 | Sale approved [Docket No. 419] Sale closed 8/29/13 |
| Lot #2 | | 35,000 | 31,500 | 27,725.00 | Sale approved [Docket No. 492] Sale closed 12/6/13 |
| Lot #3 | | 35,000 | 22,000 | 19,344.67 | Sale approved [Docket No. 1261]. Sale closed 1/31/17 |
| Lot #4 | | 35,000 | 35,000 | 30,893.21 | Sale approved [Docket No. 231] Sale closed 4/26/13 |
| Lot #5 | | 80,000 | 80,000 | 71,803.14 | Sale approved [Docket No. 231] Sale closed 4/8/13 |
| Lots #6 & 7 | | 70,000 | 44,000 | 39,483.79 | Sale approved [Docket No. 1295]. Sale closed 6/9/17 |
| Lot #22 | | | 22,000 | 19,322.15 | Sale approved [Docket No. 1364]. Sale closed 4/2/18 |
| Lot #25 | | | 25,200 | 22,178.62 | Sale approved [Docket No. 1341]. Sale closed 1/29/18 |
| Lot #48 | | 80,000 | 80,000 | 73,620.84 | Sale approved [Docket No. 231] Sale closed 4/9/13 |
| 4 Elkhorn Ridge-4 Undeveloped Parcels | Malad, ID | 250,000 | 240,000 | 226,369.05 | Sale approved [Docket No. 1173]. Sale closed 9/9/16 |
| 5 Manhattan Grille Condominium | Manhattan, MT | 49,000 | 51,000 | 45,933.32 | Sale approved [Docket No. 300] Sale closed 6/5/13 |
| 6 Twin Pines Apartments | Brigham City, UT | N.A. | | 172,020.02 | Sale approved [Docket No. 736].  Sale closed 9/14/14 |
| 7 Ogden Office Building (49% ownership) | Ogden, UT | 699,000 | 600,000 | 241,836.07 | Sale approved via auction [Docket No. 1042]. Sale closed 1/6/16 |
| 8 Summit Park Lot | Summit Park, UT | 40,000 | 37,500 | 32,477.61 | Sale approved [Docket No. 135] Sale closed 1/24/13 |
| 9 Bandanna Cabin | Fruitland, UT | 260,000 | 260,000 | 226,374.07 | Sale at auction approved [Docket No. 341]  Sale closed 10/24/13 |
| 10 Deer Meadows | Duchesne Co., UT | 54,000 | 41,000.00 | 34,506.47 | Sale approved [Docket No.  1369]. Sale closed 6/6/18 |
| 11 Outpost/Indian Canyon | Duchesne Co., UT | N.A. | 148,222.56 | 134,068.12 | Sale approved [Docket No. 269]  Sale closed 8/21/13 |
| 12 East Meadows Mobile Home Park | Vernal, UT | N.A. | 1,025,000 | 979,620.29 | Sale approved [Docket No. 292]  Sale closed 7/29/13 |
| 13 Quail Hollow Apartments | Vernal, UT | N.A. | N.A. | N.A. | Determined not owned by Receivership Estate |
| 14 Residential Building Lots at 900 West | Salt Lake City, UT | N.A. | 70,000 | 65,295.00 | Sale approved [Docket No. 263] Sale closed 5/8/13 |
| 15 Cottonwood Road Property-4 acres | Salt Lake City, UT | N.A. | N.A. | N.A. | No equity; court approved release of property to lender [Dkt. No. 179] |
| 15 Cottonwood Road Property-1 acre | Salt Lake City, UT | N.A. | 291,000 | 279,189.07 | Sale at auction approved [Docket No. 495]  Sale closed 11/8/13 |
| 16 National Note Office Building | West Jordan, UT | 285,000 | 285,000 | 55,903.09 | Sale approved [Docket No. 161] Sale closed 3/19/13 |
| 17 Palmer Residence | West Jordan, UT | N.A. | N.A. | N.A. | No equity. Court approved abandonment of property [Dkt. No. 869] |
| 18 Star Pointe Development | Salt Lake City, UT | N.A. | N.A. | 70,000.00 | Court approved settlement agreement with lender [Docket No. 608] |
| 19 Autumn Ridge Subdivision-Phase I | Eagle Mtn., UT | | | . | |
| Phase I-Lot #2 | | 37,000 | 39,900 | 35,635.21 | Sale approved [Docket No. 692].  Sale closed 7/8/14 |
| Phase I-Lot #3 | | 37,000 | 39,900 | 35,711.84 | Sale approved [Docket no. 644]  Sale closed 5/1/14 |
| Phase I-Lot #4 | | 37,000 | 37,000 | 30,821.91 | Sale approved to builders [Docket No. 293] Sale closed 6/3/13 |
| Phase I-Lot #6 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| Phase I-Lot #7 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| Phase I-Lot #8 | | 37,000 | 37,000 | 31,554.15 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |