Peggy Hunt (Utah State Bar No. 6060)
John J. Wiest (Utah State Bar No. 15767)
**DORSEY & WHITNEY LLP**
111 South Main Street, 21st Floor
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com
       wiest.john@dorsey.com

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                  Plaintiff,<br>v.<br><br>NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual,<br><br>                  Defendants. | **TWENTY-NINTH STATUS REPORT OF R. WAYNE KLEIN, RECEIVER**<br>*For the Quarter Ending September 30, 2019*<br><br>2:12-cv-00591 BSJ<br><br>The Honorable Bruce S. Jenkins |

R. Wayne Klein, the Court-Appointed Receiver (the "Receiver") of National Note of Utah, LC ("National Note"), as well as certain subsidiaries and entities affiliated with National Note and the assets of Wayne LaMar Palmer ("Palmer"), hereby submits this Twenty-Ninth Status Report for the period July 1, 2019 through September 30, 2019 (the "Reporting Period").

**I.**

**ABBREVIATED PROCEDURAL HISTORY**

This action was commenced by the United States Securities and Exchange Commission

on June 25, 2012.[1] After trial, the United States District Court for the District of Utah entered judgment against Palmer and National Note.[2]

A grand jury indicted Palmer and his cousin, Julieann Palmer Martin, in 2015. Both later pleaded guilty. On May 11, 2018, Ms. Martin was sentenced to 16 months in prison followed by three years of probation and ordered to pay approximately $2 million in restitution. She was released on August 9, 2019. On August 31, 2018, Palmer was sentenced to 60 months incarceration and three years of post-release supervised probation. The Court ordered Palmer to pay $52,944,855.41 in restitution to 564 investors, with at least $500 being required to be paid each month after his release from prison. Palmer reported to prison on August 14, 2019.

## II.

## REAL ESTATE TRANSACTIONS

Attached hereto as **Exhibit A** is a chart setting forth the status of all real properties in the Receivership Estate as of June 30, 2019. Only one group of properties remain in the Receivership Estate: 37 lots located in the "Elkhorn Ridge" subdivision in Malad, Idaho.

A. Elkhorn Appraisal. The Court entered an *Order* approving the appointment of an appraiser to provide an updated appraisal of Elkhorn Ridge.[3] The new appraisal valued the property as a bulk sale, with the 37 lots and the common areas being sold to a single buyer within a six-month time frame. The bulk sale appraisal was $398,000. The appraiser also provided separate values for each lot, with appraised values ranging from $14,000 to $16,000.

---

[1] Docket No. 1.

[2] Docket No. 1043.

[3] Docket No. 1449.

4819-4541-2717\1

B.      Potential Buyers. The listing agent worked diligently to find other buyers but has been unsuccessful. The listing agreement will expire on October 17, 2019, after the end of the Reporting Period.

C.      Motion to Authorize Public Sale. Now that the listing agent's agreement has expired, the Receiver has begun discussions with Statewide Auction Company, a standing auctioneer with the United States Bankruptcy Court for the District of Utah that engages in public sales of real property located in the Rocky Mountain region, to engage Statewide to conduct an auction of Elkhorn Ridge. The Receiver intends to file a motion seeking the Court's approval to conduct an auction using an approach that the Receiver believes will maximize the amount to be received at auction while minimizing the amount of fees and commissions to be paid.

### III.

### COLLECTION OF JUDGMENTS

All collection efforts on judgments and settlement agreements have been concluded.

### IV.

### DISTRIBUTIONS

A.      The Initial Distribution. On November 14, 2016, pursuant to the Initial Distribution Order, the Receiver distributed $4.49 million to the holders of "Allowed Claims." All distribution checks related to this initial distribution cleared. Subsequently, on May 14, 2018,

the Court entered an Order allowing payment of $20,960.85 to the holders of three Disputed Claims.[4] Those payments were made and those checks have cleared the bank.

B. Second Distribution. On June 21, 2018, the Court entered an *Order Granting Receiver's Amended Motion Seeking Authorization to Make Second Distribution*.[5] Pursuant to that Order, the Receiver distributed on June 29, 2018, a total of $2,005,394.41 to 228 holders of Allowed Claims entitled to a distribution under the rising tide methodology approved by the Court. All these distribution payments have cleared the bank.

V.

**FINANCIAL ANALYSIS**

A. Receivership Financial Information. The following financial information is provided for the Reporting Period:

1. Bank Accounts. The Receiver maintains two bank accounts for the operation of the Receivership Estate: a general operating account (the "Operating Account") and an account used to hold deposits for the sales of real estate (the "Real Estate Account").[6] The balances in these accounts as of the close of the Reporting Period are as follows:

| Account | Account Balance |
|---|---|
| Operating Account | $819,219.98 |

---

[4] Docket No. 1376.

[5] Docket No. 1400.

[6] Pursuant to the Court's *Order Approving the Receiver's Third Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from July 1, 2013 through December 31, 2013,* Docket No. 828, the Receiver has established a separate Savings Account tied to the Operating Account in which he is holding 20% of the professional fees incurred by him and his counsel related to that fee application. Money to open this Savings Account was transferred from the Operating Account. This Savings Account has a current balance of $123,079.38 and is in addition to the amounts reported below.

| | |
|---|---|
| Real Estate Account | $8,000.00 |
| TOTAL | $827,219.98 |

2. Operating Account Deposits. The sources of funds deposited into the Operating Account during the Reporting Period are shown in the following table:

| Source | Amount In |
|---|---|
| Bank interest | $282.68 |
| TOTAL | $282.68 |

3. Operating Account Expenditures. The following table shows the categories of operating expenses that have been paid from the Operating Account during the Reporting Period:

| Type of Expense | Amount Out |
|---|---|
| None | $0.00 |
| TOTAL | $0.00 |

4. Distributions. As described in Part IV.B, all distribution payments have cleared the bank.

5. Real Estate Account Deposits and Withdrawals. The Real Estate Account remains open for use to hold deposits relating to real estate transactions.

6. SFAR. Attached as **Exhibit B** is a copy of the *Standardized Fund Accounting Report* for the Reporting Period

7. Administrative Expenses. With the exception of the holdback discussed in n.6 above, the allowed fees and expenses of the Receiver and his counsel, Dorsey & Whitney LLP, have been paid through December 2018.[7] For the current Reporting Period, the Receiver

---

[7] See Docket No. 1453.

and his staff have spent a total of 8.9 hours on behalf of the Receivership Estate. Billable services provided by the Receiver during the Reporting Period total $1,827.50. For the current Reporting Period, Dorsey's total fees are in the total amount of $1,334.00. The Receiver intends to file a fee application for work performed by the Receiver and his counsel for the first nine months of 2019 after filing this Status Report.

## VI.

## NEXT STEPS

The Receiver anticipates addressing the following priorities in the coming months:

1. <u>Property Sale</u>. Because the Receiver has not received acceptable offers for the 37 remaining Elkhorn Ridge lots, the Receiver will seek Court approval to sell the property at public sale.

2. <u>Closing the Estate</u>. The Receiver is preparing to close the Receivership, including by making a third and final distribution and requesting appropriate relief from the Court.

## VII.

## CONCLUSION

The Receivership Estate is near the point at which it can be closed. As soon as the Elkhorn Ridge property is sold, the Receiver intends to file a motion requesting authority to make a final distribution and close the Receivership.

DATED this 29th day of October, 2019.

_/s/ Wayne Klein_
WAYNE KLEIN, Receiver

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the above **TWENTY-NINTH STATUS REPORT OF R. WAYNE KLEIN, RECEIVER** was filed with the Court on this 29 th day of October, 2019, and served via ECF on all parties who have requested notice in this case.

/s/ Candy Long

# EXHIBIT A

# REAL PROPERTIES--STATUS

As of 9/30/19. Investigation Ongoing. All Information Subject to Change.

The numbers in the first column correspond with numbers of these properties as described in the Receiver's First Status Report.

| # | Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
|---|---|---|---|---|---|---|
| | **PROPERTIES CURRENTLY IN RECEIVERSHIP ESTATE** | | | | | |
| 3 | Elkhorn Ridge Estates-37 Building Lots | Malad, ID | Various | | | |
| | **PROPERTIES SOLD OR RELEASED** | | | | | |
| | **Property Name** | **Location** | **Listing Price** | **Sales Price** | **Net Sale Proceeds** | **Status** |
| 1 | River Run/Riverbend Subdivision-Land | Middleton, ID | N.A. | N.A. | N.A. | No equity. Court approved release of property to lender [Dkt. No. 590] |
| 2 | Single family home: 1st Avenue | Middleton, ID | 115,000 | 105,000 | 102,461.72 | Sale approved [Docket No. 734]. Sale closed 10/15/14 |
| | Single family home: Hawthorne Ave. | Middleton, ID | 80,000 | 76,000 | 69,569.48 | Sale approved [Docket No. 804]. Sale closed 11/17/14 |
| 3 | Elkhorn Ridge Estates-47 Building Lots | Malad, ID | | | | Lots sold to date are: |
| | Lot #1 | | 135,000 | 155,000 | 142,834.78 | Sale approved [Docket No. 419] Sale closed 8/29/13 |
| | Lot #2 | | 35,000 | 31,500 | 27,725.00 | Sale approved [Docket No. 492] Sale closed 12/6/13 |
| | Lot #3 | | 35,000 | 22,000 | 19,344.67 | Sale approved [Docket No. 1261]. Sale closed 1/31/17 |
| | Lot #4 | | 35,000 | 35,000 | 30,893.21 | Sale approved [Docket No. 231] Sale closed 4/26/13 |
| | Lot #5 | | 80,000 | 80,000 | 71,803.14 | Sale approved [Docket No. 231] Sale closed 4/8/13 |
| | Lots #6 & 7 | | 70,000 | 44,000 | 39,483.79 | Sale approved [Docket No. 1295]. Sale closed 6/9/17 |
| | Lot #22 | | | 22,000 | 19,322.15 | Sale approved [Docket No. 1364]. Sale closed 4/2/18 |
| | Lot #25 | | | 25,200 | 22,178.62 | Sale approved [Docket No. 1341]. Sale closed 1/29/18 |
| | Lot #48 | | 80,000 | 80,000 | 73,620.84 | Sale approved [Docket No. 231] Sale closed 4/9/13 |
| 4 | Elkhorn Ridge-4 Undeveloped Parcels | Malad, ID | 250,000 | 240,000 | 226,369.05 | Sale approved [Docket No. 1173]. Sale closed 9/9/16 |
| 5 | Manhattan Grille Condominium | Manhattan, MT | 49,000 | 51,000 | 45,933.32 | Sale approved [Docket No. 300] Sale closed 6/5/13 |
| 6 | Twin Pines Apartments | Brigham City, UT | N.A. | | 172,020.02 | Sale approved [Docket No. 736]. Sale closed 9/14/14 |
| 7 | Ogden Office Building (49% ownership) | Ogden, UT | 699,000 | 600,000 | 241,836.07 | Sale approved via auction [Docket No. 1042]. Sale closed 1/6/16 |
| 8 | Summit Park Lot | Summit Park, UT | 40,000 | 37,500 | 32,477.61 | Sale approved [Docket No. 135] Sale closed 1/24/13 |
| 9 | Bandanna Cabin | Fruitland, UT | 260,000 | 260,000 | 226,374.07 | Sale at auction approved [Docket No. 341] Sale closed 10/24/13 |
| 10 | Deer Meadows | Duchesne Co., UT | 54,000 | 41,000.00 | 34,506.47 | Sale approved [Docket No. 1369]. Sale closed 6/6/18 |
| 11 | Outpost/Indian Canyon | Duchesne Co., UT | N.A. | 148,222.56 | 134,068.12 | Sale approved [Docket No. 269] Sale closed 8/21/13 |
| 12 | East Meadows Mobile Home Park | Vernal, UT | N.A. | 1,025,000 | 979,620.29 | Sale approved [Docket No. 292] Sale closed 7/29/13 |
| 13 | Quail Hollow Apartments | Vernal, UT | N.A. | N.A. | N.A. | Determined not owned by Receivership Estate |
| 14 | Residential Building Lots at 900 West | Salt Lake City, UT | N.A. | 70,000 | 65,295.00 | Sale approved [Docket No. 263] Sale closed 5/8/13 |
| 15 | Cottonwood Road Property-4 acres | Salt Lake City, UT | N.A. | N.A. | N.A. | No equity; court approved release of property to lender [Dkt. No. 179] |
| 15 | Cottonwood Road Property-1 acre | Salt Lake City, UT | N.A. | 291,000 | 279,189.07 | Sale at auction approved [Docket No. 495] Sale closed 11/8/13 |
| 16 | National Note Office Building | West Jordan, UT | 285,000 | 285,000 | 55,903.09 | Sale approved [Docket No. 161] Sale closed 3/19/13 |
| 17 | Palmer Residence | West Jordan, UT | N.A. | N.A. | N.A. | No equity. Court approved abandonment of property [Dkt. No. 869] |
| 18 | Star Pointe Development | Salt Lake City, UT | N.A. | N.A. | 70,000.00 | Court approved settlement agreement with lender [Docket No. 608] |
| 19 | Autumn Ridge Subdivision-Phase I | Eagle Mtn., UT | | | | |
| | Phase I-Lot #2 | | 37,000 | 39,900 | 35,635.21 | Sale approved [Docket No. 692]. Sale closed 7/8/14 |
| | Phase I-Lot #3 | | 37,000 | 39,900 | 35,711.84 | Sale approved [Docket no. 644] Sale closed 5/1/14 |
| | Phase I-Lot #4 | | 37,000 | 37,000 | 30,821.91 | Sale approved to builders [Docket No. 293] Sale closed 6/3/13 |
| | Phase I-Lot #6 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #7 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| | Phase I-Lot #8 | | 37,000 | 37,000 | 31,554.15 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| | Phase I-Lot #11 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 46 | | Phase I-Lot #16 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696]. Sale closed 7/18/14 |
| 47 | | Phase I-Lot #21 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 48 | | Phase I-Lot #30 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 49 | | Phase I-Lot #33 | | 37,000 | 37,000 | 30,775.92 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 50 | | Phase I-Lot #39 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696]. Sale closed 7/18/14 |
| 51 | | Phase I-Lot #40 | | 37,000 | 37,000 | 30,911.96 | Sale approved to builders [Docket No. 293] Sale closed 9/25/13 |
| 52 | | Phase I-Lot #41 | | 37,000 | 37,000 | 30,857.73 | Sale approved to builders [Docket No. 293] Sale closed 8/14/13 |
| 53 | | Phase I-Lot #51 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 54 | | Phase I-Lot #52 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 55 | | Phase I-Lot #54 | | 37,000 | 37,000 | 31,554.16 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| 56 | | Phase I-Lot #55 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 57 | | Phase I-Lot #60 | | 37,000 | 37,000 | 31,355.89 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 58 | | Phase II-62 Building Lots | | N.A. | 538,000 | 446,610.24 | Sale approved [Docket No. 460]  Sale closed 10/1/13 |
| 59 | 20 | Overland Trails | Eagle Mtn., UT | 340,000 | 690,000.00 | 625,681.94 | Sale approved via auction [Docket No. 1431] Sale closed 1/18/19 |
| 60 | 21 | Cedar Fort Land (Fairfield)-8 acres | Fairfield, UT | 24,000 | 25,000 | 22,274.21 | Sale at auction approved [Docket No. 458] Sale closed 11/14/13 |
| 61 | 21 | Cedar Fort Land (Fairfield)-85 Acres | Fairfield, UT | 255,000 | 213,925 | 242,656.49 | Sale approved [Docket No. 1186]. Sale closed 8/12/16 |
| 62 | 22 | Expressway Business Park | Spanish Fork, UT | | | | |
| 63 | | Unit #109 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 241] |
| 64 | | Unit #305 | | 65,000 | 69,000 | 55,840.79 | Court approved sale at auction [Docket No. 270] Sale closed 6/27/13 |
| 65 | | Unit #204 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 364] |
| 66 | | Unit #215 | | N.A. | 127,500 | 112,965.27 | Sale approved at auction [Docket No. 393] Sale closed 10/30/13 |
| 67 | 23 | Expressway Business Park-Land | Spanish Fork, UT | 1,250,000 | 775,000 | 357,412.55 | Sale at auction approved [Docket No. 1320]. Sale closed 12/22/17 |
| 68 | 24 | Gooseberry Cabin | Fairview, UT | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 125] |
| 69 | 25 | Almond Heights-21 Building Lots | Toquerville, UT | 842,000 | | | |
| 70 | | Lot #A-2 | | 159,750 | 148,200 | 118,730.60 | Sale Approved [Docket No. 1099] Sale closed 3/22/16 |
| 71 | | Lot #C-2 | | 34,200 | 30,780 | 24,136.91 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 72 | | Lot #F | | 32,300 | 31,000 | 24,733.41 | Sale approved [Docket No. 988] Sale closed 8/24/15 |
| 73 | | Lot #F-3 | | 35,150 | 31,635 | 24,887.93 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 74 | | Lot #7 | | 38,000 | 32,000 | 29,388.95 | Sale approved [Docket No. 829]. Sale closed 12/18/14 |
| 75 | | Lot #10 | | 38,950 | 36,000 | 30,552.54 | Sale approved [Docket No. 906]. Sale closed 3/31/15 |
| 76 | | Lot #11 | | 37,050 | 32,000 | 6,788.12 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| 77 | | Lot #12 | | 38,000 | 32,000 | 6,787.90 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| 78 | | Lot #13 | | 37,050 | 32,000 | 6,787.75 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| 79 | | Lot #14 | | 35,150 | 31,635 | 6,525.25 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 80 | | Lot #15 | | 33,250 | 29,925 | 6,254.50 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 81 | | Lot #17 | | 30,400 | 24,000 | 21,752.44 | Sale approved [Docket No. 829]. Sale closed 12/11/14 |
| 82 | | Lot #18 | | 30,400 | 27,360 | 23,562.06 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 83 | | Lot #19 | | 22,800 | 18,600 | -1,200.46 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| 84 | | Lot #20 | | 22,800 | 18,600 | -1,526.81 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| 85 | | Lot #21 | | 11,500 | 7,700 | 4,198.82 | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| 86 | | Lot #22 | | | | | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| 87 | | Lot #23 | | 31,350 | 24,000 | 20,346.06 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| 88 | | Lot #24 | | 33,250 | 31,000 | 26,672.24 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| 89 | | Lot #25 | | 35,150 | 34,000 | 29,216.54 | Sale approved [Docket No. 951]. Sale closed 5/21/15 |
| 90 | | Lot #26 | | 34,200 | 32,000 | 27,151.02 | Sale approved [Docket No. 829]. Sale closed 12/17/14 |
| 91 | 26 | Kanab Home | Kanab, UT | 199,000 | 197,000 | 18,162.90 | Sale approved [Docket No. 746].  Sale closed 9/4/14 |
| 92 | 27 | Farrell Business Park-12 Units | Gilbert, AZ | | | | |
| 93 | | Unit 103 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| 94 | | Unit 104 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 95 | | Unit 105 | | 80,000 | 92,000 | 70,392.98 | Court approved sale at auction [Docket No. 203] Sale closed 5/21/13 |
| 96 | | Unit 106 | | 80,000 | 97,000 | 74,832.11 | Court approved sale at auction [Docket No. 204] Sale closed 6/7/13 |
| 97 | | Unit 107 | | 80,000 | 90,000 | 67,699.81 | Court approved sale at auction [Docket No. 205] Sale closed 6/7/13 |
| 98 | | Unit 109 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 99 | | Unit 110 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 100 | | Unit 111 | | 80,000 | 80,000 | 59,194.92 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 101 | | Unit 113 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| 102 | | Unit 114 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| 103 | | Unit 115 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 104 | | Unit 116 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 105 | 28 | Clearview Business Park-8 Units | Mesa, AZ | 415,954 | 737,000 | 591,295.43 | Court approved sale at auction [Docket No. 177] Sale closed 5/10/13 |
| 106 | 29 | Bear Grove Industrial Park-8 Lots | Byron, MN | 1,675,200 | | | |
| 107 | | Parcel #8516 | | 281,500 | 210,000 | 10,000.00 | Sale approved [Docket No. 853]. Sale closed 3/27/15 |
| 108 | | Parcel #8509 | | 156,700 | 149,000 | 98,795.03 | Sale approved [Docket No. 849]. Sale closed 3/16/15 |
| 109 | | Parcel #8512 | | 305,000 | 235,000 | 6,500.00 | Sale approved [Docket No. 854]. Sale closed 3/6/15 |
| 110 | | Parcel #6060 | | 340,000 | 235,000 | 10,000.00 | Sale approved [Docket No. 875]. Sale closed 3/24/15 |
| 111 | | Lot 3, Block 1 (Parcel #8510) | | 149,500 | 149,500 | 95,340.47 | Sale approved [Docket No. 989] Sale closed 9/30/15 |
| 112 | | Block 2, Lots 4-5 | | 448,300 | 448,300 | 279,963.57 | Sale at auction approved [Docket No. 1084] Sale closed 3/31/16 |
| 113 | | Block 2, Lot 1 | | 285,000 | 280,000 | 34,019.74 | Sale approved [Docket No. 1118]. Sale closed June 15, 2016 |
| 114 | | Block 1, Lot 4 | | 285,000 | 288,520 | 10,000.00 | Sale approved [Docket No. 1361]. Sale closed 4/16/18. |
| 115 | 30 | Georgia Single Family Residence | Temple, GA | 135,000 | 125,000 | 106,843.83 | Sale approved [Docket No. 553] Sale closed 1/10/14 |
| 116 | 31 | Chicago Single Family Residence | Chicago, IL | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 117 | 32 | Cleveland Single Family Residence | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 118 | 33 | Cleveland Building Lot | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 119 | 34 | Toledo Single Family Residence | Toledo, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 120 | | | | | | | |
| 121 | | Total | | 12,181,116.00 | 11,712,463.92 | 8,202,038.80 | |

# EXHIBIT B

Wayne Klein, Receiver for National Note of Utah
PO Box 1836
Salt Lake City, UT 84110
801-824-9616

# STANDARDIZED FUND ACCOUNTING REPORT

Civil – Receivership Fund

Fund Name: SEC v. National Note of Utah
Civil Court Docket No. 2:12-CV-00591 BSJ

Reporting Period 07/01/2019 to 09/30/2019

## Standardized Fund Accounting Report for National Note of Utah - Cash Basis
### Receivership; Civil Court Docket No. 2:12-CV-00591 BSJ
### Reporting Period 07/01/2019 to 09/30/2019

**Fund Accounting (See Instructions):**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 07/01/2019): | $949,893.17 | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $0.00 | | |
| Line 3 | Cash and Securities | $0.00 | | |
| Line 4 | Interest/Dividend Income | $406.19 | | |
| Line 5 | Business Asset Liquidation | $0.00 | | |
| Line 6 | Personal Asset Liquidation | $0.00 | | |
| Line 7 | Third-Party Litigation Income | $0.00 | | |
| Line 8 | Miscellaneous - Other | $0.00 | | |
| | Total Funds Available (Lines 1 - 8) | | $950,299.36 | |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $0.00 | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $0.00 | | |
| Line 10b | Business Asset Expenses | $0.00 | | |
| Line 10c | Personal Asset Expenses | $0.00 | | |
| Line 10d | Investment Expenses | $0.00 | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | $0.00 | | |
| | 2. Litigation Expenses | $0.00 | | |
| | Total Third-Party Litigation Expenses | $0.00 | | |
| Line 10f | Tax Administrator Fees and Bonds | $0.00 | | |
| Line 10g | Federal and State Tax Payments | $0.00 | | |
| | Total Disbursements for Receivership Operations | $0.00 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Miscellaneous | $0.00 | | |

| | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| | Total Plan Development Expenses | $0.00 | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Investor Identification: | $0.00 | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | $0.00 | | |
| | 5. Miscellaneous | $0.00 | | |
| | 6. Federal Account for Investor Restitution | $0.00 | | |
| | (FAIR) Reporting Expenses | $0.00 | | |
| | Total Plan Implementation Expenses | $0.00 | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | $0.00 | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $0.00 | | |
| Line 12b | Federal Tax Payments | $0.00 | | |
| | Total Disbursements to Court/Other | $0.00 | | |
| | Total Funds Disbursed (Lines 9 - 12): | | $0.00 | |
| Line 13 | Ending Balance (As of 09/30/2019): | | | $950,299.36 |
| Line 14 | Ending Balance of Fund - Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | $950,299.36 | | |
| Line 14b | Investments | $0.00 | | |
| Line 14c | Other Assets or Uncleared Funds | $0.00 | | |
| | Total Ending Balance of Fund - Net Assets | | | $950,299.36 |

Other Supplemental Information:

| | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| | Report of Items NOT To Be Paid by the Fund: | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | $0.00 | | |

|  |  |  |
|---|---|---:|
|  | Fund Administrator |  |
|  | IDC |  |
|  | Distribution Agent |  |
|  | Consultants |  |
|  | Legal Advisers |  |
|  | Tax Advisers |  |
|  | 2. Administrative Expenses | $0.00 |
|  | 3. Miscellaneous | $0.00 |
|  | Total Plan Development Expenses Not Paid by the Fund | $0.00 |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: |  |
|  | 1. Fees: | $0.00 |
|  | Fund Administrator |  |
|  | IDC |  |
|  | Distribution Agent |  |
|  | Consultants |  |
|  | Legal Advisers |  |
|  | Tax Advisers |  |
|  | 2. Administrative Expenses | $0.00 |
|  | 3. Investor Identification: | $0.00 |
|  | Notice/Publishing Approved Plan |  |
|  | Claimant Identification |  |
|  | Claims Processing |  |
|  | Web Site Maintenance/Call Center |  |
|  | 4. Fund Administrator Bond | $0.00 |
|  | 5. Miscellaneous | $0.00 |
|  | 6. FAIR Reporting Expenses | $0.00 |
|  | Total Plan Implementation Expenses Not Paid by the Fund | $0.00 |
| Line 15c | Tax Administrator Fees and Bonds Not Paid by the Fund | $0.00 |
|  | Total Distributions for Plan Administration Expenses Not Paid by the Fund | $0.00 |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: |  |
| Line 16a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $0.00 |
| Line 16b | Federal Tax Payments | $0.00 |
|  | Total Disbursements to Court/Other Paid by the Fund: | $0.00 |
| Line 17 | DC & State Tax Payments | $0.00 |
| Line 18 | No. of Claims: |  |
| Line 18a | # of Claims Received This Reporting Period | 0 |
| Line 18b | # of Claims Received Since Inception of Fund | 468 |
| Line 19 | No. of Claimants/Investors: |  |

| Line 19a | # of Claimants/Investors Paid This Reporting Period | 0 |
|---|---|---|
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 433 |

Receiver: National Note of Utah

By: *Wayne Klein*
(signature)

Wayne Klein
(printed name)

Receiver
(title)

Date: October 29, 2019

## NNU SFAR - 3rd Quarter 2019
### Line Breakdown

| | Line 2 | Line 4 | Line 5 | Line 6 | Line 7 | Line 8 | Total |
|---|---|---|---|---|---|---|---|
| Rent Received | $0.00 | | | | | | |
| Overpaid Investors | | | | | $0.00 | | |
| National Note | | | $0.00 | $0.00 | $0.00 | | |
| Real Estate Holding | | | $0.00 | | | | |
| Royalties Received | | | | | | $0.00 | |
| Interest | | $406.19 | | | | | |
| Refunds | | | | | | $0.00 | |
| Witness Fees | | | | | | $0.00 | |
| Advances by Receiver | | | | | | | |
| | $0.00 | $406.19 | $0.00 | $0.00 | $0.00 | $0.00 | $406.19 |

| | Line 9 | Line 10a | Line 10b | Line 10f | Line 10e-1 | Line 10e-2 | Total |
|---|---|---|---|---|---|---|---|
| Receivership Expenses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Refund Deposit from Prior Period | | | $0.00 | | | | |
| Adjustment - NNU Account | | | $0.00 | | | | |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | Line 14a |
|---|---|
| National Note | $71,418.98 |
| Savings | $123,079.38 |
| High-Yield Operating | $747,801.00 |
| Real Estate Holding | $8,000.00 |
| High-Yield Real Estate | $0.00 |
| | $950,299.36 |

Created by James Shupe on 10/28/2019