Peggy Hunt (Utah State Bar No. 6060)
John J. Wiest (Utah State Bar No. 15767)
**DORSEY & WHITNEY LLP**
111 South Main Street, 21st Floor
Salt Lake City, UT 84111-2176
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com
         wiest.john@dorsey.com

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br>v.<br><br>NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual,<br><br>             Defendants. | **THIRTIETH STATUS REPORT OF R. WAYNE KLEIN, RECEIVER**<br>*For the Quarter Ending December 31, 2019*<br><br>2:12-cv-00591 BSJ<br><br>The Honorable Bruce S. Jenkins |

      R. Wayne Klein, the Court-Appointed Receiver (the "Receiver") of National Note of Utah, LC ("National Note"), as well as certain subsidiaries and entities affiliated with National Note and the assets of Wayne LaMar Palmer ("Palmer"), hereby submits this Thirtieth Status Report for the period October 1, 2019 through December 31, 2019 (the "Reporting Period").

## I.

## ABBREVIATED PROCEDURAL HISTORY

      This action (the "Civil Case") was commenced by the United States Securities and

4819-4541-2717\1

Exchange Commission (the "SEC") on June 25, 2012.[1] After trial, the United States District Court for the District of Utah (the "Court") entered judgment against Palmer and National Note.[2]

A grand jury indicted Palmer and his cousin, Julieann Palmer Martin, in 2015. Both later pleaded guilty. On May 11, 2018, Ms. Martin was sentenced to 16 months in prison followed by three years of probation and ordered to pay approximately $2 million in restitution. She was released on August 9, 2019. On August 31, 2018, Palmer was sentenced to 60 months incarceration and three years of post-release supervised probation. The Court ordered Palmer to pay $52,944,855.41 in restitution to 564 investors, with at least $500 being required to be paid each month after his release from prison. Palmer reported to prison on August 14, 2019.

## II.

## REAL ESTATE TRANSACTIONS

Attached hereto as **Exhibit A** is a chart setting forth the status of all real properties in the Receivership Estate as of December 31, 2019. At the beginning of the Reporting Period, only one group of properties remained in the Receivership Estate: 37 lots located in the "Elkhorn Ridge" subdivision in Malad, Idaho. With approval of the Court, these lots were all sold at auction on December 17, 2019.

    A.    <u>Motion to Sell Elkhorn Property at Auction</u>. On August 4, 2019, the Receiver signed an agreement with Statewide Auction Company of Salt Lake to sell the Elkhorn lots at auction. The Receiver filed a motion seeking Court approval of the proposal to sell the lots at

---

[1] Docket No. 1.

[2] Docket No. 1043.

auction,[3] which was granted by the Court on November 7, 2019.[4] The Receiver identified a minimum reserve price for the auction, which was known only to the Receiver, his counsel, and the Court; the auctioneer and the bidders did not know the reserve bid amount.

   B. <u>Marketing of the Elkhorn Lots</u>. The Receiver set an auction date of December 17, 2019. The Receiver published legal notices of the auction in newspapers in Salt Lake City and Malad, Idaho and posted information about the sale on the Receivership website. Statewide Auction aggressively marketed the property, including posting signs at the property, sending information about the property to its customers, and creating a special website listing that contained pictures of each lot and information about the sale. Statewide also sent information about the properties to persons who had previously indicated interest in the Elkhorn lots to the Receiver. As a result of this marketing, 92 persons submitted the required bid deposit and registered to bid at the auction.

   C. <u>Results of Elkhorn Auction</u>. The auction first determined the high bid for a bulk sale of all 37 lots. The high bid was $210,000. Statewide then conducted an auction of each individual lot, to determine if the aggregate bids for the individual lots would be higher than the bulk sale auction amount and higher than the reserve amount. All 37 lots sold at auction. High bids ranged from $9,500 to $23,500 for the lots. The total for all 37 bids was $532,500, which was more than twice the reserve amount. All bidders have paid additional deposits required as

---

[3] Docket No. 1458, filed November 5, 2019.

[4] Docket No. 1461, filed November 7, 2019.

part of the auction procedures. The bid deposits and sales documents have been sent to the title company to set up closings on the sales. The sales are expected to close in January 2020.

  D. <u>Turnover of Owners' Association</u>. When the sales of the 37 lots close, the Receiver will set up a meeting with all the lot owners to turn over control of the owners' association and elect a board of directors for the association.

## III.

## COLLECTION OF JUDGMENTS

The Receiver received notice that one of the judgment debtors—whose judgment the Receiver had already determined was uncollectible—filed for bankruptcy. A final payment of $3,467.94 was paid to the Receiver on November 4, 2019 on a different judgment being collected by a collection agency. With receipt of this payment, all collection efforts on judgments and settlement agreements have been concluded.

## IV.

## DISTRIBUTIONS

  A. <u>The Initial Distribution</u>. On November 14, 2016, pursuant to the Initial Distribution Order, the Receiver distributed $4.49 million to the holders of "Allowed Claims." All distribution checks related to this initial distribution cleared. Subsequently, on May 14, 2018, the Court entered an Order allowing payment of $20,960.85 to the holders of three Disputed Claims.[5] Those payments were made and those checks have cleared the bank.

---

[5] Docket No. 1376.

B.  <u>Second Distribution</u>. On June 21, 2018, the Court entered an *Order Granting Receiver's Amended Motion Seeking Authorization to Make Second Distribution*.[6] Pursuant to that Order, the Receiver distributed on June 29, 2018, a total of $2,005,394.41 to 228 holders of Allowed Claims entitled to a distribution under the rising tide methodology approved by the Court. All these distribution payments have cleared the bank.

V.

**FINANCIAL ANALYSIS**

A.  <u>Receivership Financial Information</u>. The following financial information is provided for the Reporting Period:

1.  <u>Bank Accounts</u>. The Receiver maintains two bank accounts for the operation of the Receivership Estate: a general operating account (the "<u>Operating Account</u>") and an account used to hold deposits for the sales of real estate (the "<u>Real Estate Account</u>").[7] The balances in these accounts as of the close of the Reporting Period are as follows:

| Account | Account Balance |
|---|---|
| Operating Account | $815,805.11 |
| Real Estate Account | $8,000.00 |
| TOTAL | $823,805.11 |

2.  <u>Operating Account Deposits</u>. The sources of funds deposited into the

---

[6] Docket No. 1400.

[7] Pursuant to the Court's *Order Approving the Receiver's Third Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from July 1, 2013 through December 31, 2013,* Docket No. 828, the Receiver has established a separate Savings Account tied to the Operating Account in which he is holding 20% of the professional fees incurred by him and his counsel related to that fee application. Money to open this Savings Account was transferred from the Operating Account. This Savings Account has a current balance of $123,091.52 and is in addition to the amounts reported below.

Operating Account during the Reporting Period are shown in the following table:

| Source | Amount In |
|---|---|
| Bank interest | $240.61 |
| Judgment collection | $3,467.94 |
| TOTAL | $3,708.55 |

3. <u>Operating Account Expenditures.</u> The following table shows the categories of operating expenses that have been paid from the Operating Account during the Reporting Period:

| Type of Expense | Amount Out |
|---|---|
| Property taxes (Elkhorn) | $426.78 |
| Title reports (38) (partial payment) | $5,700.00 |
| Storage unit (six months) | $762.00 |
| Legal notice: Elkhorn sale | $222.50 |
| TOTAL | $7,111.28 |

4. <u>Distributions</u>. As described in Part IV.B, all distribution payments have cleared the bank.

5. <u>Real Estate Account Deposits and Withdrawals</u>. The Real Estate Account remains open for use to hold deposits relating to real estate transactions, but will be closed when the last Elkhorn lot sale has closed.

6. <u>SFAR</u>. Attached as **Exhibit B** is a copy of the *Standardized Fund Accounting Report* for the Reporting Period

7. <u>Administrative Expenses</u>. The fees and expenses of the Receiver and his counsel, Dorsey & Whitney, have been paid through December 2018, other than the holdback discussed in n.7 above.[8] For the current Reporting Period, the Receiver and his staff have spent a

---

[8] See Docket No. 1453.

6

4819-4541-2717\1

total of 25.1 hours on behalf of the Receivership Estate. Billable services provided by the Receiver during the Reporting Period total $5,435.00. For the current Reporting Period, Dorsey's total fees, less voluntary reductions, are in the total amount of $14,814.00. The Receiver intends to submit a fee application early in 2020 for work performed by the Receiver and his counsel during 2019.

## VI.

## NEXT STEPS

The Receiver anticipates addressing the two remaining tasks in the coming months:

1. <u>Property Sale Closings</u>. The Receiver will close on the sales of the 37 Elkhorn lots and turn over control of the owners' association to the lot owners.

2. <u>Closing the Estate</u>. When the Elkhorn lot sales close, the Receiver will propose a third and final distribution of available funds in the Estate. When that distribution is approved and sent, the Receiver will seek approval to close the Receivership, including appropriate ancillary relief from the Court.

## VII.

## CONCLUSION

Now that the Elkhorn Ridge lots have been sold, the Receiver intends to move forward with making a final distribution and closing the Receivership.

DATED this 22nd day of January, 2020.

_____
WAYNE KLEIN, Receiver

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the above **THIRTIETH STATUS REPORT OF R. WAYNE KLEIN, RECEIVER** was filed with the Court on this 22nd day of January, 2020, and served via ECF on all parties who have requested notice in this case.

/s/ Candy Long

4819-4541-2717\1

# EXHIBIT A

# REAL PROPERTIES--STATUS

As of 12/31/19. Investigation Ongoing. All Information Subject to Change.

The numbers in the first column correspond with numbers of these properties as described in the Receiver's First Status Report.

| | Property Name | Location | Appraised Value | Sales Price | Net Sale Proceeds | Status |
|---|---|---|---|---|---|---|
| | **PROPERTIES CURRENTLY IN RECEIVERSHIP ESTATE** | | | | | |
| 3 | Elkhorn Ridge Estates-37 Building Lots | Malad, ID | | | | |
| | Lot #9 (2.5 acres) | | 14,000 | 11,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #10 (2.5 acres) | | 14,000 | 9,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #11 (2.5 acres) | | 14,000 | 12,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #12 (2.5 acres) | | 14,000 | 11,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #13 (5.0 acres) | | 14,000 | 20,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #14 (5.0 acres) | | 14,000 | 23,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #15 (2.5 acres) | | 14,000 | 11,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #16 (2.5 acres) | | 14,000 | 11,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #17 (2.5 acres) | | 14,000 | 11,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #18 (2.5 acres) | | 14,000 | 12,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #19 (2.5 acres) | | 14,000 | 14,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #20 (2.5 acres) | | 14,000 | 15,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #21 (2.5 acres) | | 14,000 | 15,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #23 (2.7 acres) | | 15,000 | 12,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #24 (2.5 acres) | | 15,000 | 14,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #26 (2.8 acres) | | 16,000 | 16,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #27 (2.5 acres) | | 14,000 | 11,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #28 (2.5 acres) | | 14,000 | 13,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #29 (2.8 acres) | | 16,000 | 14,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #30 (2.6 acres) | | 15,000 | 13,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #31 (2.8 acres) | | 16,000 | 14,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #32 (2.5 acres) | | 14,000 | 15,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #33 (2.5 acres) | | 14,000 | 13,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #34 (2.5 acres) | | 14,000 | 13,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #35 (2.5 acres) | | 14,000 | 15,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #36 (2.5 acres) | | 14,000 | 15,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #37 (2.5 acres) | | 14,000 | 12,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #38 (3.8 acres) | | 16,000 | 16,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #39 (3.8 acres) | | 16,000 | 17,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #40 (2.5 acres) | | 14,000 | 13,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #41 (2.5 acres) | | 14,000 | 15,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #42 (2.5 acres) | | 14,000 | 13,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #43 (2.5 acres) | | 14,000 | 17,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #44 (2.4 acres) | | 14,000 | 17,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #45 (2.5 acres) | | 14,000 | 17,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #46 (2.5 acres) | | 14,000 | 17,000 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |
| | Lot #47 (2.5 acres) | | 14,000 | 15,500 | | Auction approved (Dkt. #1461). Auction sale 12/17/19. Sale closed |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 45 | | | | **PROPERTIES SOLD OR RELEASED** | | | |
| 46 | | Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
| 47 | | 1 River Run/Riverbend Subdivision-Land | Middleton, ID | N.A. | N.A. | N.A. | No equity. Court approved release of property to lender [Dkt. No. 590] |
| 48 | | 2 Single family home: 1st Avenue | Middleton, ID | 115,000 | 105,000 | 102,461.72 | Sale approved [Docket No. 734]. Sale closed 10/15/14 |
| 49 | | Single family home: Hawthorne Ave. | Middleton, ID | 80,000 | 76,000 | 69,569.48 | Sale approved [Docket No. 804]. Sale closed 11/17/14 |
| 50 | | 3 Elkhorn Ridge Estates-47 Building Lots | Malad, ID | | | | Lots sold to date are: |
| 51 | | Lot #1 | | 135,000 | 155,000 | 142,834.78 | Sale approved [Docket No. 419] Sale closed 8/29/13 |
| 52 | | Lot #2 | | 35,000 | 31,500 | 27,725.00 | Sale approved [Docket No. 492] Sale closed 12/6/13 |
| 53 | | Lot #3 | | 35,000 | 22,000 | 19,344.67 | Sale approved [Docket No. 1261]. Sale closed 1/31/17 |
| 54 | | Lot #4 | | 35,000 | 35,000 | 30,893.21 | Sale approved [Docket No. 231] Sale closed 4/26/13 |
| 55 | | Lot #5 | | 80,000 | 80,000 | 71,803.14 | Sale approved [Docket No. 231] Sale closed 4/8/13 |
| 56 | | Lots #6 & 7 | | 70,000 | 44,000 | 39,483.79 | Sale approved [Docket No. 1295]. Sale closed 6/9/17 |
| 57 | | Lot #22 | | | 22,000 | 19,322.15 | Sale approved [Docket No. 1364]. Sale closed 4/2/18 |
| 58 | | Lot #25 | | | 25,200 | 22,178.62 | Sale approved [Docket No. 1341]. Sale closed 1/29/18 |
| 59 | | Lot #48 | | 80,000 | 80,000 | 73,620.84 | Sale approved [Docket No. 231] Sale closed 4/9/13 |
| 60 | | 4 Elkhorn Ridge-4 Undeveloped Parcels | Malad, ID | 250,000 | 240,000 | 226,369.05 | Sale approved [Docket No. 1173]. Sale closed 9/9/16 |
| 61 | | 5 Manhattan Grille Condominium | Manhattan, MT | 49,000 | 51,000 | 45,933.32 | Sale approved [Docket No. 300] Sale closed 6/5/13 |
| 62 | | 6 Twin Pines Apartments | Brigham City, UT | N.A. | | 172,020.02 | Sale approved [Docket No. 736]. Sale closed 9/14/14 |
| 63 | | 7 Ogden Office Building (49% ownership) | Ogden, UT | 699,000 | 600,000 | 241,836.07 | Sale approved via auction [Docket No. 1042]. Sale closed 1/6/16 |
| 64 | | 8 Summit Park Lot | Summit Park, UT | 40,000 | 37,500 | 32,477.61 | Sale approved [Docket No. 135] Sale closed 1/24/13 |
| 65 | | 9 Bandanna Cabin | Fruitland, UT | 260,000 | 260,000 | 226,374.07 | Sale at auction approved [Docket No. 341] Sale closed 10/24/13 |
| 66 | | 10 Deer Meadows | Duchesne Co., UT | 54,000 | 41,000.00 | 34,506.47 | Sale approved [Docket No. 1369]. Sale closed 6/6/18 |
| 67 | | 11 Outpost/Indian Canyon | Duchesne Co., UT | N.A. | 148,222.56 | 134,068.12 | Sale approved [Docket No. 269] Sale closed 8/21/13 |
| 68 | | 12 East Meadows Mobile Home Park | Vernal, UT | N.A. | 1,025,000 | 979,620.29 | Sale approved [Docket No. 292] Sale closed 7/29/13 |
| 69 | | 13 Quail Hollow Apartments | Vernal, UT | N.A. | N.A. | N.A. | Determined not owned by Receivership Estate |
| 70 | | 14 Residential Building Lots at 900 West | Salt Lake City, UT | N.A. | 70,000 | 65,295.00 | Sale approved [Docket No. 263] Sale closed 5/8/13 |
| 71 | | 15 Cottonwood Road Property-4 acres | Salt Lake City, UT | N.A. | N.A. | N.A. | No equity; court approved release of property to lender (Dkt. No. 179) |
| 72 | | 15 Cottonwood Road Property-1 acre | Salt Lake City, UT | N.A. | 291,000 | 279,189.07 | Sale at auction approved [Docket No. 495] Sale closed 11/8/13 |
| 73 | | 16 National Note Office Building | West Jordan, UT | 285,000 | 285,000 | 55,903.09 | Sale approved [Docket No. 161] Sale closed 3/19/13 |
| 74 | | 17 Palmer Residence | West Jordan, UT | N.A. | N.A. | N.A. | No equity. Court approved abandonment of property (Dkt. No. 869) |
| 75 | | 18 Star Pointe Development | Salt Lake City, UT | N.A. | N.A. | 70,000.00 | Court approved settlement agreement with lender [Docket No. 608] |
| 76 | | 19 Autumn Ridge Subdivision-Phase I | Eagle Mtn., UT | | | | |
| 77 | | Phase I-Lot #2 | | 37,000 | 39,900 | 35,635.21 | Sale approved [Docket No. 692]. Sale closed 7/8/14 |
| 78 | | Phase I-Lot #3 | | 37,000 | 39,900 | 35,711.84 | Sale approved [Docket no. 644] Sale closed 5/1/14 |
| 79 | | Phase I-Lot #4 | | 37,000 | 37,000 | 30,821.91 | Sale approved to builders [Docket No. 293] Sale closed 6/3/13 |
| 80 | | Phase I-Lot #6 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 81 | | Phase I-Lot #7 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 82 | | Phase I-Lot #8 | | 37,000 | 37,000 | 31,554.15 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| 83 | | Phase I-Lot #11 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 84 | | Phase I-Lot #16 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696]. Sale closed 7/18/14 |
| 85 | | Phase I-Lot #21 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 86 | | Phase I-Lot #30 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 87 | | Phase I-Lot #33 | | 37,000 | 37,000 | 30,775.92 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 88 | | Phase I-Lot #39 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696]. Sale closed 7/18/14 |
| 89 | | Phase I-Lot #40 | | 37,000 | 37,000 | 30,911.96 | Sale approved to builders [Docket No. 293] Sale closed 9/25/13 |
| 90 | | Phase I-Lot #41 | | 37,000 | 37,000 | 30,857.73 | Sale approved to builders [Docket No. 293] Sale closed 8/14/13 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 91 | | Phase I-Lot #51 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 92 | | Phase I-Lot #52 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 93 | | Phase I-Lot #54 | | 37,000 | 37,000 | 31,554.16 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| 94 | | Phase I-Lot #55 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 95 | | Phase I-Lot #60 | | 37,000 | 37,000 | 31,355.89 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 96 | | Phase II-62 Building Lots | | N.A. | 538,000 | 446,610.24 | Sale approved [Docket No. 460] Sale closed 10/1/13 |
| 97 | 20 | Overland Trails | Eagle Mtn., UT | 340,000 | 690,000.00 | 625,681.94 | Sale approved via auction [Docket No. 1431] Sale closed 1/18/19 |
| 98 | 21 | Cedar Fort Land (Fairfield)-8 acres | Fairfield, UT | 24,000 | 25,000 | 22,274.21 | Sale at auction approved [Docket No. 458] Sale closed 11/14/13 |
| 99 | 21 | Cedar Fort Land (Fairfield)-85 Acres | Fairfield, UT | 255,000 | 213,925 | 242,656.49 | Sale approved [Docket No. 1186]. Sale closed 8/12/16 |
| 100 | 22 | Expressway Business Park | Spanish Fork, UT | | | | |
| 101 | | Unit #109 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 241] |
| 102 | | Unit #305 | | 65,000 | 69,000 | 55,840.79 | Court approved sale at auction [Docket No. 270] Sale closed 6/27/13 |
| 103 | | Unit #204 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 364] |
| 104 | | Unit #215 | | N.A. | 127,500 | 112,965.27 | Sale approved at auction [Docket No. 393] Sale closed 10/30/13 |
| 105 | 23 | Expressway Business Park-Land | Spanish Fork, UT | 1,250,000 | 775,000 | 357,412.55 | Sale at auction approved [Docket No. 1320]. Sale closed 12/22/17 |
| 106 | 24 | Gooseberry Cabin | Fairview, UT | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 125] |
| 107 | 25 | Almond Heights-21 Building Lots | Toquerville, UT | 842,000 | | | |
| 108 | | Lot #A-2 | | 159,750 | 148,200 | 118,730.60 | Sale Approved [Docket No. 1099] Sale closed 3/22/16 |
| 109 | | Lot #C-2 | | 34,200 | 30,780 | 24,136.91 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 110 | | Lot #F | | 32,300 | 31,000 | 24,733.41 | Sale approved [Docket No. 988] Sale closed 8/24/15 |
| 111 | | Lot #F-3 | | 35,150 | 31,635 | 24,887.93 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 112 | | Lot #7 | | 38,000 | 32,000 | 29,388.95 | Sale approved [Docket No. 829]. Sale closed 12/18/14 |
| 113 | | Lot #10 | | 38,950 | 36,000 | 30,552.54 | Sale approved [Docket No. 906]. Sale closed 3/31/15 |
| 114 | | Lot #11 | | 37,050 | 32,000 | 6,788.12 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| 115 | | Lot #12 | | 38,000 | 32,000 | 6,787.90 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| 116 | | Lot #13 | | 37,050 | 32,000 | 6,787.75 | Sale approved [Docket No. 829]. Sale closed 12/16/14 |
| 117 | | Lot #14 | | 35,150 | 31,635 | 6,525.25 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 118 | | Lot #15 | | 33,250 | 29,925 | 6,254.50 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 119 | | Lot #17 | | 30,400 | 24,000 | 21,752.44 | Sale approved [Docket No. 829]. Sale closed 12/11/14 |
| 120 | | Lot #18 | | 30,400 | 27,360 | 23,562.06 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 121 | | Lot #19 | | 22,800 | 18,600 | -1,200.46 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| 122 | | Lot #20 | | 22,800 | 18,600 | -1,526.81 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| 123 | | Lot #21 | | 11,500 | 7,700 | 4,198.82 | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| 124 | | Lot #22 | | | | | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| 125 | | Lot #23 | | 31,350 | 24,000 | 20,346.06 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| 126 | | Lot #24 | | 33,250 | 31,000 | 26,672.24 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| 127 | | Lot #25 | | 35,150 | 34,000 | 29,216.54 | Sale approved [Docket No. 951]. Sale closed 5/21/15 |
| 128 | | Lot #26 | | 34,200 | 32,000 | 27,151.02 | Sale approved [Docket No. 829]. Sale closed 12/17/14 |
| 129 | 26 | Kanab Home | Kanab, UT | 199,000 | 197,000 | 18,162.90 | Sale approved [Docket No. 746]. Sale closed 9/4/14 |
| 130 | 27 | Farrell Business Park-12 Units | Gilbert, AZ | | | | |
| 131 | | Unit 103 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| 132 | | Unit 104 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| 133 | | Unit 105 | | 80,000 | 92,000 | 70,392.98 | Court approved sale at auction [Docket No. 203] Sale closed 5/21/13 |
| 134 | | Unit 106 | | 80,000 | 97,000 | 74,832.11 | Court approved sale at auction [Docket No. 204] Sale closed 6/7/13 |
| 135 | | Unit 107 | | 80,000 | 90,000 | 67,699.81 | Court approved sale at auction [Docket No. 205] Sale closed 6/7/13 |
| 136 | | Unit 109 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 137 | | Unit 110 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 138 | | Unit 111 | | 80,000 | 80,000 | 59,194.92 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 139 | | Unit 113 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| 140 | | Unit 114 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| 141 | | Unit 115 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 142 | | Unit 116 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 143 | 28 | Clearview Business Park-8 Units | Mesa, AZ | 415,954 | 737,000 | 591,295.43 | Court approved sale at auction [Docket No. 177] Sale closed 5/10/13 |
| 144 | 29 | Bear Grove Industrial Park-8 Lots | Byron, MN | 1,675,200 | | | |
| 145 | | Parcel #8516 | | 281,500 | 210,000 | 10,000.00 | Sale approved [Docket No. 853]. Sale closed 3/27/15 |
| 146 | | Parcel #8509 | | 156,700 | 149,000 | 98,795.03 | Sale approved [Docket No. 849]. Sale closed 3/16/15 |
| 147 | | Parcel #8512 | | 305,000 | 235,000 | 6,500.00 | Sale approved [Docket No. 854]. Sale closed 3/6/15 |
| 148 | | Parcel #6060 | | 340,000 | 235,000 | 10,000.00 | Sale approved [Docket No. 875]. Sale closed 3/24/15 |
| 149 | | Lot 3, Block 1 (Parcel #8510) | | 149,500 | 149,500 | 95,340.47 | Sale approved [Docket No. 989] Sale closed 9/30/15 |
| 150 | | Block 2, Lots 4-5 | | 448,300 | 448,300 | 279,963.57 | Sale at auction approved [Docket No. 1084] Sale closed 3/31/16 |
| 151 | | Block 2, Lot 1 | | 285,000 | 280,000 | 34,019.74 | Sale approved [Docket No. 1118]. Sale closed June 15, 2016 |
| 152 | | Block 1, Lot 4 | | 285,000 | 288,520 | 10,000.00 | Sale approved [Docket No. 1361]. Sale closed 4/16/18. |
| 153 | 30 | Georgia Single Family Residence | Temple, GA | 135,000 | 125,000 | 106,843.83 | Sale approved [Docket No. 553] Sale closed 1/10/14 |
| 154 | 31 | Chicago Single Family Residence | Chicago, IL | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 155 | 32 | Cleveland Single Family Residence | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 156 | 33 | Cleveland Building Lot | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 157 | 34 | Toledo Single Family Residence | Toledo, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 158 | | | | | | | |
| 159 | | Total | | 12,181,116.00 | 11,712,463.92 | 8,202,038.80 | |

# EXHIBIT B

Wayne Klein, Receiver for National Note of Utah
PO Box 1836
Salt Lake City, UT 84110
801-824-9616

# STANDARDIZED FUND ACCOUNTING REPORT

Civil – Receivership Fund

Fund Name: SEC v. National Note of Utah
Civil Court Docket No. 2:12-CV-00591 BSJ

Reporting Period 10/01/2019 to 12/31/2019

## Standardized Fund Accounting Report for National Note of Utah - Cash Basis
### Receivership; Civil Court Docket No. 2:12-CV-00591 BSJ
### Reporting Period 10/01/2019 to 12/31/2019

| | Fund Accounting (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/01/2019): | $950,299.36 | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $0.00 | | |
| Line 3 | Cash and Securities | $0.00 | | |
| Line 4 | Interest/Dividend Income | $240.61 | | |
| Line 5 | Business Asset Liquidation | $0.00 | | |
| Line 6 | Personal Asset Liquidation | $0.00 | | |
| Line 7 | Third-Party Litigation Income | $3,467.94 | | |
| Line 8 | Miscellaneous - Other | $0.00 | | |
| | Total Funds Available (Lines 1 - 8) | | $954,007.91 | |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $0.00 | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $0.00 | | |
| Line 10b | Business Asset Expenses | $7,111.28 | | |
| Line 10c | Personal Asset Expenses | $0.00 | | |
| Line 10d | Investment Expenses | $0.00 | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | $0.00 | | |
| | 2. Litigation Expenses | $0.00 | | |
| | Total Third-Party Litigation Expenses | $0.00 | | |
| Line 10f | Tax Administrator Fees and Bonds | $0.00 | | |
| Line 10g | Federal and State Tax Payments | $0.00 | | |
| | Total Disbursements for Receivership Operations | $7,111.28 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Miscellaneous | $0.00 | | |

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | Total Plan Development Expenses | $0.00 |  |  |
| Line 11b | Distribution Plan Implementation Expenses: |  |  |  |
|  | 1. Fees: | $0.00 |  |  |
|  | Fund Administrator |  |  |  |
|  | IDC |  |  |  |
|  | Distribution Agent |  |  |  |
|  | Consultants |  |  |  |
|  | Legal Advisers |  |  |  |
|  | Tax Advisers |  |  |  |
|  | 2. Administrative Expenses | $0.00 |  |  |
|  | 3. Investor Identification: | $0.00 |  |  |
|  | Notice/Publishing Approved Plan |  |  |  |
|  | Claimant Identification |  |  |  |
|  | Claims Processing |  |  |  |
|  | Web Site Maintenance/Call Center |  |  |  |
|  | 4. Fund Administrator Bond | $0.00 |  |  |
|  | 5. Miscellaneous | $0.00 |  |  |
|  | 6. Federal Account for Investor Restitution | $0.00 |  |  |
|  | (FAIR) Reporting Expenses | $0.00 |  |  |
|  | Total Plan Implementation Expenses | $0.00 |  |  |
|  | Total Disbursements for Distribution Expenses Paid by the Fund | $0.00 |  |  |
| Line 12 | Disbursements to Court/Other: |  |  |  |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $0.00 |  |  |
| Line 12b | Federal Tax Payments | $0.00 |  |  |
|  | Total Disbursements to Court/Other | $0.00 |  |  |
|  | Total Funds Disbursed (Lines 9 - 12): |  | $7,111.28 |  |
| Line 13 | Ending Balance (As of 12/31/2019): |  |  | $946,896.63 |
| Line 14 | Ending Balance of Fund - Net Assets: |  |  |  |
| Line 14a | Cash & Cash Equivalents | $946,896.63 |  |  |
| Line 14b | Investments | $0.00 |  |  |
| Line 14c | Other Assets or Uncleared Funds | $0.00 |  |  |
|  | Total Ending Balance of Fund - Net Assets |  |  | $946,896.63 |

Other Supplemental Information:

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
|  | Report of Items NOT To Be Paid by the Fund: |  |  |  |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: |  |  |  |
| Line 15a | Plan Development Expenses Not Paid by the Fund: |  |  |  |
|  | 1. Fees: | $0.00 |  |  |

| | | |
|---|---|---|
| | Fund Administrator | |
| | IDC | |
| | Distribution Agent | |
| | Consultants | |
| | Legal Advisers | |
| | Tax Advisers | |
| | 2. Administrative Expenses | $0.00 |
| | 3. Miscellaneous | $0.00 |
| | Total Plan Development Expenses Not Paid by the Fund | $0.00 |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | |
| | 1. Fees: | $0.00 |
| | Fund Administrator | |
| | IDC | |
| | Distribution Agent | |
| | Consultants | |
| | Legal Advisers | |
| | Tax Advisers | |
| | 2. Administrative Expenses | $0.00 |
| | 3. Investor Identification: | $0.00 |
| | Notice/Publishing Approved Plan | |
| | Claimant Identification | |
| | Claims Processing | |
| | Web Site Maintenance/Call Center | |
| | 4. Fund Administrator Bond | $0.00 |
| | 5. Miscellaneous | $0.00 |
| | 6. FAIR Reporting Expenses | $0.00 |
| | Total Plan Implementation Expenses Not Paid by the Fund | $0.00 |
| Line 15c | Tax Administrator Fees and Bonds Not Paid by the Fund | $0.00 |
| | Total Distributions for Plan Administration Expenses Not Paid by the Fund | $0.00 |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | |
| Line 16a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $0.00 |
| Line 16b | Federal Tax Payments | $0.00 |
| | Total Disbursements to Court/Other Paid by the Fund: | $0.00 |
| Line 17 | DC & State Tax Payments | $0.00 |
| Line 18 | No. of Claims: | |
| Line 18a | # of Claims Received This Reporting Period | 0 |
| Line 18b | # of Claims Received Since Inception of Fund | 468 |
| Line 19 | No. of Claimants/Investors: | |

| | |
|---|---|
| Line 19a  # of Claimants/Investors Paid This Reporting Period | 0 |
| Line 19b  # of Claimants/Investors Paid Since Inception of Fund | 433 |

Receiver: *National Note of Utah*

By: *Wayne Klein*
(signature)

*Wayne Klein*
(printed name)

*Receiver*
(title)

Date: *January 8, 2020*

| NNU SFAR - 4th Quarter 2019 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Line Breakdown | | | | | | | |
| | Line 2 | Line 4 | Line 5 | Line 6 | Line 7 | Line 8 | Total |
| Rent Received | $0.00 | | | | | | |
| Overpaid Investors | | | | | $3,467.94 | | |
| National Note | | | $0.00 | $0.00 | $0.00 | | |
| Real Estate Holding | | | $0.00 | | | | |
| Royalties Received | | | | | | $0.00 | |
| Interest | | $240.61 | | | | | |
| Refunds | | | | | | $0.00 | |
| Witness Fees | | | | | | $0.00 | |
| Advances by Receiver | | | | | | | |
| | $0.00 | $240.61 | $0.00 | $0.00 | $3,467.94 | $0.00 | $3,708.55 |
| | Line 9 | Line 10a | Line 10b | Line 10f | Line 10e-1 | Line 10e-2 | Total |
| Receivership Expenses | $0.00 | $0.00 | $7,111.28 | $0.00 | $0.00 | $0.00 | |
| Refund Deposit from Prior Period | | | $0.00 | | | | |
| Adjustment - NNU Account | | | $0.00 | | | | |
| | $0.00 | $0.00 | $7,111.28 | $0.00 | $0.00 | $0.00 | $7,111.28 |
| | Line 14a | | | | | | |
| National Note | $67,775.64 | | | | | | |
| Savings | $123,091.52 | | | | | | |
| High-Yield Operating | $748,029.47 | | | | | | |
| Real Estate Holding | $8,000.00 | | | | | | |
| High-Yield Real Estate | $0.00 | | | | | | |
| | $946,896.63 | | | | | | |
| Created by James Shupe on 1/8/2020 | | | | | | | |