FILED
2020 FEB 18 AM 10:18
CLERK
U.S. DISTRICT COURT

*Prepared and Submitted By:*

Peggy Hunt (Utah State Bar No. 6060)
**DORSEY & WHITNEY LLP**
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: hunt.peggy@dorsey.com

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH**

**CENTRAL DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br>v.<br><br>NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual,<br><br>Defendants. | **ORDER APPROVING EIGHTEENTH INTERIM FEE APPLICATION FOR RECEIVER AND RECEIVER'S PROFESSIONALS FOR SERVICES RENDERED FROM JANUARY 1, 2019 THROUGH DECEMBER 31, 2019 AND RELEASE OF HOLDBACK**<br><br>Case No.: 2:12-cv-00591 BSJ<br><br>The Honorable Bruce S. Jenkins |

The matter before the Court is the *Eighteenth Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered From January 1, 2019 Through December 31, 2019* [Docket No. 1463] (the "Fee Application") filed by R. Wayne Klein, the Court-appointed Receiver (the "Receiver"), seeking the allowance of fees and expenses incurred by the Receiver and his forensic accountants, Klein & Associates, PLLC, and his legal counsel, Dorsey & Whitney LLP, as a cost of administering the Receivership Estate for the period of January 1, 2019 through

December 31, 2019 (the "Application Period") on an interim basis. No objections to the Fee Application have been filed.

A hearing on the Fee Application was conducted by the Court on February 13, 2020. Peggy Hunt of Dorsey & Whitney LLP appeared on behalf of the Receiver, and the Receiver was present as well. Amy J. Oliver appeared on behalf of the Securities and Exchange Commission. Representations were made on the record.

The Court has reviewed the Fee Application, all Exhibits thereto, the record in this case, the representations made on the record, and applicable law. For the reasons set forth on the record, the Court finds that the fees and expenses requested for the Application Period are reasonable, necessary and beneficial and should be allowed. Based thereon, and for good cause appearing,

**IT IS HEREBY ORDERED** that:

(1) The Fee Application is **APPROVED**;

(2) The fees and expenses of the Receiver and Klein & Associates PLLC and Dorsey and Whitney LLP for the current Application Period are **ALLOWED** on an interim basis as set forth in the Fee Application;

(3) Klein & Associates PLLC is **ALLOWED** a claim in the total amount of $13,625.00;

(4) Dorsey & Whitney LLP is **ALLOWED** a claim in the total amount of $25,140.70, which is comprised of $25,118.50 in fees and $22.20 for reimbursement of out-of-pocket expenses;

(5) The fees that were previously allowed by the Court but held back pursuant to the *Order Approving Third Interim Fee Application* [Docket No. 828] may be released to Klein & Associates, PLLC and Dorsey & Whitney LLP in the amounts of $62,387.92 and $60,397.10

respectively. Interest that has been earned on the funds held back in the amount of $311.66 shall be transferred to the operating account of the Receivership Estate.; and

(6) The Receiver is **AUTHORIZED** to pay all fees and expenses as allowed herein.

DATED this 18th day of February, 2020.

BY THE COURT:

_____
The Honorable Bruce S. Jenkins
United States District Court

3

4818-9741-2276\1