Peggy Hunt (Utah State Bar No. 6060)
**GREENBERG TRAURIG LLP**
222 South Main Street, 5th Floor
Salt Lake City, UT  84101
Telephone: (801) 478-6900
huntp@gtlaw.com

*Attorneys for Court-Appointed Receiver R. Wayne Klein*

---

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>    v.<br><br>NATIONAL NOTE OF UTAH, LC, a Utah Limited Liability Company and WAYNE LaMAR PALMER, and individual,<br><br>              Defendants. | **PROPOSED THIRTY-FIRST STATUS REPORT OF R. WAYNE KLEIN, RECEIVER**<br><br>*For the Quarter Ending March 31, 2020*<br><br>2:12-cv-00591 BSJ<br><br>The Honorable Bruce S. Jenkins |

## **TABLE OF CONTENTS**

I.     ABBREVIATED PROCEDURAL HISTORY…...………………………………………………………………1

II.    REAL ESTATE TRANSACTIONS………………………………….……………2

       A.     Closing of all Elkhorn Ridge Lots

       B.     Turnover of Owners' Association

III.    DISTRIBUTIONS…………………………………………………………………3

       A.     The Initial Distribution

       B.     Second Distribution

       C.     Plans for Third and Final Distribution

IV.    FINANCIAL REPORT………………………...……………………………………4

       A.     Bank Accounts

       B.     Operating Account Deposits

       C.     Operating Account Expenditures

       D     SFAR

       E.     Administrative Expenses

V.    NEXT STEPS…….………………………………………………………………6

VI.    CONCLUSION…………...………………………………………………………7

R. Wayne Klein, the Court-Appointed Receiver (the "Receiver") of National Note of Utah, LC ("National Note"), as well as certain subsidiaries and entities affiliated with National Note and the assets of Wayne LaMar Palmer ("Palmer"), hereby submits this Thirty-First Status Report for the period January 1, 2020 through March 31, 2020 (the "Reporting Period").

## I.

## ABBREVIATED PROCEDURAL HISTORY

This above-captioned civil action was commenced by the United States Securities and Exchange Commission (the "SEC") on June 25, 2012, alleging that National Note and Palmer engaged in securities fraud.[1] After trial in 2015, the Court entered judgment against Palmer and National Note, finding that they had engaged in securities fraud and imposing civil penalties in the amounts of $1,050,000.00 and $900,000.00, respectively.[2]

In addition, a grand jury indicted Palmer and his cousin, Julieann Palmer Martin, in 2015 on criminal charges. Both later pled guilty. On May 11, 2018, Ms. Martin was sentenced to 16 months in prison followed by three years of probation and ordered to pay approximately $2 million in restitution. She was released from prison on August 9, 2019.

On August 31, 2018, Palmer was sentenced to 60 months in prison and three years of post-release supervised probation. Palmer reported to prison on August 14, 2019.  In addition to incarceration, Palmer was ordered to pay $52,944,855.41 in restitution to 564 investors, with at least $500 being required to be paid each month after his release from prison. His restitution payments are being tracked by the United States Department of Justice, including with information provided by the Receiver.

---

[1] Docket No. 1.

[2] *See* Docket No. 1043.

## II.

## REAL ESTATE TRANSACTIONS

Attached hereto as Exhibit A is a chart setting forth the status of all real properties in the Receivership Estate as of March 31, 2020.  At this time, all real property of the Receivership Estate has been administered.  Below is a summary of what has occurred during the Reporting Period.

A.  <u>Closing of All Elkhorn Ridge Lots</u>. Thirty seven lots located in the "Elkhorn Ridge" subdivision in Malad, Idaho, representing all the remaining unliquidated real property of the Receivership Estate, was sold at auction in December 2019 for total gross sales in the amount of $532,500.00.[3]  On March 6, 2020, the Receiver filed *Receiver's Notice of Public Sale Results (37 Lots, Elkhorn Ridge Estates),* reporting on the auction results, that all sales closed between January 17 and February 18, 2020, and final sums received by the Receivership Estate.[4] The Report discloses the following aggregate amounts:

| | |
|---|---|
| Appraised values | $531,000 |
| Sales prices | $532,500 |
| Commission, closing costs | ($43,644.60) |
| Net sales proceeds | $488,855.40 |

B.  <u>Turnover of Common Area to Owners' Association</u>. Prior to the sale of these lots, the Receiver controlled common areas of Elkhorn Ridge, to maintain the value of the property.  With the sale of all 37 lots closed, the Receiver no longer has any reason to retain control over the subdivision's common areas. Accordingly, on March 4, 2020, the Receiver sent

---

[3] *See* Docket No. 1470.

[4] *Id.*

2

notice to all lot owners that a meeting of property owners would be held on April 9, 2002 in Malad, Idaho. The purpose of the meeting was to elect members of a board of directors to form a property owners association and take control over the common areas. On March 24, 2020, the Receiver notified property owners that the meeting was postponed and may be canceled due to concerns about the possible spread of coronavirus. In its place, the Receiver has determined to conduct the election of the board of directors via email or online voting. Persons interested in serving on the board have provided information to the Receiver, who will use this information for an online election system. The results of this election will be reported in the next status report.

## III.

## **DISTRIBUTIONS**

A.    Initial Distribution. On November 21, 2016, pursuant to an *Order Granting Receiver's Motion for Approval of (1) Proposed Distribution Methodology and Plan of Distribution, and (2) Proposed Initial Distribution Modified,*[5] the Receiver distributed approximately $4.49 million to the holders of "Allowed Claims" according to the distribution methodology approved by the Court for the initial distribution. All distribution checks related to this initial distribution cleared. Subsequently, on May 14, 2018, the Court entered an *Order* allowing payment of $20,960.85 to the holders of three formerly "Disputed Claims".[6] Those payments were made and those checks have cleared the bank.

---

[5] Docket No. 1231.

[6] Docket No. 1376.

3

B.     <u>Second Distribution</u>. On June 21, 2018, the Court entered an *Order Granting Receiver's Amended Motion Seeking Authorization to Make Second Distribution*.[7] Pursuant to that Order, the Receiver distributed on June 29, 2018 a total of $2,005,394.41 to 228 holders of Allowed Claims entitled to a distribution under the rising tide methodology approved by the Court. All these distribution payments have cleared the bank.

C.     <u>Plans for Third and Final Distribution</u>. With all real property sold and all collections completed, the only remaining asset of the Receivership Estate is cash in the total amount of $1,273,974.30 as of the close of the Reporting Period. The Receiver is formulating a plan to make a final distribution, less appropriate administrative expenses, and request a close of the receivership.  The Receiver expects that a motion will be filed in the coming weeks.

## IV.

## FINANCIAL REPORT

A.     <u>Bank Accounts</u>. During the Reporting Period, the Receiver closed the "<u>Real Estate Account</u>" he had been maintaining, transferring the proceeds of that Account to the general "<u>Operating Account</u>". The Operating Account also had a saving component (the "<u>Savings Account</u>"), which held a 20% holdback of professional fees.[8]  This Savings Account was closed during the Reporting Period after the Court authorized the payment of fees previously held back.  The balance in the Operating Account, as of March 31, 2020, was $1,273,974.30.

---

[7] Docket No. 1400.

[8] *See* Docket No. 828 (*Order Approving the Receiver's Third Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from July 1, 2013 through December 31, 2013*).

B.      Operating Account Deposits. The sources of funds deposited into the Operating

Account during the Reporting Period are shown in the following table:

| Source | Amount In |
|---|---|
| Real estate sales proceeds | $488,855.40 |
| Bank interest[9] | $578.38 |
| **TOTAL** | **$489,433.78** |

C.      Operating Account Expenditures. The following table shows the categories of

operating expenses that have been paid from the Operating Account during the Reporting Period:

| Type of Expense | Amount Out |
|---|---|
| Real estate publication costs | $223.88 |
| Tax filing fee | $100.00 |
| Operating expenses | $169.85 |
| **TOTAL** | **$493.73** |

D.      SFAR. Attached as **Exhibit B** is a copy of the *Standardized Fund Accounting*

*Report* for the Reporting Period.

E.      Administrative Expenses. On February 18, 2020, the Court entered an *Order*

approving a *Fee Application* for the Receiver and his counsel for the period from January 1,

2019 to December 31, 2019.[10] The 2019 fees, in the amount of $13,625.00 to the Receiver and

$25,140.70 to Dorsey & Whitney LLP ("Dorsey") were paid on February 25, 2020.  In that

Order, the Court also released attorneys' fees that it ordered held back in 2014.[11] As a result, fees

for work in 2013 were released to the Receiver in the amount of $62,387.92 and to Dorsey in the

---

[9] This includes $311.66 in interest earned on the Savings Account.

[10] Docket No. 1468.

[11] *See* Docket No. 828 (*Order Approving the Receiver's Third Interim Fee Application for Receiver and Receiver's Professionals for Services Rendered from July 1, 2013 through December 31, 2013*).

5

amount of $60,397.10. Interest of $311.66 that had accrued on the holdback amount was transferred to the Receivership Estate's Operating Account.[12]

For the current Reporting Period, the Receiver and his staff have spent a total of 25.6 hours on behalf of the Receivership Estate. Billable services provided by the Receiver during the Reporting Period total $4,997.50. For the current Reporting Period, Dorsey's total fees, less voluntary reductions, are in the total amount of $1,353.00.[13] The Receiver intends to wait to submit a final fee application for work performed in 2020 in connection with his motion seeking to close the Receivership.

## V.

## <u>NEXT STEPS</u>

The Receiver anticipates addressing the two remaining tasks in the coming months:

A.      <u>Final Distribution</u>. The Receiver will file a motion seeking approval to make a third and final distribution of available funds in the Receivership Estate and, if the motion is approved, send out distribution payments to allowed claimants.

B.      <u>Closing the Estate</u>. When the distribution has been accomplished and all payments cashed, the Receiver will seek approval to close the Receivership, including appropriate ancillary relief from the Court.

---

[12] Docket No. 1468.

[13] After the close of the Reporting Period, Peggy Hunt, the Dorsey attorney responsible for this matter, left Dorsey to join the firm of Greenberg Traurig, LLP ("<u>GT</u>").  A request to employ GT will be filed shortly at no cost to the Receivership Estate.

# VI.

## CONCLUSION

The Receiver hopes expeditiously to make a final distribution and close the Receivership.

DATED this 4ᵀᴴ day of May, 2020.

_____

WAYNE KLEIN, Receiver

7

## <u>CERTIFICATE OF SERVICE</u>

IT IS HEREBY CERTIFIED that service of the above **THIRTY-FIRST STATUS REPORT OF R. WAYNE KLEIN, RECEIVER** was filed with the Court on this 8th day of May, 2020, and served via ECF on all parties who have requested notice in this case.


/s/ Candy Long

8

# EXHIBIT A

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | **REAL PROPERTIES--STATUS** | | | | | |
| 2 | | As of 12/31/19.  *Investigation Ongoing.  All Information Subject to Change.* | | | | | |
| 3 | | *The numbers in the first column correspond with numbers of these properties as described in the Receiver's First Status Report.* | | | | | |
| 4 | | Property Name | Location | Appraised Value | Sales Price | Net Sale Proceeds | Status |
| 5 | | **PROPERTIES CURRENTLY IN RECEIVERSHIP ESTATE** | | | | | |
| 6 | 3 | Elkhorn Ridge Estates-37 Building Lots | Malad, ID | | | | |
| 7 | | Lot #9 (2.5 acres) | | 14,000 | 11,000 | 10,033.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 8 | | Lot #10 (2.5 acres) | | 14,000 | 9,500 | 8,654.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 9 | | Lot #11 (2.5 acres) | | 14,000 | 12,000 | 10,992.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 2/3/20 |
| 10 | | Lot #12 (2.5 acres) | | 14,000 | 11,500 | 10,522.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 11 | | Lot #13 (5.0 acres) | | 14,000 | 20,500 | 18,928.67 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/21/20 |
| 12 | | Lot #14 (5.0 acres) | | 14,000 | 23,500 | 21,730.67 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/21/20 |
| 13 | | Lot #15 (2.5 acres) | | 14,000 | 11,000 | 10,058.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 14 | | Lot #16 (2.5 acres) | | 14,000 | 11,500 | 10,522.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 2/3/20 |
| 15 | | Lot #17 (2.5 acres) | | 14,000 | 11,500 | 10,522.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 16 | | Lot #18 (2.5 acres) | | 14,000 | 12,500 | 11,456.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 17 | | Lot #19 (2.5 acres) | | 14,000 | 14,000 | 12,860.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 18 | | Lot #20 (2.5 acres) | | 14,000 | 15,000 | 13,794.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 19 | | Lot #21 (2.5 acres) | | 14,000 | 15,000 | 13,794.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 20 | | Lot #23 (2.7 acres) | | 15,000 | 12,500 | 11,456.82 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 21 | | Lot #24 (2.5 acres) | | 15,000 | 14,000 | 12,860.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 2/18/20 |
| 22 | | Lot #26 (2.8 acres) | | 16,000 | 16,500 | 15,192.75 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/24/20 |
| 23 | | Lot #27 (2.5 acres) | | 14,000 | 11,500 | 10,522.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 24 | | Lot #28 (2.5 acres) | | 14,000 | 13,000 | 11,776.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 25 | | Lot #29 (2.8 acres) | | 16,000 | 14,500 | 13,324.82 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 26 | | Lot #30 (2.6 acres) | | 15,000 | 13,500 | 12,390.83 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 27 | | Lot #31 (2.8 acres) | | 16,000 | 14,500 | 13,324.82 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 28 | | Lot #32 (2.5 acres) | | 14,000 | 15,500 | 14,258.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 29 | | Lot #33 (2.5 acres) | | 14,000 | 13,500 | 12,390.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 30 | | Lot #34 (2.5 acres) | | 14,000 | 13,500 | 12,390.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 31 | | Lot #35 (2.5 acres) | | 14,000 | 15,000 | 13,794.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 32 | | Lot #36 (2.5 acres) | | 14,000 | 15,000 | 13,794.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 33 | | Lot #37 (2.5 acres) | | 14,000 | 12,000 | 10,992.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 34 | | Lot #38 (3.8 acres) | | 16,000 | 16,500 | 15,192.75 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/27/20 |
| 35 | | Lot #39 (3.8 acres) | | 16,000 | 17,500 | 16,126.75 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 36 | | Lot #40 (2.5 acres) | | 14,000 | 13,000 | 11,926.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 2/3/20 |
| 37 | | Lot #41 (2.5 acres) | | 14,000 | 15,000 | 13,644.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/21/20 |
| 38 | | Lot #42 (2.5 acres) | | 14,000 | 13,500 | 12,390.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 2/3/20 |
| 39 | | Lot #43 (2.5 acres) | | 14,000 | 17,000 | 15,662.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 2/18/20 |
| 40 | | Lot #44 (2.4 acres) | | 14,000 | 17,500 | 16,126.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 2/18/20 |
| 41 | | Lot #45 (2.5 acres) | | 14,000 | 17,000 | 15,662.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 42 | | Lot #46 (2.5 acres) | | 14,000 | 17,000 | 15,662.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/17/20 |
| 43 | | Lot #47 (2.5 acres) | | 14,000 | 15,500 | 14,108.84 | Auction approved (Dkt. #1461). Auction 12/17/19. Sale closed 1/24/20 |
| 44 | | | | | | | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 45 | | | | **PROPERTIES SOLD OR RELEASED** | | | |
| 46 | | Property Name | Location | Listing Price | Sales Price | Net Sale Proceeds | Status |
| 47 | 1 | River Run/Riverbend Subdivision-Land | Middleton, ID | N.A. | N.A. | N.A. | No equity. Court approved release of property to lender [Dkt. No. 590] |
| 48 | 2 | Single family home: 1st Avenue | Middleton, ID | 115,000 | 105,000 | 102,461.72 | Sale approved [Docket No. 734]. Sale closed 10/15/14 |
| 49 | | Single family home: Hawthorne Ave. | Middleton, ID | 80,000 | 76,000 | 69,569.48 | Sale approved [Docket No. 804]. Sale closed 11/17/14 |
| 50 | 3 | Elkhorn Ridge Estates-47 Building Lots | Malad, ID | | | | Lots sold to date are: |
| 51 | | Lot #1 | | 135,000 | 155,000 | 142,834.78 | Sale approved [Docket No. 419] Sale closed 8/29/13 |
| 52 | | Lot #2 | | 35,000 | 31,500 | 27,725.00 | Sale approved [Docket No. 492] Sale closed 12/6/13 |
| 53 | | Lot #3 | | 35,000 | 22,000 | 19,344.67 | Sale approved [Docket No. 1261]. Sale closed 1/31/17 |
| 54 | | Lot #4 | | 35,000 | 35,000 | 30,893.21 | Sale approved [Docket No. 231] Sale closed 4/26/13 |
| 55 | | Lot #5 | | 80,000 | 80,000 | 71,803.14 | Sale approved [Docket No. 231] Sale closed 4/8/13 |
| 56 | | Lots #6 & 7 | | 70,000 | 44,000 | 39,483.79 | Sale approved [Docket No. 1295]. Sale closed 6/9/17 |
| 57 | | Lot #22 | | | 22,000 | 19,322.15 | Sale approved [Docket No. 1364]. Sale closed 4/2/18 |
| 58 | | Lot #25 | | | 25,200 | 22,178.62 | Sale approved [Docket No. 1341]. Sale closed 1/29/18 |
| 59 | | Lot #48 | | 80,000 | 80,000 | 73,620.84 | Sale approved [Docket No. 231] Sale closed 4/9/13 |
| 60 | 4 | Elkhorn Ridge-4 Undeveloped Parcels | Malad, ID | 250,000 | 240,000 | 226,369.05 | Sale approved [Docket No. 1173]. Sale closed 9/9/16 |
| 61 | 5 | Manhattan Grille Condominium | Manhattan, MT | 49,000 | 51,000 | 45,933.32 | Sale approved [Docket No. 300] Sale closed 6/5/13 |
| 62 | 6 | Twin Pines Apartments | Brigham City, UT | N.A. | | 172,020.02 | Sale approved [Docket No. 736]. Sale closed 9/14/14 |
| 63 | 7 | Ogden Office Building (49% ownership) | Ogden, UT | 699,000 | 600,000 | 241,836.07 | Sale approved via auction [Docket No. 1042]. Sale closed 1/6/16 |
| 64 | 8 | Summit Park Lot | Summit Park, UT | 40,000 | 37,500 | 32,477.61 | Sale approved [Docket No. 135] Sale closed 1/24/13 |
| 65 | 9 | Bandanna Cabin | Fruitland, UT | 260,000 | 260,000 | 226,374.07 | Sale at auction approved [Docket No. 341] Sale closed 10/24/13 |
| 66 | 10 | Deer Meadows | Duchesne Co., UT | 54,000 | 41,000.00 | 34,506.47 | Sale approved [Docket No. 1369]. Sale closed 6/6/18 |
| 67 | 11 | Outpost/Indian Canyon | Duchesne Co., UT | N.A. | 148,222.56 | 134,068.12 | Sale approved [Docket No. 263] Sale closed 5/8/13 |
| 68 | 12 | East Meadows Mobile Home Park | Vernal, UT | N.A. | 1,025,000 | 979,620.29 | Sale approved [Docket No. 292] Sale closed 7/29/13 |
| 69 | 13 | Quail Hollow Apartments | Vernal, UT | N.A. | N.A. | N.A. | Determined not owned by Receivership Estate |
| 70 | 14 | Residential Building Lots at 900 West | Salt Lake City, UT | N.A. | 70,000 | 65,295.00 | Sale approved [Docket No. 263] Sale closed 5/8/13 |
| 71 | 15 | Cottonwood Road Property-4 acres | Salt Lake City, UT | N.A. | N.A. | N.A. | No equity; court approved release of property to lender [Dkt. No. 179] |
| 72 | | Cottonwood Road Property-1 acre | Salt Lake City, UT | N.A. | 291,000 | 279,189.07 | Sale at auction approved [Docket No. 495] Sale closed 11/8/13 |
| 73 | 16 | National Note Office Building | West Jordan, UT | 285,000 | 285,000 | 55,903.09 | Sale approved [Docket No. 161] Sale closed 3/19/13 |
| 74 | 17 | Palmer Residence | West Jordan, UT | N.A. | N.A. | N.A. | No equity. Court approved abandonment of property [Dkt. No. 869] |
| 75 | 18 | Star Pointe Development | Salt Lake City, UT | N.A. | N.A. | 70,000.00 | Court approved settlement agreement with lender [Docket No. 608] |
| 76 | 19 | Autumn Ridge Subdivision-Phase I | Eagle Mtn., UT | | | | |
| 77 | | Phase I-Lot #2 | | 37,000 | 39,900 | 35,635.21 | Sale approved [Docket No. 692]. Sale closed 7/8/14 |
| 78 | | Phase I-Lot #3 | | 37,000 | 39,900 | 35,711.84 | Sale approved [Docket no. 644] Sale closed 5/1/14 |
| 79 | | Phase I-Lot #4 | | 37,000 | 37,000 | 30,821.91 | Sale approved to builders [Docket No. 293] Sale closed 6/3/13 |
| 80 | | Phase I-Lot #6 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 81 | | Phase I-Lot #7 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 82 | | Phase I-Lot #8 | | 37,000 | 37,000 | 31,554.15 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| 83 | | Phase I-Lot #11 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 84 | | Phase I-Lot #16 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696]. Sale closed 7/18/14 |
| 85 | | Phase I-Lot #21 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 86 | | Phase I-Lot #30 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 87 | | Phase I-Lot #33 | | 37,000 | 37,000 | 30,775.92 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 88 | | Phase I-Lot #39 | | 37,000 | 39,900 | 35,903.39 | Sale approved [Docket No. 696]. Sale closed 7/18/14 |
| 89 | | Phase I-Lot #40 | | 37,000 | 37,000 | 30,911.96 | Sale approved to builders [Docket No. 293] Sale closed 9/25/13 |
| 90 | | Phase I-Lot #41 | | 37,000 | 37,000 | 30,857.73 | Sale approved to builders [Docket No. 293] Sale closed 8/14/13 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 91 | | Phase I-Lot #51 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 92 | | Phase I-Lot #52 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 93 | | Phase I-Lot #54 | | 37,000 | 37,000 | 31,554.16 | Sale approved to builders [Docket No. 293] Sale closed 5/31/13 |
| 94 | | Phase I-Lot #55 | | 37,000 | 37,000 | 31,355.85 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 95 | | Phase I-Lot #60 | | 37,000 | 37,000 | 31,355.89 | Sale approved to builders [Docket No. 293] Sale closed 10/31/13 |
| 96 | | Phase II-62 Building Lots | | N.A. | 538,000 | 446,610.24 | Sale approved [Docket No. 460] Sale closed 10/1/13 |
| 97 | 20 | Overland Trails | Eagle Mtn., UT | 340,000 | 690,000.00 | 625,681.94 | Sale approved via auction [Docket No. 1431] Sale closed 1/18/19 |
| 98 | 21 | Cedar Fort Land (Fairfield)-8 acres | Fairfield, UT | 24,000 | 25,000 | 22,274.21 | Sale at auction approved [Docket No. 458] Sale closed 11/14/13 |
| 99 | 21 | Cedar Fort Land (Fairfield)-85 Acres | Fairfield, UT | 255,000 | 213,925 | 242,656.49 | Sale approved [Docket No. 1186]. Sale closed 8/12/16 |
| 100 | 22 | Expressway Business Park | Spanish Fork, UT | | | | |
| 101 | | Unit #109 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 241] |
| 102 | | Unit #305 | | 65,000 | 69,000 | 55,840.79 | Court approved sale at auction [Docket No. 270] Sale closed 6/27/13 |
| 103 | | Unit #204 | | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 364] |
| 104 | | Unit #215 | | N.A. | 127,500 | 112,965.27 | Sale approved at auction [Docket No. 393] Sale closed 10/30/13 |
| 105 | 23 | Expressway Business Park-Land | Spanish Fork, UT | 1,250,000 | 775,000 | 357,412.55 | Sale at auction approved [Docket No. 1320]. Sale closed 12/22/17 |
| 106 | 24 | Gooseberry Cabin | Fairview, UT | N.A. | N.A. | N.A. | No equity; Court approved release to lender [Docket No. 125] |
| 107 | 25 | Almond Heights-21 Building Lots | Toquerville, UT | 842,000 | | | |
| 108 | | Lot #A-2 | | 159,750 | 148,200 | 118,730.60 | Sale Approved [Docket No. 1099] Sale closed 3/22/16 |
| 109 | | Lot #C-2 | | 34,230 | 30,780 | 24,136.91 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 110 | | Lot #F | | 32,300 | 31,000 | 24,733.41 | Sale approved [Docket No. 988] Sale closed 8/24/15 |
| 111 | | Lot #F-3 | | 35,150 | 31,635 | 24,887.93 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 112 | | Lot #7 | | 38,000 | 32,000 | 29,388.95 | Sale approved [Docket No. 829] Sale closed 12/18/14 |
| 113 | | Lot #10 | | 38,950 | 36,000 | 30,552.54 | Sale approved [Docket No. 906] Sale closed 3/31/15 |
| 114 | | Lot #11 | | 37,050 | 32,000 | 6,788.12 | Sale approved [Docket No. 829] Sale closed 12/16/14 |
| 115 | | Lot #12 | | 38,000 | 32,000 | 6,787.90 | Sale approved [Docket No. 829] Sale closed 12/16/14 |
| 116 | | Lot #13 | | 37,050 | 32,000 | 6,787.75 | Sale approved [Docket No. 829] Sale closed 12/16/14 |
| 117 | | Lot #14 | | 35,150 | 31,635 | 6,525.25 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 118 | | Lot #15 | | 33,250 | 29,925 | 6,254.50 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 119 | | Lot #17 | | 30,400 | 24,000 | 21,752.44 | Sale approved [Docket No. 829] Sale closed 12/11/14 |
| 120 | | Lot #18 | | 30,400 | 27,360 | 23,562.06 | Sale Approved [Docket No. 1075] Sale closed 3/1/16 |
| 121 | | Lot #19 | | 22,800 | 18,600 | -1,200.46 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| 122 | | Lot #20 | | 22,800 | 18,600 | -1,526.81 | Sale Approved [Docket No. 1068] Sale closed 1/25/16 |
| 123 | | Lot #21 | | 11,500 | 7,700 | 4,198.82 | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| 124 | | Lot #22 | | | | | Sale approved [Docket No. 1256]. Sale closed 2/9/17 |
| 125 | | Lot #23 | | 31,350 | 24,000 | 20,346.06 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| 126 | | Lot #24 | | 33,250 | 31,000 | 26,672.24 | Sale approved [Docket No. 998]. Sale closed 9/4/15 |
| 127 | | Lot #25 | | 35,150 | 34,000 | 29,216.54 | Sale approved [Docket No. 951]. Sale closed 5/21/15 |
| 128 | | Lot #26 | | 34,230 | 32,000 | 27,151.02 | Sale approved [Docket No. 829]. Sale closed 12/17/14 |
| 129 | 26 | Kanab Home | Kanab, UT | 199,000 | 197,000 | 18,162.90 | Sale approved [Docket No. 746]. Sale closed 9/4/14 |
| 130 | 27 | Farrell Business Park-12 Units | Gilbert, AZ | | | | |
| 131 | | Unit 103 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| 132 | | Unit 104 | | 76,631 | 101,631 | 83,997.05 | Court approved sale at auction [Docket No. 202] Sale closed 5/31/13 |
| 133 | | Unit 105 | | 80,000 | 92,000 | 70,392.98 | Court approved sale at auction [Docket No. 203] Sale closed 5/21/13 |
| 134 | | Unit 106 | | 80,000 | 97,000 | 74,832.11 | Court approved sale at auction [Docket No. 204] Sale closed 6/7/13 |
| 135 | | Unit 107 | | 80,000 | 90,000 | 67,699.81 | Court approved sale at auction [Docket No. 205] Sale closed 6/7/13 |
| 136 | | Unit 109 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 137 | | Unit 110 | | 80,000 | 80,000 | 59,194.91 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 138 | | Unit 111 | | 80,000 | 80,000 | 59,194.92 | Court approved sale at auction [Docket No. 206] Sale closed 5/16/13 |
| 139 | | Unit 113 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| 140 | | Unit 114 | | 80,000 | 107,000 | 85,094.45 | Court approved sale at auction [Docket No. 207] Sale closed 6/3/13 |
| 141 | | Unit 115 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 142 | | Unit 116 | | 80,000 | 80,000 | 59,288.00 | Court approved sale at auction [Docket No. 208] Sale closed 6/11/13 |
| 143 | 28 | Clearview Business Park-8 Units | Mesa, AZ | 415,954 | 737,000 | 591,295.43 | Court approved sale at auction [Docket No. 177] Sale closed 5/10/13 |
| 144 | 29 | Bear Grove Industrial Park-8 Lots | Byron, MN | 1,675,200 | | | |
| 145 | | Parcel #8516 | | 281,500 | 210,000 | 10,000.00 | Sale approved [Docket No. 853]. Sale closed 3/27/15 |
| 146 | | Parcel #8509 | | 156,700 | 149,000 | 98,795.03 | Sale approved [Docket No. 849]. Sale closed 3/16/15 |
| 147 | | Parcel #8512 | | 305,000 | 235,000 | 6,500.00 | Sale approved [Docket No. 854]. Sale closed 3/6/15 |
| 148 | | Parcel #6060 | | 340,000 | 235,000 | 10,000.00 | Sale approved [Docket No. 875]. Sale closed 3/24/15 |
| 149 | | Lot 3, Block 1 (Parcel #8510) | | 149,500 | 149,500 | 95,340.47 | Sale approved [Docket No. 989] Sale closed 9/30/15 |
| 150 | | Block 2, Lots 4-5 | | 448,300 | 448,300 | 279,963.57 | Sale at auction approved [Docket No. 1084] Sale closed 3/31/16 |
| 151 | | Block 2, Lot 1 | | 285,000 | 280,000 | 34,019.74 | Sale approved [Docket No. 1118]. Sale closed June 15, 2016 |
| 152 | | Block 1, Lot 4 | | 285,000 | 288,520 | 10,000.00 | Sale approved [Docket No. 1361]. Sale closed 4/16/18. |
| 153 | 30 | Georgia Single Family Residence | Temple, GA | 135,000 | 125,000 | 106,843.83 | Sale approved [Docket No. 553]  Sale closed 1/10/14 |
| 154 | 31 | Chicago Single Family Residence | Chicago, IL | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 155 | 32 | Cleveland Single Family Residence | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 156 | 33 | Cleveland Building Lot | Cleveland, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 157 | 34 | Toledo Single Family Residence | Toledo, OH | N.A. | N.A. | N.A. | No value; Court approved abandonment [Docket No. 434] Order 9/10/13 |
| 158 | | | | | | | |
| 159 | | **Total** | | **12,181,116.00** | **11,712,463.92** | **8,202,038.80** | |

# EXHIBIT B

Wayne Klein, Receiver for National Note of Utah
PO Box 1836
Salt Lake City, UT 84110
801-824-9616

# STANDARDIZED FUND ACCOUNTING REPORT

## Civil – Receivership Fund

Fund Name: SEC v. National Note of Utah
Civil Court Docket No. 2:12-CV-00591 BSJ

Reporting Period 01/01/2020 to 03/31/2020

| | Standardized Fund Accounting Report for National Note of Utah - Cash Basis | | | |
|---|---|---|---|---|
| | Receivership; Civil Court Docket No. 2:12-CV-00591 BSJ | | | |
| | Reporting Period 01/01/2020 to 03/31/2020 | | | |

| Fund Accounting (See Instructions): | | | | |
|---|---|---|---|---|
| | | Detail | Subtotal | Grand Total |
| Line 1 | Beginning Balance (As of 01/01/2020): | $946,896.63 | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $0.00 | | |
| Line 3 | Cash and Securities | $0.00 | | |
| Line 4 | Interest/Dividend Income | $266.72 | | |
| Line 5 | Business Asset Liquidation | $488,855.40 | | |
| Line 6 | Personal Asset Liquidation | $0.00 | | |
| Line 7 | Third-Party Litigation Income | $0.00 | | |
| Line 8 | Miscellaneous - Other | $0.00 | | |
| | Total Funds Available (Lines 1 - 8) | | $1,436,018.75 | |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $0.00 | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | *Disbursements to Receiver or Other Professionals* | $76,012.92 | | |
| Line 10b | *Business Asset Expenses* | $393.73 | | |
| Line 10c | *Personal Asset Expenses* | $0.00 | | |
| Line 10d | *Investment Expenses* | $0.00 | | |
| Line 10e | *Third-Party Litigation Expenses* | | | |
| | 1. Attorney Fees | $85,537.80 | | |
| | 2. Litigation Expenses | $0.00 | | |
| | *Total Third-Party Litigation Expenses* | $85,537.80 | | |
| Line 10f | *Tax Administrator Fees and Bonds* | $0.00 | | |
| Line 10g | *Federal and State Tax Payments* | $100.00 | | |
| | Total Disbursements for Receivership Operations | $162,044.45 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | *Distribution Plan Development Expenses:* | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Miscellaneous | $0.00 | | |

| | | | | |
|---|---|---|---|---|
| | Total Plan Development Expenses | $0.00 | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Investor Identification: | $0.00 | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | $0.00 | | |
| | 5. Miscellaneous | $0.00 | | |
| | 6. Federal Account for Investor Restitution | $0.00 | | |
| | (FAIR) Reporting Expenses | $0.00 | | |
| | Total Plan Implementation Expenses | $0.00 | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | $0.00 | | |
| | | | | |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $0.00 | | |
| Line 12b | Federal Tax Payments | $0.00 | | |
| | **Total Disbursements to Court/Other** | $0.00 | | |
| | **Total Funds Disbursed (Lines 9 - 12):** | | $162,044.45 | |
| | | | | |
| Line 13 | **Ending Balance (As of 03/31/2020):** | | | $1,273,974.30 |
| | | | | |
| Line 14 | **Ending Balance of Fund - Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | $1,273,974.30 | | |
| Line 14b | Investments | $0.00 | | |
| Line 14c | Other Assets or Uncleared Funds | $0.00 | | |
| | **Total Ending Balance of Fund - Net Assets** | | | $1,273,974.30 |
| | | | | |
| | | | | |
| **Other Supplemental Information:** | | | | |
| | | Detail | Subtotal | Grand Total |
| | Report of Items NOT To Be Paid by the Fund: | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | $0.00 | | |

| | | | | |
|---|---|---|---|---|
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Miscellaneous | $0.00 | | |
| | | | | |
| | *Total Plan Development Expenses Not Paid by the Fund* | $0.00 | | |
| Line 15b | *Plan Implementation Expenses Not Paid by the Fund:* | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Investor Identification: | $0.00 | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | $0.00 | | |
| | 5. Miscellaneous | $0.00 | | |
| | 6. FAIR Reporting Expenses | $0.00 | | |
| | *Total Plan Implementation Expenses Not Paid by the Fund* | $0.00 | | |
| | | | | |
| Line 15c | *Tax Administrator Fees and Bonds Not Paid by the Fund* | $0.00 | | |
| | **Total Distributions for Plan Administration Expenses Not Paid by the Fund** | $0.00 | | |
| | | | | |
| **Line 16** | **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a | *Investment Expenses/Court Registry Investment System (CRIS) Fees* | $0.00 | | |
| Line 16b | *Federal Tax Payments* | $0.00 | | |
| | | | | |
| | **Total Disbursements to Court/Other Paid by the Fund:** | $0.00 | | |
| | | | | |
| **Line 17** | **DC & State Tax Payments** | $0.00 | | |
| **Line 18** | **No. of Claims:** | | | |
| Line 18a | *# of Claims Received This Reporting Period* | 0 | | |
| Line 18b | *# of Claims Received Since Inception of Fund* | 468 | | |
| **Line 19** | **No. of Claimants/Investors:** | | | |

| | | | | |
|---|---|---|---|---|
| Line 19a | # of Claimants/Investors Paid This Reporting Period | 0 | | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 433 | | |

Receiver: *National Note of Utah*

By: *Wayne Klein*
(signature)

*Wayne Klein*
(printed name)

*Receiver*
(title)

Date: *April 20, 2020*

| NNU SFAR - 1st Quarter 2020 | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Line Breakdown** | | | | | | | |
| | Line 2 | Line 4 | Line 5 | Line 6 | Line 7 | Line 8 | Total |
| Rent Received | $0.00 | | | | | | |
| Overpaid Investors | | | | | $0.00 | | |
| National Note | | | $488,855.40 | $0.00 | $0.00 | | |
| Real Estate Holding | | | $0.00 | | | | |
| Royalties Received | | | | | | $0.00 | |
| Interest | | $266.72 | | | | | |
| Refunds | | | | | | $0.00 | |
| Witness Fees | | | | | | $0.00 | |
| Advances by Receiver | | | | | | | |
| | $0.00 | $266.72 | $488,855.40 | $0.00 | $0.00 | $0.00 | $489,122.12 |
| | | | | | | | |
| | Line 9 | Line 10a | Line 10b | Line 10e-1 | Line 10e-2 | Line 10g | Total |
| Receivership Expenses | $0.00 | $76,012.92 | $393.73 | $85,537.80 | $0.00 | $100.00 | |
| Refund Deposit from Prior Period | | | $0.00 | | | | |
| Adjustment - NNU Account | | | $0.00 | | | | |
| | $0.00 | $76,012.92 | $393.73 | $85,537.80 | $0.00 | $100.00 | $162,044.45 |
| | | | | | | | |
| | Line 14a | | | | | | |
| National Note | $36,827.87 | | | | | | |
| Savings | $0.00 | | | | | | |
| High-Yield Operating | $1,237,146.43 | | | | | | |
| Real Estate Holding | $0.00 | | | | | | |
| High-Yield Real Estate | $0.00 | | | | | | |
| | $1,273,974.30 | | | | | | |
| | | | | | | | |
| Created by James Shupe on 4/18/2020 | | | | | | | |