EXHIBIT C

Wayne Klein, Receiver for National Note of Utah
PO Box 1836
Salt Lake City, UT 84110
801-824-9616

# STANDARDIZED FUND ACCOUNTING REPORT

Civil – Receivership Fund

Fund Name: SEC v. National Note of Utah
Civil Court Docket No. 2:12-CV-00591 BSJ

Reporting Period 07/01/2020 to 08/31/2020

### Standardized Fund Accounting Report for National Note of Utah - Cash Basis
Receivership; Civil Court Docket No. 2:12-CV-00591 BSJ
Reporting Period 07/01/2020 to 08/31/2020

| Fund Accounting (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 07/01/2020): | $300,702.18 | | |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | $0.00 | | |
| Line 3 | Cash and Securities | $0.00 | | |
| Line 4 | Interest/Dividend Income | $0.00 | | |
| Line 5 | Business Asset Liquidation | $0.00 | | |
| Line 6 | Personal Asset Liquidation | $0.00 | | |
| Line 7 | Third-Party Litigation Income | $0.00 | | |
| Line 8 | Miscellaneous - Other | $0.00 | | |
| | Total Funds Available (Lines 1 - 8) | | $300,702.18 | |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Investors | $266,080.36 | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | $0.00 | | |
| Line 10b | Business Asset Expenses | $41.85 | | |
| Line 10c | Personal Asset Expenses | $0.00 | | |
| Line 10d | Investment Expenses | $0.00 | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | $0.00 | | |
| | 2. Litigation Expenses | $0.00 | | |
| | Total Third-Party Litigation Expenses | $0.00 | | |
| Line 10f | Tax Administrator Fees and Bonds | $1,612.50 | | |
| Line 10g | Federal and State Tax Payments | $0.00 | | |
| | Total Disbursements for Receivership Operations | $267,734.71 | | |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | Independent Distribution Consultant (IDC) | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Miscellaneous | $0.00 | | |

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | Total Plan Development Expenses | $0.00 | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | $0.00 | | |
| | Fund Administrator | | | |
| | IDC | | | |
| | Distribution Agent | | | |
| | Consultants | | | |
| | Legal Advisers | | | |
| | Tax Advisers | | | |
| | 2. Administrative Expenses | $0.00 | | |
| | 3. Investor Identification: | $0.00 | | |
| | Notice/Publishing Approved Plan | | | |
| | Claimant Identification | | | |
| | Claims Processing | | | |
| | Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | $0.00 | | |
| | 5. Miscellaneous | $0.00 | | |
| | 6. Federal Account for Investor Restitution | $0.00 | | |
| | (FAIR) Reporting Expenses | $0.00 | | |
| | Total Plan Implementation Expenses | $0.00 | | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | $0.00 | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $0.00 | | |
| Line 12b | Federal Tax Payments | $0.00 | | |
| | Total Disbursements to Court/Other | $0.00 | | |
| | Total Funds Disbursed (Lines 9 - 12): | | $267,734.71 | |
| Line 13 | Ending Balance (As of 08/31/2020): | | | $32,967.47 |
| Line 14 | Ending Balance of Fund - Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | $32,967.47 | | |
| Line 14b | Investments | $0.00 | | |
| Line 14c | Other Assets or Uncleared Funds | $0.00 | | |
| | Total Ending Balance of Fund - Net Assets | | | $32,967.47 |

**Other Supplemental Information:**

| | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | *Report of Items NOT To Be Paid by the Fund:* | | | |
| Line 15 | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund: | | | |
| | 1. Fees: | $0.00 | | |

| | | | |
|---|---|---:|---|
| | Fund Administrator | | |
| | IDC | | |
| | Distribution Agent | | |
| | Consultants | | |
| | Legal Advisers | | |
| | Tax Advisers | | |
| | 2. Administrative Expenses | $0.00 | |
| | 3. Miscellaneous | $0.00 | |
| | Total Plan Development Expenses Not Paid by the Fund | $0.00 | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund: | | |
| | 1. Fees: | $0.00 | |
| | Fund Administrator | | |
| | IDC | | |
| | Distribution Agent | | |
| | Consultants | | |
| | Legal Advisers | | |
| | Tax Advisers | | |
| | 2. Administrative Expenses | $0.00 | |
| | 3. Investor Identification: | $0.00 | |
| | Notice/Publishing Approved Plan | | |
| | Claimant Identification | | |
| | Claims Processing | | |
| | Web Site Maintenance/Call Center | | |
| | 4. Fund Administrator Bond | $0.00 | |
| | 5. Miscellaneous | $0.00 | |
| | 6. FAIR Reporting Expenses | $0.00 | |
| | Total Plan Implementation Expenses Not Paid by the Fund | $0.00 | |
| Line 15c | Tax Administrator Fees and Bonds Not Paid by the Fund | $0.00 | |
| | **Total Distributions for Plan Administration Expenses Not Paid by the Fund** | **$0.00** | |
| Line 16 | **Disbursements to Court/Other Not Paid by the Fund:** | | |
| Line 16a | Investment Expenses/Court Registry Investment System (CRIS) Fees | $0.00 | |
| Line 16b | Federal Tax Payments | $0.00 | |
| | Total Disbursements to Court/Other Paid by the Fund: | $0.00 | |
| Line 17 | DC & State Tax Payments | $0.00 | |
| Line 18 | No. of Claims: | | |
| Line 18a | # of Claims Received This Reporting Period | 0 | |
| Line 18b | # of Claims Received Since Inception of Fund | 468 | |
| Line 19 | No. of Claimants/Investors: | | |

| | | | |
|---|---|---|---|
| Line 19a | # of Claimants/Investors Paid This Reporting Period | 39 | |
| Line 19b | # of Claimants/Investors Paid Since Inception of Fund | 433 | |
| | | Receiver: National Note of Utah | |
| | | By: *Wayne Klein* (signature) | |
| | | Wayne Klein (printed name) | |
| | | Receiver (title) | |
| | | Date: 9/2/20 | |

| NNU SFAR - 3rd Quarter 2020 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Line Breakdown | | | | | | | |
| | Line 2 | Line 4 | Line 5 | Line 6 | Line 7 | Line 8 | Total |
| Rent Received | $0.00 | | | | | | |
| Overpaid Investors | | | | | $0.00 | | |
| National Note | | | $0.00 | $0.00 | $0.00 | | |
| Real Estate Holding | | | $0.00 | | | | |
| Royalties Received | | | | | | $0.00 | |
| Interest | | $0.00 | | | | | |
| Refunds | | | | | | $0.00 | |
| Witness Fees | | | | | | $0.00 | |
| Advances by Receiver | | | | | | | |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | Line 9 | Line 10a | Line 10b | Line 10e-1 | Line 10e-2 | Line 10f | Total |
|---|---|---|---|---|---|---|---|
| Receivership Expenses | $266,080.36 | $0.00 | $41.85 | $0.00 | $0.00 | $1,612.50 | |
| Refund Deposit from Prior Period | | | $0.00 | | | | |
| Adjustment - NNU Account | | | $0.00 | | | | |
| | $266,080.36 | $0.00 | $41.85 | $0.00 | $0.00 | $1,612.50 | $267,734.71 |

| | Line 14a |
|---|---|
| National Note | $19,789.37 |
| Savings | $0.00 |
| High-Yield Operating | $13,178.10 |
| Real Estate Holding | $0.00 |
| High-Yield Real Estate | $0.00 |
| | $32,967.47 |

Created by James Shupe on 8/29/2020